**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* _____    Chapter __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Anatolian Arms LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-3838927** | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

4. Debtor's address

**Principal place of business**

**2012 E. Liberty**
**Mexico, MO 65265**
Number, Street, City, State & ZIP Code

**Audrain**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    **www.anatolianarms.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Anatolian Arms LLC**                                  Case number (*if known*) _____
      Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ■ None of the above |
| | |
| | B. *Check all that apply* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| |     3329 |

| | |
|---|---|
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ■ Chapter 7 |
| A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐ Chapter 9 |
| | ☐ Chapter 11. *Check **all** that apply:* |
| |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |     ☐ A plan is being filed with this petition. |
| |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| | |
|---|---|
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. |
| | ☐ Yes. |
| If more than 2 cases, attach a separate list. | District _____ When _____ Case number _____ |
| | District _____ When _____ Case number _____ |

Debtor    **Anatolian Arms LLC**                                          Case number (*if known*)
                Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

██ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**   .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☑ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Anatolian Arms LLC**

Name

Case number (*if known*) _____

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201                 **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                 page 4

Debtor  **Anatolian Arms LLC**                                          Case number (*if known*) _____
          Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 12, 2022**
              MM / DD / YYYY

**X** /s/ William M. Johnson                                   William M. Johnson
Signature of authorized representative of debtor              Printed name

Title   **Member-Manager**

---

**18. Signature of attorney**

**X** /s/ Fredrich J Cruse                          Date  **August 12, 2022**
Signature of attorney for debtor                          MM / DD / YYYY

**Fredrich J Cruse 23480**
Printed name

**Cruse Chaney-Faughn**
Firm name

**718 Broadway**
**P.O. Box 914**
**Hannibal, MO 63401-0914**
Number, Street, City, State & ZIP Code

Contact phone   **573-221-1333**       Email address   fcruse@cruselaw.com;
                                                        bjdaughtery@cruselaw.com

**23480 MO**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Anatolian Arms LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 12, 2022**          *X* **/s/ William M. Johnson**
                                              Signature of individual signing on behalf of debtor

                                              **William M. Johnson**
                                              Printed name

                                              **Member-Manager**
                                              Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name **Anatolian Arms LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*........................................................................... $           **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*........................................................................ $     **289,399.50**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*......................................................................... $     **289,399.50**

---

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $           **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $     **172,800.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$     **737,608.41**

4.    Total liabilities ...........................................................................................................
    Lines 2 + 3a + 3b                        $     **910,408.41**

**Fill in this information to identify the case:**

Debtor name __**Anatolian Arms LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF MISSOURI__

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$50.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Home Bank** | **Checking** | 8219 | **$1,014.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$1,064.00** |

**Part 2:**  **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1.  **Rent Security Deposit** | **$3,500.00** |
|---|---|

| Debtor | **Anatolian Arms LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

|  | | |
|---|---|---|
| 8.2. | **Monies held in trust with attorneys to be applied against future legal services beyond scope of filing this case** | **$4,000.00** |

| 9. | **Total of Part 2.** | **$7,500.00** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | 12,435.50 | - | 0.00 = .... | **$12,435.50** |
| | | face amount | | doubtful or uncollectible accounts | |
| | 11a. 90 days old or less: | 42,000.00 | - | 0.00 = .... | **$42,000.00** |
| | | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | **$54,435.50** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Raw materials | **March 2022** | **$50,000.00** | **Replacement** | **$30,000.00** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** Ammunition ready to be sold | **March 2022** | **$30,000.00** | **Revenue based** | **$18,000.00** |
| 22. | **Other inventory or supplies** | | | | |

Debtor  **Anatolian Arms LLC**                                   Case number *(If known)* _____
         Name

| 23. | **Total of Part 5.** | | | **$48,000.00** |
|---|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> **Office Furniture** | **$1,000.00** | Comparable sale | **$400.00** |
| 40. | **Office fixtures** <br> **Office Fixtures** | **$500.00** | Liquidation | **$100.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Three Computers. two printers** | **$2,000.00** | Liquidation | **$900.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | | | **$1,400.00** |
|---|---|---|---|---|

Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

Debtor  **Anatolian Arms LLC**                                    Case number *(If known)* _____
        Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. | **Trailerman 25 foot heavy pull (20,000 capacity) trailer** | $12,000.00 | Liquidation | $7,000.00 |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** | **Aircraft and accessories** | | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | **Loading presses** | $250,000.00 | Liquidation | $125,000.00 |
| | **Miscellaneous Machines** | $30,000.00 | Liquidation | $15,000.00 |

| **51.** | **Total of Part 8.** | $147,000.00 |
|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |

Debtor    **Anatolian Arms LLC**                                    Case number *(If known)* _____
_____
Name

| 61. | Internet domain names and websites | | | |
|---|---|---|---|---|
| | anatolianarms.com | $20,000.00 | Liquidation | Unknown |

| 62. | Licenses, franchises, and royalties |
|---|---|

| 63. | Customer lists, mailing lists, or other compilations |
|---|---|

| 64. | Other intangibles, or intellectual property |
|---|---|

| 65. | Goodwill | | | |
|---|---|---|---|---|
| | Goodwill | $30,000.00 | N/A | Unknown |

| 66. | Total of Part 10. | $0.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** <br> Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** <br> **Dave and Terry Webb - former employees who were stealing data and providing to competitor (to Plaintiff in lawsuit)** | Unknown |
| | Nature of claim      Corporate espionage | |
| | Amount requested              $300,000.00 | |

| 76. | Trusts, equitable or future interests in property |
|---|---|

Debtor  **Anatolian Arms LLC**                                    Case number *(If known)* _____
        Name

| | | |
|---|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Nuts, bolts, boxes, miscellaneous items to suppor the business** | **$30,000.00** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$30,000.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Anatolian Arms LLC**                                    Case number *(if known)* _____
          _____
          Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------:|-------------------------------:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,064.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $54,435.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $48,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,400.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $147,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $30,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $289,399.50 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $289,399.50 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 7

**Fill in this information to identify the case:**

Debtor name **Anatolian Arms LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
|---|
| Debtor name   **Anatolian Arms LLC** |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI |
| Case number (if known)  _____ |

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
     priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number **8927**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Missouri Dept of Revenue**<br>**P.O. Box 329**<br>**Jefferson City, MO 65107** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,800.00** | **$2,800.00** |
| | Date or dates debt was incurred<br>**2021** | Basis for the claim:<br>**taxes due** | | |
| | Last 4 digits of account number **8927**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Anatolian Arms LLC**           Case number *(if known)* _____
     Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170,000.00 | $15,150.00 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address

**William Johnson**
**1315 Rosebud St**
**Mexico, MO 65265**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                $170,000.00    $15,150.00

Date or dates debt was incurred
**2020 - 2022**

Basis for the claim:
**wages**

Last 4 digits of account number **6594**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) **(4)**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

    **3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                   **Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**Aaron Aukes**
**445 Haun Road**
**Sherman, TX 75090**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                  $196.73

Date(s) debt was incurred **3/21/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **8459**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**Aaron Graham**
**24456 SW 13th lane**
**Newberry, FL 32669**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                  $54.85

Date(s) debt was incurred **2/22/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **7310**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

**Adam Hewett**
**4449 Kershaw rd**
**Oriental, NC 28571**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                  $179.87

Date(s) debt was incurred **2/24/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **7542**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

**Adam McGuire**
**2780 E 6th St**
**Silver Springs, NV 89429**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                  $190.10

Date(s) debt was incurred **4/13/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **1600**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

**Adam Shawki**
**31 Coventry Road**
**Wayne, NJ 07470**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                  $320.88

Date(s) debt was incurred **3/1/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **7846**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $351.23 |
|---|---|---|---|

**Adrian Dominguez**
**35491 North Danish Red Trail**
**San Tan Valley, AZ 85143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/13/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8256**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $177.44 |
|---|---|---|---|

**Aidan Stanley**
**16311 83rd Way SE**
**Yelm, WA 98597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/16/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7147**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $188.86 |
|---|---|---|---|

**Alan Gehl**
**1900 South Eads Street**
**Apt 203**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8100**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $341.11 |
|---|---|---|---|

**Alan Josephson**
**5121 Sky Lake Drive**
**Plano, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/3/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8684**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $179.87 |
|---|---|---|---|

**Alan Schneider**
**6605 NE 140th Ave**
**Vancouver, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7592**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $350.10 |
|---|---|---|---|

**Alec Baker**
**14505 High Meadow Way**
**North Potomac, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/6/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8026**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $196.73 |
|---|---|---|---|

**Aleksandr Vasilets**
**2625 meridian ave e**
**e201**
**Edgewood, WA 98371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7850**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Anatolian Arms LLC**

Name

Case number (if known) _____

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $673.69 |

**Alex Bleam**
**2670 Crain Highway**
**#304**
**Waldorf, MD 20601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7946**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $132.68 |

**Alex Jones**
**631 Harmon Hills Cove**
**Dripping Springs, TX 78620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/28/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8565**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $314.70 |

**Alexander Barnes**
**P.O. Box 9**
**Carbonado, WA 98323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7933**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.30 |

**Alexander Haile**
**7829 S Scepter Drive**
**#20**
**Franklin, WI 53132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/3/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7930**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201.82 |

**Alexander Pinto**
**3929 Peyton way**
**Virginia beach, VA 23456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/6/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1490**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |

**Alexander Rue**
**1208 Apryl Dr.**
**Aledo, TX 76008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/15/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8315**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $327.07 |

**Alexander Santiago**
**11022 28th Avenue Southwest**
**Seattle, WA 98146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/13/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8255**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Anatolian Arms LLC**                                                                    Case number (if known) _____

Name

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $327.07 |
|---|---|---|---|

**Alexander Staman**
**860 Friar Drive**
**Milford, MI 48381**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _3/9/2022_

**Basis for the claim:** __Deposit__

**Last 4 digits of account number** _8113_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $188.86 |
|---|---|---|---|

**Alexander White**
**3909 cook rd**
**Rootstown, OH 44272**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _3/19/2022_

**Basis for the claim:** __Deposit__

**Last 4 digits of account number** _8406_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $351.23 |
|---|---|---|---|

**Alison Ashley**
**32 Makalia ln.**
**Rosburg, WA 98643**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _3/18/2022_

**Basis for the claim:** __Deposit__

**Last 4 digits of account number** _8393_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $440.92 |
|---|---|---|---|

**Allan Augillard**
**1714 Timber Creek Drive**
**Missouri City, TX 77459**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2/17/2022_

**Basis for the claim:** __Deposit__

**Last 4 digits of account number** _7199_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $188.86 |
|---|---|---|---|

**Allan Berens**
**399 W KILDARE AVE.**
**LIMA, OH 45801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _3/11/2022_

**Basis for the claim:** __Deposit__

**Last 4 digits of account number** _8193_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $188.86 |
|---|---|---|---|

**Allen Brinkman**
**1403 Bayshore Blvd**
**Tampa, FL 33606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _3/11/2022_

**Basis for the claim:** __Deposit__

**Last 4 digits of account number** _8165_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $187.32 |
|---|---|---|---|

**Allen Emard II**
**514 HOWARD ST**
**BELDING, MI 48809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/16/2022_

**Basis for the claim:** __Deposit__

**Last 4 digits of account number** _1614_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Anatolian Arms LLC**                                           Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86** |

**3.27**  **Nonpriority creditor's name and mailing address**
Alp Dogus
13 Lakeview Avenue
Apt C
Leonia, NJ 07605

Date(s) debt was incurred  3/18/2022
Last 4 digits of account number  8399

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$188.86

---

**3.28**  **Nonpriority creditor's name and mailing address**
Alvaro Espejo Abela
14046 Vivian drive
A
Madeira Beach, FL 33708

Date(s) debt was incurred  2/24/2022
Last 4 digits of account number  7554

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$179.87

---

**3.29**  **Nonpriority creditor's name and mailing address**
Alyssa Moore
147 e zola dr
Cinebar, WA 98533

Date(s) debt was incurred  3/4/2022
Last 4 digits of account number  7952

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$188.30

---

**3.30**  **Nonpriority creditor's name and mailing address**
Alyssa Ransonet
2001 Pass Rd
biloxi, MS 39501

Date(s) debt was incurred  2/25/2022
Last 4 digits of account number  7664

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$193.35

---

**3.31**  **Nonpriority creditor's name and mailing address**
Andon Blakely
3635 Stonefield St SW
Concord, NC 28027

Date(s) debt was incurred  3/29/2022
Last 4 digits of account number  8603

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$341.11

---

**3.32**  **Nonpriority creditor's name and mailing address**
Andrew Boliek
1702 NE 13th St
Ocala, FL 34470

Date(s) debt was incurred  4/2/2022
Last 4 digits of account number  8661

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$196.73

---

**3.33**  **Nonpriority creditor's name and mailing address**
Andrew Cole
9432 Costine Meadows Dr
Lakeland, FL 33809

Date(s) debt was incurred  2/28/2022
Last 4 digits of account number  7831

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$60.21

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $301.79 |
|---|---|---|---|

**Andrew Pertzborn**
8901 E Rye Dr
Clinton, WI 53525

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/27/2022

**Basis for the claim:** **Deposit**

**Last 4 digits of account number** 7790

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $301.79 |
|---|---|---|---|

**Andrew Rhineberger**
441 Alexander St NE
Salem, OR 97301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/27/2022

**Basis for the claim:** **Deposit**

**Last 4 digits of account number** 7788

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $293.36 |
|---|---|---|---|

**Andrew Soares**
796 ruxshire drive
Arnold, MD 21012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/27/2022

**Basis for the claim:** **Deposit**

**Last 4 digits of account number** 7768

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $357.97 |
|---|---|---|---|

**Andrew Tessier**
591 smith creek Rd
Raymond, WA 98577

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/27/2022

**Basis for the claim:** **Deposit**

**Last 4 digits of account number** 7756

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $307.52 |
|---|---|---|---|

**Andrew Thompson**
11502 holt rd
kingsville, MD 21087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/5/2022

**Basis for the claim:** **Deposit**

**Last 4 digits of account number** 6823

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $196.73 |
|---|---|---|---|

**Andrew Weber**
107 W Dawes Ave
Lincoln, NE 68521

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/8/2022

**Basis for the claim:** **Deposit**

**Last 4 digits of account number** 8056

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $177.44 |
|---|---|---|---|

**Andrey Zhurbich**
376 Marilyn Road
Warminster, PA 18974

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/13/2022

**Basis for the claim:** **Deposit**

**Last 4 digits of account number** 7059

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $293.36 |
|---|---|---|---|

**Andy Fontenot**
8007 Wood Hollow Dr
Baytown, TX 77521

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7677**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $509.79 |
|---|---|---|---|

**Angel Pascual**
2876 S Abingdon St.
A2
Arlington, VA 22206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/6/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1493**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $60.21 |
|---|---|---|---|

**Angela Golphin**
19592 Bradford
Detroit, MI 48205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/7/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8051**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $348.55 |
|---|---|---|---|

**Angela Hernandez**
4508 Gulfwinds Dr
Lutz, FL 33558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/12/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1571**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |
|---|---|---|---|

**Anthony Herrin**
290 Springhaven rd
Dexter, GA 31019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/11/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8164**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $351.23 |
|---|---|---|---|

**Anthony Smith**
6182 Paw Paw Plains Rd
Lenoir city, TN 37771

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/13/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8263**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $196.73 |
|---|---|---|---|

**Antonio Sacco**
12 Ridgeview Drive
Scranton, PA 18504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/29/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8595**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $196.73 |

**Arhaanth Reddy**
13433 Morley dr
Frisco, TX 75035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/19/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8413**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $189.36 |

**Ariel G Perez**
9453 NW 121st ST
Yukon, OK 73099-8987

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/8/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8067**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $334.74 |

**Aris Fotopoulos**
4865 Camino Pacifico
North Las Vegas, NV 89031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/12/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |

**Ariston Ora-a**
327 Rossman Blvd
Winchester, VA 22602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/19/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8421**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.30 |

**Armando Gonzalez**
216 Camino Siete SW
Albuquerque, NM 87105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/6/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8023**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459.09 |

**Armelio Fernandez**
141 Therese St
Davenport, FL 33897-5457

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7703**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $196.73 |

**Arnulfo Valencia**
2319 liberty dr
Elko, NV 89801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/27/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7769**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Anatolian Arms LLC**                                          Case number (if known)
                Name

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$357.97** |

**Aron Waits**
**10627 East Flower Avenue**
**Mesa, AZ 85208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/25/2022__

**Basis for the claim:  Deposit**

Last 4 digits of account number  __7675__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$196.73** |
|---|---|---|

**Artin Majidi**
**16001 N 6th Pl**
**PHOENIX, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/5/2022__

**Basis for the claim:  Deposit**

Last 4 digits of account number  __7982__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$333.25** |
|---|---|---|

**Artur Altman**
**8413 NE STARFLOWER CT**
**VANCOUVER, WA 98664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/24/2022__

**Basis for the claim:  Deposit**

Last 4 digits of account number  __7559__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$184.93** |
|---|---|---|

**Arturo Reyes**
**5243 W Hasan Dr**
**Laveen, AZ 85339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/3/2022__

**Basis for the claim:  Deposit**

Last 4 digits of account number  __8669__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$320.88** |
|---|---|---|

**Ashton Luffred**
**355 North St Apt B8**
**Doylestown, PA 18901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/6/2022__

**Basis for the claim:  Deposit**

Last 4 digits of account number  __8012__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$186.56** |
|---|---|---|

**Audric Madera**
**3024 Grasmere View Pkwy**
**Kissimmee, FL 34746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/25/2022__

**Basis for the claim:  Deposit**

Last 4 digits of account number  __8741__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$459.09** |
|---|---|---|

**Austin Blaede**
**3079 Cheyenne dr**
**Colstrip, MT 59323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/25/2022__

**Basis for the claim:  Deposit**

Last 4 digits of account number  __7698__

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Anatolian Arms LLC**
_____        Case number (if known) _____
           Name

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97.29 |

Austin Braun
309 east pearl street
Atkinson, NE 68713

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/11/2022

**Basis for the claim:  Deposit**

Last 4 digits of account number  8169

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $192.23 |

Austin Grove
12813 El Paso Drive
Hagerstown, MD 21742

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/25/2022

**Basis for the claim:  Deposit**

Last 4 digits of account number  7671

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |

Austin King
611 arvon Cleveland tx 77327
Cleveland, TX 77327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/21/2022

**Basis for the claim:  Deposit**

Last 4 digits of account number  8474

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $331.37 |

Austin Phillips
7840 Moon Road
517
Columbus, GA 31909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/17/2022

**Basis for the claim:  Deposit**

Last 4 digits of account number  7188

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $327.07 |

Austin Sackett
1024 E bigelow Ave
Layton, UT 84040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/11/2022

**Basis for the claim:  Deposit**

Last 4 digits of account number  8177

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.11 |

Austin Williams
12706 ne 72nd ave
Vancouver, WA 98642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/24/2022

**Basis for the claim:  Deposit**

Last 4 digits of account number  7464

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $497.30 |

Ava Garrett
3790 Moores lake rd
Dover, FL 33527

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/12/2022

**Basis for the claim:  Deposit**

Last 4 digits of account number  8208

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Anatolian Arms LLC**
_____     Case number (if known) _____
Name

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.84 |
|---|---|---|---|

**Barrett Mason**
**11533 Falcon Crest Way**
**Falcon Crest Way**
**Cottondale, AL 35453-0483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/23/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number **8724**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $293.36 |
|---|---|---|---|

**Barry Roscoe**
**1061 W SAGER RD**
**HASTINGS, MI 49058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/25/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number **7688**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188.86 |
|---|---|---|---|

**Ben Matney**
**1072 Fenton Hills Dr**
**Flint, MI 48507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/2/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number **7871**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179.87 |
|---|---|---|---|

**Benjamin Chapman**
**1017 West Mulberry Street**
**Lafayette, IN 47901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/24/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number **7582**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.21 |
|---|---|---|---|

**Benjamin Cowan**
**122 westwind drive**
**Port Angeles, WA 98362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/25/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number **7622**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $707.40 |
|---|---|---|---|

**Benjamin Hochhalter**
**470 Palmer Terrace**
**Westminster, MD 21158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/26/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number **8539**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $366.96 |
|---|---|---|---|

**Benjamin Martin**
**1210 North 9th St**
**#38**
**Indianola, IA 50125**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **4/3/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number **8678**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.44 |
|---|---|---|---|

**Benjamin Miller**
133 Meadville St
Apt C
Edinboro, PA 16412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/19/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7247**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $359.09 |
|---|---|---|---|

**Benjamin Novruk**
3909 NE 94th St
Vancouver, WA 98665

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8452**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194.61 |
|---|---|---|---|

**Benjamin Reid**
256 W Antelope Drive
Apt 15F
Layton, UT 84041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/5/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1472**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $196.73 |
|---|---|---|---|

**Benjamin Solt**
225 Centennial Road
Mertztown, PA 19539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7885**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $352.24 |
|---|---|---|---|

**Benjamin Thomas**
6630 SE Quail Ridge Road
Bartlesville, OK 74006-1923

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/8/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8060**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $196.73 |
|---|---|---|---|

**Benjamin Tonnar**
579 E 12600 S
Draper, UT 84020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/10/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8145**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $631.43 |
|---|---|---|---|

**Bernardino Lagasca**
904 clubhouse ln se
Olympia, WA 98513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/15/2021**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **4910**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $346.73 |
|---|---|---|---|

**Bernie Granier**
1028 Indian Creek Rd
Gate Code 8777
Bandera, TX 78003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7599**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425.18 |
|---|---|---|---|

**Bevin Murdock**
880 Angel Ave SW
watertown, MN 55388

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |
|---|---|---|---|

**Billy Bell**
3371 RTW
Anderson, MO 64831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/18/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8385**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $196.73 |
|---|---|---|---|

**Blake Baber**
272 Speelman Lane
Strasburg, VA 22657

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7945**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $314.70 |
|---|---|---|---|

**Blake Wadkins**
27085 N Anderson Rd
wauconda, IL 60084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7942**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $336.99 |
|---|---|---|---|

**Bo Chung**
1230 swallowtail drive
Suwannee, GA 30024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7516**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $295.08 |
|---|---|---|---|

**Bobby Blanton**
995 county road 2421
Leesburg, TX 75451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2/2021**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **4497**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.90**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $186.61 |
|---|---|---|
| **Bobby Slack**<br>**221 Deportivo Dr**<br>**St. Augustine, FL 32086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  2/25/2022 | **Basis for the claim:  Deposit** | |
| Last 4 digits of account number  7647 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.91**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $332.68 |
|---|---|---|
| **Boone Baker**<br>**8373 W Andrea Dr**<br>**Peoria, AZ 85383** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  3/20/2022 | **Basis for the claim:  Deposit** | |
| Last 4 digits of account number  8433 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.92**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $351.23 |
|---|---|---|
| **Brad Watson**<br>**1908 Carroll Dr**<br>**Raleigh, NC 27608** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  3/19/2022 | **Basis for the claim:  Deposit** | |
| Last 4 digits of account number  8404 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.93**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $196.73 |
|---|---|---|
| **Braden Dillard**<br>**19128 112th Ave NE**<br>**528**<br>**Bothell, WA 98011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  3/6/2022 | **Basis for the claim:  Deposit** | |
| Last 4 digits of account number  7994 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.94**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $366.96 |
|---|---|---|
| **Bradley Becker**<br>**2440 Ashbourne Dr**<br>**Lawrenceville, GA 30043-2351** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  3/17/2022 | **Basis for the claim:  Deposit** | |
| Last 4 digits of account number  8365 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.95**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $320.88 |
|---|---|---|
| **Bradley Farster**<br>**849 Anderson Creek Road**<br>**Kittanning, PA 16201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  3/4/2022 | **Basis for the claim:  Deposit** | |
| Last 4 digits of account number  7943 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.96**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $286.98 |
|---|---|---|
| **Bradley Hardy**<br>**510 S JUNIPER DR**<br>**MOSES LAKE, WA 98837** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  2/24/2022 | **Basis for the claim:  Deposit** | |
| Last 4 digits of account number  7488 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.97** | Nonpriority creditor's name and mailing address

**Bradley Hinton**
**29 Raymonde circle**
**Ormond Beach, FL 32176**

Date(s) debt was incurred  **3/16/2022**

Last 4 digits of account number  **8331**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$351.23

---

**3.98** | Nonpriority creditor's name and mailing address

**Bradley Noll**
**82 Conrad Rd**
**Fleetwood, PA 19522**

Date(s) debt was incurred  **2/25/2022**

Last 4 digits of account number  **7639**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$186.61

---

**3.99** | Nonpriority creditor's name and mailing address

**Branden Wright**
**803 Squire Pope Rd**
**Summerville, SC 29486**

Date(s) debt was incurred  **2/16/2022**

Last 4 digits of account number  **7164**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$485.30

---

**3.100** | Nonpriority creditor's name and mailing address

**Brandon Ballard**
**4216 Sandy Lane**
**Concord, NC 28025**

Date(s) debt was incurred  **3/29/2022**

Last 4 digits of account number  **8593**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$117.17

---

**3.101** | Nonpriority creditor's name and mailing address

**Brandon Cooper**
**1303 8th ST**
**wellington, TX 79095**

Date(s) debt was incurred  **3/3/2022**

Last 4 digits of account number  **7927**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$314.70

---

**3.102** | Nonpriority creditor's name and mailing address

**Brandon Downs**
**1912 Charlotte Avenue**
**Nashville, TN 37203**

Date(s) debt was incurred  **2/27/2022**

Last 4 digits of account number  **7799**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$1,093.92

---

**3.103** | Nonpriority creditor's name and mailing address

**Brandon Hamel**
**4957 W 525 S**
**Claypool, IN 46510**

Date(s) debt was incurred  **4/16/2022**

Last 4 digits of account number  **1609**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$187.32

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203.47**

**Brandon Liu**
**2097Robertcreek**
**Roseburg, OR 97470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/14/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8271**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.23**

**Brandon Mattingly**
**142 Private road 8068**
**Call, TX 75933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/26/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7751**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86**

**Brandon Praeger**
**2920 East Sylvia Street**
**Phoenix, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/3/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7919**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.63**

**Braxton Foster**
**11678 S Marion St**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/22/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8721**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$332.68**

**Brenda Vega**
**25 Valley View Dr**
**Mountain Top, PA 18707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/19/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8422**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$332.68**

**Brent Davis**
**609 E Gore Rd**
**Erie, PA 16509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/13/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8267**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$495.05**

**Brent Jones**
**11130 W Heritage Dr**
**Milwaukee, WI 53224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/21/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8469**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Anatolian Arms LLC**                                                          Case number (if known) _____
　　　　　　　Name

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.30** |

3.111

**Nonpriority creditor's name and mailing address**

**Brett Lear**
**22631 SW 105TH AVE**
**MIAMI, FL 33190-1375**

Date(s) debt was incurred  **3/25/2022**

Last 4 digits of account number  **8526**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$188.30**

---

3.112

**Nonpriority creditor's name and mailing address**

**Brian Arends**
**845 E 800N RD**
**GIBSON CITY, IL 60936**

Date(s) debt was incurred  **3/9/2022**

Last 4 digits of account number  **8094**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$196.73**

---

3.113

**Nonpriority creditor's name and mailing address**

**Brian Bothun**
**4355 Flax Court**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred  **4/9/2022**

Last 4 digits of account number  **1523**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$187.32**

---

3.114

**Nonpriority creditor's name and mailing address**

**Brian Corcoran**
**22 Warbler St**
**New Orleans, LA 70124**

Date(s) debt was incurred  **3/14/2022**

Last 4 digits of account number  **8285**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$188.86**

---

3.115

**Nonpriority creditor's name and mailing address**

**Brian E McCutcheon**
**23 Amy Ct**
**Tijeras, NM 87059-7480**

Date(s) debt was incurred  **2/12/2022**

Last 4 digits of account number  **7022**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$179.12**

---

3.116

**Nonpriority creditor's name and mailing address**

**Brian Flick**
**1630 Diamond Springs Rd**
**Apt 201**
**Virginia Beach, VA 23455**

Date(s) debt was incurred  **3/4/2022**

Last 4 digits of account number  **7950**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$196.73**

---

3.117

**Nonpriority creditor's name and mailing address**

**Brian Higgins**
**1465 E Dolphin Ave**
**Mesa, AZ 85204**

Date(s) debt was incurred  **2/24/2022**

Last 4 digits of account number  **7536**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$333.25**

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$350.10**

**Brian Martin**
**1103 Cornwall Rd**
**Lebanon, PA 17042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7934**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$332.87**

**Brian Miller**
**7605 67th ST NE**
**Marysville, WA 98270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/10/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1533**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$184.05**

**Brian Miller Jr**
**7605 67th ST NE**
**Marysville, WA 98270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/29/2021**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **5479**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$677.96**

**Brian Miller jr**
**7605 67th ST. NE**
**Marysville, WA 98270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/7/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8040**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$324.26**

**Brian Miller jr**
**7605 67th ST. NE**
**Marysville, WA 98270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8106**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,728.76**

**Brian Pugh**
**4133 Harbor Rd**
**Orange Beach, AL 36561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/4/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8707**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$186.61**

**Brian Silvis**
**275 route 948**
**sheffield, PA 16347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7669**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Anatolian Arms LLC**
_____         Case number *(if known)* _____
Name

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57.63** |
|---|---|---|---|

**Brian Stell**
**130 Finley st**
**Hutto, TX 78634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/25/2022**

Last 4 digits of account number  **8738**

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$293.36** |
|---|---|---|---|

**Brian Topping**
**102 W Market St**
**Nappanee, IN 46550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/27/2022**

Last 4 digits of account number  **7781**

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$177.44** |
|---|---|---|---|

**Brian Woodson**
**366 PETUNIA PATH**
**Chesapeake, VA 23325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/15/2022**

Last 4 digits of account number  **7123**

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$357.97** |
|---|---|---|---|

**Briton Hefty**
**9607 Nona Kay dr**
**San Antonio, TX 78217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/27/2022**

Last 4 digits of account number  **7758**

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$293.36** |
|---|---|---|---|

**Brody Burns**
**4609 Jordan**
**Martinsville, IN 46151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/27/2022**

Last 4 digits of account number  **7763**

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$188.86** |
|---|---|---|---|

**Brody Jones**
**26342 branch rd.**
**Athens, AL 35613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/2022**

Last 4 digits of account number  **7896**

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,093.92** |
|---|---|---|---|

**Bruce Leech**
**9021 Well Rd**
**Moss Point, MS 39562-6085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/26/2022**

Last 4 digits of account number  **7749**

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Anatolian Arms LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.132 | **Nonpriority creditor's name and mailing address** |

**Bruce Prichard**
**1132 TAMARIND PL**
**Williamstown, NJ 08094**

Date(s) debt was incurred  **2/15/2022**

Last 4 digits of account number  **7121**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$177.44

---

| | |
|---|---|
| 3.133 | **Nonpriority creditor's name and mailing address** |

**Bruce Winton**
**332 South 5th St**
**Douglas, WY 82633**

Date(s) debt was incurred  **3/4/2022**

Last 4 digits of account number  **7948**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$188.30

---

| | |
|---|---|
| 3.134 | **Nonpriority creditor's name and mailing address** |

**Bryan Bunch**
**16966 SE 19th Ct**
**Summerfield, FL 34491**

Date(s) debt was incurred  **3/7/2022**

Last 4 digits of account number  **8039**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$1,250.11

---

| | |
|---|---|
| 3.135 | **Nonpriority creditor's name and mailing address** |

**Bryan Franke**
**35850 Ryan Lane**
**Soldotna, AK 99669**

Date(s) debt was incurred  **5/7/2022**

Last 4 digits of account number  **8752**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$204.85

---

| | |
|---|---|
| 3.136 | **Nonpriority creditor's name and mailing address** |

**Bryan Holbrook**
**78 HOLBROOK PL**
**BLAIRSVILLE, GA 30512**

Date(s) debt was incurred  **3/20/2022**

Last 4 digits of account number  **8443**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$351.23

---

| | |
|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address** |

**Bryan Mowrer**
**204 Valley Stream Rd**
**Stroudsburg, PA 18360**

Date(s) debt was incurred  **3/20/2022**

Last 4 digits of account number  **8425**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$297.85

---

| | |
|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address** |

**Bryan Otero**
**10561 Shannon Pl**
**Y173**
**El Paso, TX 79925**

Date(s) debt was incurred  **4/10/2022**

Last 4 digits of account number  **1530**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$187.32

---

| Debtor | **Anatolian Arms LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$187.32** |
|---|---|---|---|

**Bryan Pottkotter**
**2652 state line road**
**Ft recovery, OH 45486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/6/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1496**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$176.87** |
|---|---|---|---|

**Bryan Tornatore**
**4807 North Goldenrod Road, Apartment C**
**Apartment C**
**Winter Park, FL 32792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7449**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.10** |
|---|---|---|---|

**Bryce Long**
**11355 w shay park way**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7958**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$327.07** |
|---|---|---|---|

**Cade Clevenger**
**209 bunn drive**
**Rockton, IL 61072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/12/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8233**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$196.73** |
|---|---|---|---|

**Cade Seeker**
**18164 Highway 65 NE**
**Lot 24**
**East bethel, MN 55011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/3/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7918**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$271.80** |
|---|---|---|---|

**Caleb Chandler**
**5641 pinewood rd**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7515**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$208.18** |
|---|---|---|---|

**Caleb Guillery**
**133 Kobe Dr**
**Havelock, NC 28532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/6/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1483**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$184.93** |
|---|---|---|---|

**Caleb Hearn**
**51 Topiary Ave**
**Saint Augustine, FL 32092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8656**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$188.86** |
|---|---|---|---|

**Caleb Young**
**55223 282 Ave E**
**Ashford, WA 98304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8429**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$188.30** |
|---|---|---|---|

**Calvin Hines**
**8024 black forest ln.**
**Apt 11203**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/5/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7963**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$577.06** |
|---|---|---|---|

**Calvin Voelker**
**430 front street**
**Fairfax, IA 52228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/26/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7723**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$638.87** |
|---|---|---|---|

**Camden Lyles**
**804 Englewood Dr**
**Kearney, MO 64060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/25/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8527**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$188.86** |
|---|---|---|---|

**Cameron Hess**
**220 N willow street**
**Flora, IN 46929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/18/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8377**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$327.07** |
|---|---|---|---|

**Cameron Lomber**
**13630 bell drive**
**San antonio, TX 78217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/11/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8190**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor  **Anatolian Arms LLC**                                              Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$201.82** |

**Cameron Piela**
**12 Wood Dale Ct**
**Sussex, NJ 07461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/25/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number  __8740__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$179.87** |
|---|---|---|---|

**Cameron Walker**
**5066 ALTA DR**
**ALDERSON, WV 24910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/24/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number  __7581__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$188.86** |
|---|---|---|---|

**Candace Rice**
**400 Spring St**
**Apt 422**
**Saint Paul, MN 55102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/14/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number  __8279__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$187.32** |
|---|---|---|---|

**Carl Key**
**68 Gulf View Dr**
**P C Beach, FL 32413-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/14/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number  __1604__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$196.73** |
|---|---|---|---|

**Cary O'Brien**
**1800 N Hall St**
**Apt 331**
**Dallas, TX 75204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/22/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number  __8494__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$314.70** |
|---|---|---|---|

**Cary Richardson**
**501 Bailey avenue**
**Smithfield, VA 23430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/6/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number  __8016__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$887.53** |
|---|---|---|---|

**Casey Telger**
**4168 Eagle Watch Way**
**Dayton, OH 45424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/16/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number  __7142__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|

---

**3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$622.01**

**Cassie DeDon**
**12515 blackwell lane**
**Franklinton, LA 70438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/12/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **8239**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86**

**Caylon Madison**
**313 Vivian Ct**
**Yorktown, VA 23690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/13/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **8265**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$187.32**

**Chacone Vue**
**2311 North 24th Street**
**Sheboygan, WI 53083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/18/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **1627**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$331.37**

**Chad Boutte**
**1071 Vieux Jacquet Rd**
**Broussard, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/15/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **7135**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$177.44**

**Chad Harper**
**6721 Mighty Oaks dr.**
**Gulf Shores, AL 36542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/19/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **7232**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.94**

**Chad MacMillan**
**910 CHARLES ST**
**EDGAR, WI 54426-9266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/10/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **8116**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$177.44**

**Chad McColm**
**1309 E 7TH ST**
**Pittsburg, KS 66762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/19/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **7243**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
| | Name | | |

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$192.23**

**Chad Shadle**
**1207 Quincy St.**
**Corning, IA 58041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/26/2022

Basis for the claim:  **Deposit**

Last 4 digits of account number  7743

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$271.80**

**Charles Depoy**
**1611 W. Admiralty Heights LN. Apt H305**
**Bremerton, WA 98312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/22/2022

Basis for the claim:  **Deposit**

Last 4 digits of account number  7304

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$192.23**

**Charles Depoy**
**1611 W. Admiralty Heights LN. Apt H305**
**Bremerton, WA 98312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/25/2022

Basis for the claim:  **Deposit**

Last 4 digits of account number  7673

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$293.36**

**Charles Depoy**
**1611 W. Admiralty Heights LN. Apt H305**
**Bremerton, WA 98312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/25/2022

Basis for the claim:  **Deposit**

Last 4 digits of account number  7676

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.10**

**Charles Drake**
**997 SW Cedar**
**PO Box 756**
**Pilot Rock, OR 97868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/6/2022

Basis for the claim:  **Deposit**

Last 4 digits of account number  8003

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$188.86**

**Charles McClain**
**820 Rueben Smith rd**
**Loretto, KY 40037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/9/2022

Basis for the claim:  **Deposit**

Last 4 digits of account number  8088

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$332.68**

**Charles Mckeever**
**3509 Rodcin Ave**
**Centralia, WA 98531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/19/2022

Basis for the claim:  **Deposit**

Last 4 digits of account number  8423

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.174** | Nonpriority creditor's name and mailing address

**Charles Miseroy**
**17548 1/2 Los Angeles**
**Granada Hills, CA 91344**

Date(s) debt was incurred  **4/19/2022**

Last 4 digits of account number  **6758**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ☒ No  ☐ Yes

**$187.32**

---

**3.175** | Nonpriority creditor's name and mailing address

**Charles Prael**
**2375 Adele Ave**
**Mountain View, CA 94043**

Date(s) debt was incurred  **3/25/2022**

Last 4 digits of account number  **8523**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ☒ No  ☐ Yes

**$366.96**

---

**3.176** | Nonpriority creditor's name and mailing address

**Charles Rowan**
**24505 phlox ave**
**eastpointe, MI 48021**

Date(s) debt was incurred  **3/12/2022**

Last 4 digits of account number  **8211**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ☒ No  ☐ Yes

**$351.23**

---

**3.177** | Nonpriority creditor's name and mailing address

**Charlie Chongdee**
**313 hinkle st**
**Las vegas, NV 89107**

Date(s) debt was incurred  **3/24/2022**

Last 4 digits of account number  **8514**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ☒ No  ☐ Yes

**$192.23**

---

**3.178** | Nonpriority creditor's name and mailing address

**Chase Boyt**
**35 Loblolly Dr**
**Zebulon, GA 30295**

Date(s) debt was incurred  **3/6/2022**

Last 4 digits of account number  **8005**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ☒ No  ☐ Yes

**$314.70**

---

**3.179** | Nonpriority creditor's name and mailing address

**Chase Gagnon**
**216 wadmalaw drive**
**J216**
**Piedmont, SC 29673**

Date(s) debt was incurred  **4/1/2022**

Last 4 digits of account number  **8651**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ☒ No  ☐ Yes

**$486.06**

---

**3.180** | Nonpriority creditor's name and mailing address

**Chase Hogerhuis**
**42616 264th Avenue Southeast**
**Enumclaw, WA 98022**

Date(s) debt was incurred  **2/21/2022**

Last 4 digits of account number  **7296**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ☒ No  ☐ Yes

**$177.44**

---

Debtor  **Anatolian Arms LLC**                                                     Case number (if known) _____
_____
Name

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $477.07 |
|---|---|---|---|

**Chengd Li**
**2651 NW Coolidge way**
**corvallis, OR 97330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7859**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.73 |
|---|---|---|---|

**Chey Winkler**
**3553 Edgewood Ave**
**Fort Myers, FL 33916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7890**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.44 |
|---|---|---|---|

**Chris Couture**
**751 Bunarch Rd**
**pahrump, NV 89060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/19/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7248**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $333.25 |
|---|---|---|---|

**Chris Eggermann**
**2 Linda Lane**
**Apt 2**
**Stratham, NH 03885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7546**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.32 |
|---|---|---|---|

**Chris Holden**
**4075 Allenby Lane**
**Fort Mill, SC 29707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/11/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **1537**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.18 |
|---|---|---|---|

**Chris Loucks**
**19017 23rd Avenue Court East**
**Tacoma, WA 98445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8640**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.05 |
|---|---|---|---|

**Chris McQuillen**
**245 TALBOTT DR**
**Grand Junction, CO 81503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/16/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8339**

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$295.08** |
|---|---|---|---|

**Chris Pfaff**
**307 S Rochester CT**
**Gilbert, AZ 85296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/13/2021__

**Basis for the claim:  Deposit**

Last 4 digits of account number  __4894__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$240.76** |
|---|---|---|---|

**Chris REYER**
**3021 Ritha Circle**
**Birmingham, AL 35242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/13/2021__

**Basis for the claim:  Deposit**

Last 4 digits of account number  __4888__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$293.36** |
|---|---|---|---|

**Chris Simmons**
**30281 saratoga lane**
**fair oaks ranch, TX 78015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/27/2022__

**Basis for the claim:  Deposit**

Last 4 digits of account number  __7776__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$491.11** |
|---|---|---|---|

**Chris Vyleta**
**6368 Orleans Ave**
**New Orleans, LA 70124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/2/2022__

**Basis for the claim:  Deposit**

Last 4 digits of account number  __7870__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$184.93** |
|---|---|---|---|

**Chris Wojaczyk**
**123 Wilcox Court**
**Matawan, NJ 07747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/1/2022__

**Basis for the claim:  Deposit**

Last 4 digits of account number  __8655__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,849.54** |
|---|---|---|---|

**Chris Yarbrough**
**3904 Valiant Ct**
**Valdosta, GA 31605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/1/2022__

**Basis for the claim:  Deposit**

Last 4 digits of account number  __7841__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$428.19** |
|---|---|---|---|

**Christian Hurtado**
**520 Ponciana**
**San Benito, TX 78586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/11/2022__

**Basis for the claim:  Deposit**

Last 4 digits of account number  __8197__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$324.26**

**Christian Medina**
19425 N 67th Dr
Glendale, AZ 85308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/12/2022**

Last 4 digits of account number **8235**

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$366.96**

**Christian Takai**
319 West Dayton-Yellow Springs Road, Apa
Apartment 339
Fairborn, OH 45324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/6/2022**

Last 4 digits of account number **8024**

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$331.37**

**Christopher Anderson**
2567 Morning Cloud Lane
Las Vegas, NV 89142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/21/2022**

Last 4 digits of account number **7300**

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86**

**Christopher Barrios**
8700 Chretien point pl
River Ridge, LA 70123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/10/2022**

Last 4 digits of account number **8153**

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86**

**Christopher Ekelman**
12430 n 117th ave
El Mirage, AZ 85335

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/12/2022**

Last 4 digits of account number **8214**

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$196.73**

**Christopher Waring**
7124 Totem Ave
North Port, FL 34291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/19/2022**

Last 4 digits of account number **8407**

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$289.98**

**Christopher Whiteman**
2970 Swan Meadows Drive
Grand Junction, CO 81504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/24/2022**

Last 4 digits of account number **7561**

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Anatolian Arms LLC**                                                                          Case number (if known) _____
        Name

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $179.12 |
|---|---|---|---|

**Christopher Wray**
**403 Ferguson Lane**
**Richmond Hill, GA 31324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/11/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **6987**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $347.85 |
|---|---|---|---|

**Christopher Zeise**
**7920 Clapps Chapel Rd**
**Corryton, TN 37721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/30/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8625**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $366.96 |
|---|---|---|---|

**Chuck Farch**
**2210 Club Meadow Dr**
**Garland, TX 75041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/10/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8129**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $187.32 |
|---|---|---|---|

**Cimmeron Gahm**
**16903 440TH AVE**
**MORRIS, MN 56267-4569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/9/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1524**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $177.44 |
|---|---|---|---|

**Cj chambers**
**6139 Highway 360**
**Tellico Plains, TN 37385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/18/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7206**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $293.36 |
|---|---|---|---|

**Claudio Pe a**
**12626 Oak Plaza Dr**
**Cypress, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/26/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7748**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $314.70 |
|---|---|---|---|

**Clayton Panzeri**
**3224 east 23rd ave**
**Spokane, WA 99223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/6/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8030**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Anatolian Arms LLC**
_____    Case number _(if known)_ _____
Name

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $491.11 |

**Clayton Panzeri**
**3224 east 23rd ave**
**Spokane, WA 99223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/6/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **8031**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $490.36 |

**Clifton Gillam**
**35 lazy lane**
**Kemah, TX 77565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/11/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **6979**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $188.86 |

**Clifton Rehder**
**107 W Chestnut Ave.**
**Duncan, OK 73533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/17/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **8349**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $326.51 |

**Clint Price**
**15876 LEE CARTER RD**
**Gainesville, VA 20155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/3/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **8687**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $459.09 |

**Cody Benton**
**132 W Side Rd**
**Judsonia, AR 72081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/25/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **7680**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $615.27 |

**Cody Collins**
**140 Sandy Creek Ct**
**Gaston, SC 29053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/6/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **8009**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $188.86 |

**Cody Cox**
**324 Altus Circle**
**Whiteman Afb, MO 65305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/21/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **8460**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.216**

**Nonpriority creditor's name and mailing address**
**Cody Deakins**
**3734 NW 96th Ct**
**Kansas City, MO 64154**

Date(s) debt was incurred **3/7/2022**

Last 4 digits of account number **8048**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$314.70**

---

**3.217**

**Nonpriority creditor's name and mailing address**
**Cody Pace**
**1008 Stoney Ridge Drive**
**Silt, CO 81652**

Date(s) debt was incurred **3/11/2022**

Last 4 digits of account number **8188**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$675.94**

---

**3.218**

**Nonpriority creditor's name and mailing address**
**Cody Reid**
**1245 West Marine Drive**
**Astoria, OR 97103**

Date(s) debt was incurred **3/10/2022**

Last 4 digits of account number **8132**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$627.63**

---

**3.219**

**Nonpriority creditor's name and mailing address**
**Coemgen Cluff**
**7138 E Aspen Ave.**
**Mesa, AZ 85208**

Date(s) debt was incurred **2/7/2022**

Last 4 digits of account number **6871**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$433.56**

---

**3.220**

**Nonpriority creditor's name and mailing address**
**Cole Stearns**
**3572 W Kent Rd**
**Greenville, MI 48838**

Date(s) debt was incurred **11/10/2021**

Last 4 digits of account number **4816**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$132.13**

---

**3.221**

**Nonpriority creditor's name and mailing address**
**Colton Bird**
**18917 NW Reeder Rd**
**Portland, OR 97231-1430**

Date(s) debt was incurred **3/21/2022**

Last 4 digits of account number **8467**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$188.86**

---

**3.222**

**Nonpriority creditor's name and mailing address**
**Colton Kelly**
**2865 S 78th Pl**
**Mesa, AZ 85212**

Date(s) debt was incurred **2/24/2022**

Last 4 digits of account number **7504**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$191.46**

---

Debtor **Anatolian Arms LLC**
Name

Case number (if known) _____

| | |
|---|---|
| 3.223 | **Nonpriority creditor's name and mailing address** |

**Colton Kelly**
**2865 S 78th Pl**
**Mesa, AZ 85212**

Date(s) debt was incurred __2/24/2022__

Last 4 digits of account number __7506__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Deposit__

Is the claim subject to offset? ■ No ☐ Yes

$286.98

---

| | |
|---|---|
| 3.224 | **Nonpriority creditor's name and mailing address** |

**Connor Coate**
**2905 Brookway Dr**
**Laurel, MT 59044**

Date(s) debt was incurred __3/12/2022__

Last 4 digits of account number __8243__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Deposit__

Is the claim subject to offset? ■ No ☐ Yes

$196.73

---

| | |
|---|---|
| 3.225 | **Nonpriority creditor's name and mailing address** |

**Connor Pascale**
**12719 SW 136th St**
**Apt 7203**
**Miami, FL 33186**

Date(s) debt was incurred __4/2/2022__

Last 4 digits of account number __8664__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Deposit__

Is the claim subject to offset? ■ No ☐ Yes

$196.73

---

| | |
|---|---|
| 3.226 | **Nonpriority creditor's name and mailing address** |

**Connor Trewin**
**6001 204th Place Northeast**
**REDMOND, WA 98053**

Date(s) debt was incurred __3/20/2022__

Last 4 digits of account number __8442__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Deposit__

Is the claim subject to offset? ■ No ☐ Yes

$188.86

---

| | |
|---|---|
| 3.227 | **Nonpriority creditor's name and mailing address** |

**Corey Burke**
**2933 Joseph Cr**
**Oviedo, FL 32765**

Date(s) debt was incurred __3/11/2022__

Last 4 digits of account number __8191__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Deposit__

Is the claim subject to offset? ■ No ☐ Yes

$327.07

---

| | |
|---|---|
| 3.228 | **Nonpriority creditor's name and mailing address** |

**Cornelius Richardson**
**653 Capps Farm Rd**
**Hollister, NC 27844**

Date(s) debt was incurred __2/14/2022__

Last 4 digits of account number __7082__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Deposit__

Is the claim subject to offset? ■ No ☐ Yes

$177.44

---

| | |
|---|---|
| 3.229 | **Nonpriority creditor's name and mailing address** |

**Cory Weathers**
**901 E young ave**
**165**
**Temple, TX 76501**

Date(s) debt was incurred __3/3/2022__

Last 4 digits of account number __7931__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Deposit__

Is the claim subject to offset? ■ No ☐ Yes

$366.96

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$121.43**

**Coy Stauffer**
**17380 TOWNLINE LIMA RD**
**Wapakoneta, OH 45895-8034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/5/2022**

Last 4 digits of account number  **6841**

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86**

**Cromwell Evely**
**9615 Washam Potts Rd, Cornelius, NC 2803**
**Cornelius, NC 28031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/22/2022**

Last 4 digits of account number  **8491**

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.23**

**Cully Norman**
**6973 Grand Junction Ave.**
**Las Vegas, NV 89179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/27/2022**

Last 4 digits of account number  **7805**

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.47**

**Curtis Ems**
**132 lock dr**
**Ballwin, MO 63011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

Last 4 digits of account number  **7523**

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.73**

**Curtis Myers**
**1911 SW 31st Terrace**
**Cape Coral, FL 33914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/22/2022**

Last 4 digits of account number  **8485**

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$707.40**

**Cynthia Zumwalt**
**5763 W 6635 S**
**West Jordan, UT 84081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/6/2022**

Last 4 digits of account number  **7999**

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$183.80**

**Daivon Johnson**
**34 FRANKLIN ST**
**EAST ORANGE, NJ 07017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/4/2022**

Last 4 digits of account number  **8708**

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|--------|------------------------|------------------------|--|
| | Name | | |

---

**3.237** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$324.26**

**Dale Agler**
8234 Bellefontaine Rd.
Harrod, OH 45850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/10/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8157**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$179.87**

**Dale Elmore**
1651 HOLMAN ST
ALEXANDER CITY, AL 35010-7114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7593**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$327.07**

**Dalton Schoenberger**
13579 W Purdue Ave
Morrison, CO 80465

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/12/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8238**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$488.91**

**Dan DeMaster**
37296 Mapleleaf Ct
Clinton township, MI 48036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/9/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1527**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$627.63**

**Dan M Stephens**
109 Chickasaw Trail
Madison, AL 35758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/11/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8194**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$177.44**

**Dan Smith**
310 E COLUMBUS AVE
Des Moines, IA 50315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/16/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7156**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$332.68**

**Dan Taus**
721Suellen dr
King of Prussia, PA 19406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/26/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8540**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Anatolian Arms LLC**                                                    Case number (if known) _____
         Name

---

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$196.73** |
|---|---|---|---|

**Dana Noonan**
**35911 Santiam Hwy SE**
**Albany, OR 97322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/8/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8080**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$188.86** |
|---|---|---|---|

**Daniel Barry**
**2113 Bellvale Rd**
**Fallston, MD 21047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/14/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8287**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$179.87** |
|---|---|---|---|

**Daniel Brainard**
**3960 BIG STONER RD**
**WINCHESTER, KY 40391-9402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7568**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$188.30** |
|---|---|---|---|

**Daniel Felton**
**1036 S Kentucky Ave**
**Winter Park, FL 32789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/3/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7925**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$615.27** |
|---|---|---|---|

**Daniel Gerardi**
**4019 Wellwood Roas**
**Seaford, NY 11783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7852**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$351.23** |
|---|---|---|---|

**Daniel Gruben**
**2300 St. Clair Hwy.**
**East China, MI 48054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8355**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$332.68** |
|---|---|---|---|

**Daniel Meyer**
**551 N 14th St**
**Noblesville, IN 46060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/22/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8495**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$324.26** |
|---|---|---|---|

**Daniel Mu oz**
**2207 W Raye st**
**Apt 608**
**Seattle, WA 98199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8092**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117.17** |
|---|---|---|---|

**Daniel Price**
**1021 Clark Hill Dr**
**Eagleville, PA 19403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/29/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8582**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86** |
|---|---|---|---|

**Daniel Salas**
**3508 Rutherglen Street, 3, 3, 3**
**3**
**El Paso, TX 79925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/18/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8394**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$425.18** |
|---|---|---|---|

**Daniel Wilson**
**109 Trail Boss**
**La Vernia, TX 78121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7457**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.10** |
|---|---|---|---|

**Darin Mattson**
**48111 COUNTY HIGHWAY 19**
**SEBEKA, MN 56477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/6/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8010**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$334.74** |
|---|---|---|---|

**Daryl Diebold**
**5124 Trull Brook Dr**
**Noblesville, IN 46062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/11/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7005**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$177.44** |
|---|---|---|---|

**Daryl Weidner**
**5730 Hobson St. NE**
**St. Petersburg, FL 33703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/21/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7295**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Anatolian Arms LLC**                                    Case number (if known) _____

Name

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $331.37 |
|---|---|---|---|

**Dave Swanson**
**2872 96th st e**
**Inver grove heights, MN 55077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/17/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7186**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |
|---|---|---|---|

**David Bee**
**4700 E. Main St.**
**# 113**
**Mesa, AZ 85205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8451**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.41 |
|---|---|---|---|

**David Breden**
**2521 Pebbleford lane**
**Glenview, IL 60026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/12/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **6275**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $132.68 |
|---|---|---|---|

**David Crance**
**105 HEMLOCK LN**
**Greentown, PA 18426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8440**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.43 |
|---|---|---|---|

**David Dragovcic**
**34 Glen Rd**
**Howell, NJ 07731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/7/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **1504**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $301.79 |
|---|---|---|---|

**David Dunwody**
**2437 Prairie Mist Ln**
**Friendswood, TX 77546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7701**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $320.88 |
|---|---|---|---|

**David Hertel**
**8836 Tiombe Bend**
**Austin, TX 78749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/8/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8079**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Anatolian Arms LLC**                                    Case number (if known) _____
               Name

| | | |
|---|---|---|
| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $463.25 |

**3.265**  **Nonpriority creditor's name and mailing address**

**David Hicks**
**3522 S Washington St**
**Chandler, AZ 85286**

Date(s) debt was incurred  __11/3/2021__

Last 4 digits of account number  __4565__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$463.25**

---

**3.266**  **Nonpriority creditor's name and mailing address**

**David Karpinski**
**517 E saint clair**
**Almont, MI 48003**

Date(s) debt was incurred  __2/26/2022__

Last 4 digits of account number  __7755__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$293.36**

---

**3.267**  **Nonpriority creditor's name and mailing address**

**David Loya**
**3303 South Archibald Ave**
**265**
**Ontario, CA 91761**

Date(s) debt was incurred  __1/4/2022__

Last 4 digits of account number  __5950__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$56.37**

---

**3.268**  **Nonpriority creditor's name and mailing address**

**David McKinnon**
**143 white rocks rd**
**Goshen, VT 05733**

Date(s) debt was incurred  __4/24/2022__

Last 4 digits of account number  __8733__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$186.56**

---

**3.269**  **Nonpriority creditor's name and mailing address**

**David Orihuela**
**9470main st**
**whitmorelake, MI 48189**

Date(s) debt was incurred  __2/24/2022__

Last 4 digits of account number  __7548__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$179.87**

---

**3.270**  **Nonpriority creditor's name and mailing address**

**David Perez**
**307 NW Angela Ln**
**Hillsboro, OR 97124**

Date(s) debt was incurred  __2/27/2022__

Last 4 digits of account number  __7812__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$192.23**

---

**3.271**  **Nonpriority creditor's name and mailing address**

**David Reames**
**1422 W. Broad**
**Freeport, TX 77541**

Date(s) debt was incurred  __2/24/2022__

Last 4 digits of account number  __7574__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$793.35**

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.272**

**Nonpriority creditor's name and mailing address**

**David Rivera**
**1511 American st**
**Whitehall, PA 18052**

Date(s) debt was incurred  2/25/2022

Last 4 digits of account number  7659

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$186.61**

---

**3.273**

**Nonpriority creditor's name and mailing address**

**David Travers**
**15600 S Avenida Haley**
**Sahuarita, AZ 85629**

Date(s) debt was incurred  2/24/2022

Last 4 digits of account number  7575

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$179.87**

---

**3.274**

**Nonpriority creditor's name and mailing address**

**David Turner**
**911 WENTWORTH CT**
**ALPHARETTA, GA 30022**

Date(s) debt was incurred  2/25/2022

Last 4 digits of account number  7678

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$192.23**

---

**3.275**

**Nonpriority creditor's name and mailing address**

**Davis Cohen**
**3651 Hilton Ave**
**B26**
**Columbus, GA 31904**

Date(s) debt was incurred  4/9/2022

Last 4 digits of account number  1525

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$650.14**

---

**3.276**

**Nonpriority creditor's name and mailing address**

**Dawn LaFlamme**
**65 Fern Cove Road**
**Nobleboro, ME 04555**

Date(s) debt was incurred  2/21/2022

Last 4 digits of account number  7280

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$177.44**

---

**3.277**

**Nonpriority creditor's name and mailing address**

**Dawn M Kendall**
**627 Greenwood Avenue**
**Toledo, OH 43605**

Date(s) debt was incurred  3/27/2022

Last 4 digits of account number  8556

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$188.30**

---

**3.278**

**Nonpriority creditor's name and mailing address**

**Dayne Burroughs**
**10095 East Rd**
**East Bethany, NY 14054**

Date(s) debt was incurred  2/26/2022

Last 4 digits of account number  7718

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$192.23**

---

Debtor __**Anatolian Arms LLC**_____    Case number *(if known)* _____
Name

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.30 |
|---|---|---|---|

**Db Blair**
**121 Bayberry**
**Lancaster, PA 17603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/6/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number __8011__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.44 |
|---|---|---|---|

**Denise Taft**
**3760 East Denton Ave**
**Saint Francis, WI 53235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/12/2021__

**Basis for the claim:** __Deposit__

Last 4 digits of account number __4875__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201.82 |
|---|---|---|---|

**Dennis Collins**
**6801 W. 76th Terrace**
**Overland Park, KS 66204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/7/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number __1505__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |
|---|---|---|---|

**Dennis Curl**
**8325 SW Mohawk St**
**APT 49**
**Tualatin, OR 97062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/12/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number __8244__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.21 |
|---|---|---|---|

**Dennis OLeary**
**625 W. Madison St**
**Apt 04-2801**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/24/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number __7600__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $331.37 |
|---|---|---|---|

**Deontae Mitchell**
**4231 Ne 5th st**
**E102**
**Renton, WA 98059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/21/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number __7294__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |
|---|---|---|---|

**Derald Hood**
**6507 Montgomery pass ct**
**Carson city, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/2/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number __7900__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132.35** |
|---|---|---|---|

**Derek Altier**
**104 Ballentine Point Rd**
**Irmo, SC 29063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/2021**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **4178**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$320.88** |
|---|---|---|---|

**Derek Golkin**
**26 Obispo Drive**
**Brick, NJ 08723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7845**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$331.37** |
|---|---|---|---|

**Derek Innes**
**21 Culver Ridge Drive**
**Cartersville, GA 30120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/17/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7173**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$177.44** |
|---|---|---|---|

**Derrick Burch**
**30928 County Road 121**
**Hilliard, FL 32046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/16/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7155**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$366.96** |
|---|---|---|---|

**Derrick Macgibbon**
**3101 Taylor's Ridge Rd**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/18/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8378**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132.68** |
|---|---|---|---|

**Derrick McCallister**
**2438 Ladd St.**
**Akron, OH 44312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7704**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$176.87** |
|---|---|---|---|

**Desmond Beach**
**5904 S. Cooper St.**
**Suite #104 PMB 258**
**Arlington, TX 76017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7505**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | | Case number (if known) | |

---

| 3.293 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$128.32** |

**Devin Glass**
**1031 Mark Street**
**South Elgin, IL 60177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/28/2021**

Last 4 digits of account number  **5335**

**Basis for the claim:  Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$193.35** |

**Devin Hofmann**
**39112 12th Avenue Ct S**
**Roy, WA 98580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

Last 4 digits of account number  **7565**

**Basis for the claim:  Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$293.36** |

**Devin Hofmann**
**39112 12th Avenue Ct S**
**Roy, WA 98580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2022**

Last 4 digits of account number  **7648**

**Basis for the claim:  Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$366.96** |

**Devon Wilson**
**443 Old Phoenix rd**
**Eatonton, GA 31024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/2022**

Last 4 digits of account number  **8099**

**Basis for the claim:  Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$177.44** |

**Dhruv Aneua**
**940 N Mountain Ave**
**Central Point, OR 97502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/16/2022**

Last 4 digits of account number  **7144**

**Basis for the claim:  Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$366.96** |

**Dillon Pigman**
**657 Fern Hill St**
**Bowling Green, KY 42101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/16/2022**

Last 4 digits of account number  **8337**

**Basis for the claim:  Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$327.07** |

**Dominic Lopez**
**PO Box 4244**
**Espanola, NM 87533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/2022**

Last 4 digits of account number  **8102**

**Basis for the claim:  Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|--------|------------------------|------------------------|---|
| | Name | | |

---

**3.300** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$366.96**

**Don DeVito**
**16 Budapest street**
**Monroe, NJ 08831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/6/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8001**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.301** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$177.44**

**Don Mikkelson**
**7104 Nagoya Rd NE**
**Rio Rancho, NM 87144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/18/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7218**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$196.73**

**Don Sharon**
**12299 87th Rd**
**Live Oak, FL 32060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/30/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8623**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.303** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86**

**Donald Cunningham**
**34 Leathers Rd.**
**Fort Mitchell, KY 41017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8371**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$132.13**

**Donald Gibson**
**712 N Cherokee Way**
**Mustang, OK 73064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/8/2021**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **4738**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.305** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$177.44**

**Dontrey Barr**
**18684 Milton Keynes Court**
**Land O Lakes, FL 34638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/21/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7277**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.306** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86**

**Dorina Bogdan**
**12205 Se 108th Ave**
**Happy Valley, OR 97086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/14/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8291**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Anatolian Arms LLC**                                                    Case number (if known) _____

| | |
|---|---|
| 3.307 | **Nonpriority creditor's name and mailing address** |

**3.307**

**Nonpriority creditor's name and mailing address**
**Doug Newberry**
**27 Chippewa Trail**
**Spring, TX 77389**

Date(s) debt was incurred  **3/4/2022**

Last 4 digits of account number  **7960**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$350.10

---

**3.308**

**Nonpriority creditor's name and mailing address**
**Douglas Anderson**
**4006 Wellwood Rd**
**Seaford, NY 11783**

Date(s) debt was incurred  **3/22/2022**

Last 4 digits of account number  **8476**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$332.68

---

**3.309**

**Nonpriority creditor's name and mailing address**
**Douglas Gunnerson**
**1040 linda dr**
**Conway, SC 29526**

Date(s) debt was incurred  **2/19/2022**

Last 4 digits of account number  **7250**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$177.44

---

**3.310**

**Nonpriority creditor's name and mailing address**
**Drew Biederman**
**107 forest lane**
**richwood, OH 43344**

Date(s) debt was incurred  **3/16/2022**

Last 4 digits of account number  **8343**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$60.21

---

**3.311**

**Nonpriority creditor's name and mailing address**
**Dustin Derr**
**210 Fitzhenry rd.**
**Smithton, PA 15479**

Date(s) debt was incurred  **3/1/2022**

Last 4 digits of account number  **7858**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$320.88

---

**3.312**

**Nonpriority creditor's name and mailing address**
**Dustin Parler**
**127 enchanted oaks**
**Waterloo, SC 29384**

Date(s) debt was incurred  **3/6/2022**

Last 4 digits of account number  **7998**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$188.30

---

**3.313**

**Nonpriority creditor's name and mailing address**
**Dustin Tichnell**
**413 Quail Hollow Dr**
**Adkins, TX 78101**

Date(s) debt was incurred  **2/27/2022**

Last 4 digits of account number  **7767**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$301.79

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |
|---|---|---|---|

**Dusty McGuire**
**1005 W Noble St**
**Lyons, KS 67554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/16/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8320**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.44 |
|---|---|---|---|

**Dwight Denton**
**7830 Connemara Drive**
**Cypress, TX 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/16/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7165**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $179.12 |
|---|---|---|---|

**Dylan Anderson**
**1385 South Donahue Drive, 1-104**
**1-104**
**Auburn, AL 36832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/11/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7010**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $331.37 |
|---|---|---|---|

**Dylan Owens**
**7833 shoup lane**
**Camp Lejeune, NC 28547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/14/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7111**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |
|---|---|---|---|

**Dylan Perron**
**4385 upper 145th st w**
**Rosemount, MN 55068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/11/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8166**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $304.06 |
|---|---|---|---|

**Edd Kells**
**817 Beatrice dr**
**Dayton, OH 45404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/15/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7136**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.10 |
|---|---|---|---|

**Edward Eichstadt**
**7936 Blanchard way**
**Inver grove heights, MN 55076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/5/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7984**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor  **Anatolian Arms LLC**                                                    Case number (if known) _____
          Name

| | | |
|---|---|---|
| 3.321 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$77.82** |

**Edward Medbery**
**4695 Elena Way**
**Melbourne, FL 32934**

Date(s) debt was incurred  __11/6/2021__

Last 4 digits of account number  __4629__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$196.73** |

**Edward Miller**
**824 Sunflower Drive**
**Odenton, MD 21113**

Date(s) debt was incurred  __3/17/2022__

Last 4 digits of account number  __8359__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$193.35** |

**Edwin Whitley**
**160 Stonehill Dr**
**Zebulon, NC 27597**

Date(s) debt was incurred  __2/24/2022__

Last 4 digits of account number  __7579__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$179.12** |

**Eian Renteria**
**4212 kibraney ave**
**Las Vegas, NV 89149**

Date(s) debt was incurred  __2/11/2022__

Last 4 digits of account number  __6988__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$176.87** |

**Eli Cummings**
**25511 Lyon Springs Ct**
**None**
**Spring, TX 77373**

Date(s) debt was incurred  __2/24/2022__

Last 4 digits of account number  __7462__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$626.50** |

**Elias Enright**
**19945 Warriors Path Dr**
**Peyton, CO 80831**

Date(s) debt was incurred  __4/3/2022__

Last 4 digits of account number  __8682__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$331.37** |

**Elizabeth Racop**
**625 Hillcrest Rd**
**Unit B**
**Paw Paw, MI 49079**

Date(s) debt was incurred  __2/17/2022__

Last 4 digits of account number  __7195__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Anatolian Arms LLC**

Name

Case number *(if known)*

---

| 3.328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$689.42** |
|---|---|---|---|

**Elizabeth Racop**
**550 Biastock Rd**
**Benton Harbor, MI 49022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7839**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$188.86** |
|---|---|---|---|

**Elmer Esquivel**
**1367 Finale Lane**
**Las Vegas, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8096**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$328.75** |
|---|---|---|---|

**Elmer Palacios**
**6690 Dunsdin Dr**
**Plainfield, IN 46168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/29/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8590**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$179.12** |
|---|---|---|---|

**Ephraim Gonzalez**
**6 Nancy Dr**
**Auburn, MA 01501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/11/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **6972**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$349.40** |
|---|---|---|---|

**Eric Brandstrom**
**5100 N Miller Rd**
**34**
**Scottsdale, AZ 85250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/3/2021**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **4527**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$196.73** |
|---|---|---|---|

**Eric Bromlow**
**802 s 13th ave**
**Fairview, OK 73737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/16/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8328**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$334.37** |
|---|---|---|---|

**Eric Faison**
**119 PRICKET LN**
**CLAYTON, NC 27527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8446**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Anatolian Arms LLC**
_____
Name

Case number (if known) _____

---

| 3.335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$188.30** |

**Eric Glowiak**
**633 BRIARWOOD DR**
**VASSAR, MI 48768-1403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/6/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  8021**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$176.87** |

**Eric Gregory**
**2652 Westgate Dr**
**Houston, TX 77098**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/24/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  7481**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$513.58** |

**Eric Holtz**
**1121 KNOLLWOOD RD**
**WHITE PLAINS, NY 10603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/20/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  8426**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$187.32** |

**Eric Hutto**
**2304 East 42nd Street**
**Savannah, GA 31404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/9/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  1522**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$184.05** |

**Eric Jeglum**
**894 E BOISE AVE**
**BOISE, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  11/29/2021**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  5453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$177.44** |

**Eric Mecca**
**11644 Bailey mtn trail**
**Midlothian, VA 23112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/22/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  7307**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$177.44** |

**Eric Puccip**
**1740 Bristol Dr.**
**Dubuque, IA 52001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/13/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  7058**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
| | Name | | |

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.30** |

**Eric Vessey**
**10117 Bracken Dr**
**Ellicott City, MD 21042-1674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/26/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8534**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86** |

**Erik Eastley**
**401 w college ave**
**marquette, MI 49855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/19/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8415**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86** |

**Erik Landeck**
**11319 Corlett drive**
**Brighton, MI 48114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8347**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$351.23** |

**Erik Melanson**
**52 ROUTE 303**
**VLY COTTAGE, NY 10989-1222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/18/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8379**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$486.62** |

**Erik Penner**
**3409 32nd way nw**
**olympia, WA 98502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7594**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$328.75** |

**Erik Roe**
**8310 S 200 E**
**Lafayette, IN 47909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/29/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8605**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.10** |

**Ernest Harris**
**9953 Hwy 36 E.**
**Lacey?s Spring, AL 35754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/6/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1495**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.349 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$188.86** |
|---|---|---|---|

Ernie Calma
4386 s San angelo ln
FORT MOHAVE, AZ 86426

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _3/13/2022_

**Basis for the claim:** _Deposit_

**Last 4 digits of account number** _8262_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$682.14** |
|---|---|---|---|

Ethan Maglaya
2613 Hydraulic Road
Charlottesville, VA 22901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/13/2022_

**Basis for the claim:** _Deposit_

**Last 4 digits of account number** _1597_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$187.32** |
|---|---|---|---|

Eugene GRAHAM
57 Caspian Trail
Ellijay, GA 30536

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/10/2022_

**Basis for the claim:** _Deposit_

**Last 4 digits of account number** _1531_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$188.86** |
|---|---|---|---|

Fabio Bandarra
31456 penny surf loop
wesley chapel, FL 33545

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _3/11/2022_

**Basis for the claim:** _Deposit_

**Last 4 digits of account number** _8182_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$183.80** |
|---|---|---|---|

Finley Christie
7495 NW Lake Jeffery Road
Lake City, FL 32055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/4/2022_

**Basis for the claim:** _Deposit_

**Last 4 digits of account number** _8692_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,300.00** |
|---|---|---|---|

Fireball LLC
2010 E Liberty
Mexico, MO 65265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _July 2022 - present_

**Basis for the claim:** _Monthly rent_

**Last 4 digits of account number** _8927_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$188.86** |
|---|---|---|---|

Flint Weathers
197 Cedars Glen Cir
Villa Rica, GA 30180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _3/21/2022_

**Basis for the claim:** _Deposit_

**Last 4 digits of account number** _8456_

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.356** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.11**

**Francisco Amezcua**
**4090 tokay ave**
**Malaga, WA 98828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/28/2021**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **4259**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.357** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203.47**

**Frank DaCosta**
**44 Deerfield St**
**Bergenfield, NJ 07621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **7947**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.358** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86**

**Frank Roberts**
**24399 Riverfront Drive**
**Punta Gorda, FL 33980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/14/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **8290**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86**

**Frederick Nething**
**1101 NE Keyes RD**
**Unit B**
**Vancouver, WA 98684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/21/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **8470**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.360** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$425.74**

**Gabe Capozzi**
**6311 Hatteras Club Dr**
**Lake Worth, FL 33463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/18/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **7224**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.361** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86**

**Gabriel Gonzalez**
**8290 cleary blvd**
**Apt 2908**
**Plantation, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/15/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **8302**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.362** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$439.76**

**Gabriel Shelton**
**437 patton lane**
**Limestone, TN 37681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/19/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **7242**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Anatolian Arms LLC**                                                    Case number (if known) _____
         Name

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $293.36 |
|---|---|---|---|

**Gage Lapierre**
**181 Oakland Station Road**
**ST. ALBANS, VT 05478**

Date(s) debt was incurred  **2/25/2022**

Last 4 digits of account number  **7699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $188.30 |
|---|---|---|---|

**Garland Arnett Jr**
**119 Cumberland ct**
**Pikeville, KY 41501**

Date(s) debt was incurred  **3/6/2022**

Last 4 digits of account number  **8027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |
|---|---|---|---|

**Garret Reed**
**111 bateman st**
**Rockingham, NC 28379**

Date(s) debt was incurred  **3/16/2022**

Last 4 digits of account number  **8332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $177.44 |
|---|---|---|---|

**Garrett Gregory**
**515 E 200 S**
**Logan, UT 84321**

Date(s) debt was incurred  **2/15/2022**

Last 4 digits of account number  **7122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $177.44 |
|---|---|---|---|

**Gary Crowe**
**12756 STATE HIGHWAY 253**
**BRILLIANT, AL 35548**

Date(s) debt was incurred  **2/13/2022**

Last 4 digits of account number  **7050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |
|---|---|---|---|

**Gary Kelechenyi**
**490 Pioneer Rd Apt #4103**
**Rexburg, ID 83440**

Date(s) debt was incurred  **3/21/2022**

Last 4 digits of account number  **8466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $301.79 |
|---|---|---|---|

**Gary Mclaughlin**
**3498 Conservation Trail**
**The Villages, FL 32163**

Date(s) debt was incurred  **2/27/2022**

Last 4 digits of account number  **7777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Anatolian Arms LLC**
　　　　Name

Case number (if known) _____

---

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $324.26 |

**Gary Smith**
**3269 Unionville Rd**
**Cranberry, PA 16066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8103**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $201.82 |

**Gayle Boone**
**12203 Broken Lance Ct**
**Clinton, MD 20735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/12/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **1565**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $188.30 |

**Gene Hommel**
**4610**
**County road 8**
**Clarendon, TX 79226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/5/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7973**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $183.80 |

**Gennadiy Trusov**
**18392 harvester ave**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/4/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8710**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $177.44 |

**Geoffrey McIntyre**
**8237 Reservoir Rd.**
**Collinsville, MS 39325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/16/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7163**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $460.21 |

**George Green**
**6040 Dogwood Trail**
**leeds, AL 35094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7640**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $366.96 |

**George Tarsoulis**
**5889 South Rue Road**
**West Palm Beach, FL 33415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/27/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7795**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.377** | Nonpriority creditor's name and mailing address | | **$187.32**

**Gerald ZIMMERLIE**
**8115 CHERYL MEADOW DR**
**Converse, TX 78109**

Date(s) debt was incurred  **4/15/2022**

Last 4 digits of account number  **1607**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.378** | Nonpriority creditor's name and mailing address | | **$351.23**

**Gerard Cicero**
**2 Astor Drive**
**MANALAPAN, NJ 07726**

Date(s) debt was incurred  **3/18/2022**

Last 4 digits of account number  **8392**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.379** | Nonpriority creditor's name and mailing address | | **$314.70**

**Gerardo Cruz**
**4061 Cherry Rd.**
**Oswego, IL 60543**

Date(s) debt was incurred  **3/8/2022**

Last 4 digits of account number  **8073**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380** | Nonpriority creditor's name and mailing address | | **$351.23**

**Glenn Braselton**
**201 River Trail**
**Ball Ground, GA 30107**

Date(s) debt was incurred  **3/3/2022**

Last 4 digits of account number  **7921**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381** | Nonpriority creditor's name and mailing address | | **$320.88**

**Gordon Toal**
**204 Dewars Dr**
**Rock Hill, SC 29730**

Date(s) debt was incurred  **3/3/2022**

Last 4 digits of account number  **7905**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.382** | Nonpriority creditor's name and mailing address | | **$188.86**

**Gordon Wright**
**1017 Lewis Cove**
**Delray Beach, FL 33483-8512**

Date(s) debt was incurred  **3/16/2022**

Last 4 digits of account number  **8338**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383** | Nonpriority creditor's name and mailing address | | **$341.59**

**Grant Kent**
**17 Brian Dr**
**Lititz, PA 17543**

Date(s) debt was incurred  **4/26/2022**

Last 4 digits of account number  **8744**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Anatolian Arms LLC**                                     Case number (if known) _____

---

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$196.73** |
|---|---|---|---|

**Greg Guetlin**
**1211 S 8TH AVE**
**KELSO, WA 98626-2745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/5/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7969**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$327.07** |
|---|---|---|---|

**Greg Leon**
**898 Chuckwagon Rd SE**
**Rio Rancho, NM 87124-3785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/10/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8151**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$183.80** |
|---|---|---|---|

**Greg Zengel**
**132 Hammer Road**
**Flemington, NJ 08822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/4/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8696**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$188.30** |
|---|---|---|---|

**Gregori Gitlin**
**11208 Jasmine Hill Circle**
**Boca Raton, FL 33498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/5/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7988**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$293.36** |
|---|---|---|---|

**Gregory Aucoin**
**20 Arrowhead Pass**
**Windham, ME 04062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7674**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$366.96** |
|---|---|---|---|

**Gregory Bosak**
**6017 N Northwest Hwy**
**Chicago, IL 60631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7895**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$331.37** |
|---|---|---|---|

**Gregory Collins**
**1216 FM 2649**
**LONE OAK, TX 75453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/20/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7263**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Anatolian Arms LLC**                                      Case number (if known) _____
                    Name

---

| 3.391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$188.86** |
|---|---|---|---|

**Gregory Miller**
**1007 Goose Creek Road**
**Toms River, NJ 08753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/13/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **8261**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$351.23** |
|---|---|---|---|

**Grzegorz Brzuszek**
**454 Spring Rd**
**Apt 16**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/10/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **8123**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$187.32** |
|---|---|---|---|

**Haile Yancy**
**14500 Driftwood Road**
**Bowie, MD 20721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/8/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **1508**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$188.30** |
|---|---|---|---|

**Harley Sweet**
**840 Gregg st**
**Nashville, MI 49073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/6/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **8015**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$351.23** |
|---|---|---|---|

**Harmon Atwood**
**960 15th Ave N**
**Fort Dodge, IA 50501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/18/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **8390**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$89.18** |
|---|---|---|---|

**Harold Crawford**
**21625 cr 3748**
**splendora, TX 77372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/21/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **8715**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$176.87** |
|---|---|---|---|

**Harrison Shuler**
**192 Durango road**
**Destin, FL 32541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/24/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **7503**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.398**

**Nonpriority creditor's name and mailing address**
Hcruz300@Gmail.Com cruz
1114 garden green dr
Temple, TX 76502

Date(s) debt was incurred  3/24/2022

Last 4 digits of account number  8518

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$168.07**

---

**3.399**

**Nonpriority creditor's name and mailing address**
Heath OBarr
201 Pine Terrace Ln.
Walhalla, SC 29691

Date(s) debt was incurred  2/24/2022

Last 4 digits of account number  7608

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$360.21**

---

**3.400**

**Nonpriority creditor's name and mailing address**
Heather Handy
3509 W 42nd Ave
Kennewick, WA 99337

Date(s) debt was incurred  3/4/2022

Last 4 digits of account number  7949

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$350.10**

---

**3.401**

**Nonpriority creditor's name and mailing address**
Hendel Lewis
7101 N 36th ave
116
Phoenix, AZ 85051

Date(s) debt was incurred  4/3/2022

Last 4 digits of account number  8675

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$156.84**

---

**3.402**

**Nonpriority creditor's name and mailing address**
Ian Ashe
10625 Sw Hawthorne Ln
Portland, OR 97225

Date(s) debt was incurred  3/26/2022

Last 4 digits of account number  8547

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$350.10**

---

**3.403**

**Nonpriority creditor's name and mailing address**
Ian Hartman
451 Selden Ave.
Akron, OH 44301

Date(s) debt was incurred  2/16/2022

Last 4 digits of account number  7151

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$331.37**

---

**3.404**

**Nonpriority creditor's name and mailing address**
Iman Watson
15418 Beech Tree Pkwy
Upper Marlboro, MD 20774

Date(s) debt was incurred  4/6/2022

Last 4 digits of account number  1484

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$205.15**

---

Debtor **Anatolian Arms LLC**

Case number *(if known)* _____

| | |
|---|---|
| 3.405 | **Nonpriority creditor's name and mailing address** | **$224.26** |

**Nonpriority creditor's name and mailing address**

3.405

**Isaiah Burnett**
**4647 Kendrick Rd**
**Suitland, MD 20746**

Date(s) debt was incurred  **3/21/2022**

Last 4 digits of account number  **8455**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$224.26**

---

3.406

**Jack Davis**
**924 Ewell Rd**
**Virginia Beach, VA 23455**

Date(s) debt was incurred  **3/30/2022**

Last 4 digits of account number  **8611**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$328.75**

---

3.407

**Jacob Denison**
**20 N Hastings Dr**
**Nampa, ID 83687**

Date(s) debt was incurred  **2/24/2022**

Last 4 digits of account number  **7500**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$176.87**

---

3.408

**Jacob Guillemette**
**730 west rd**
**Waterboro, ME 04087**

Date(s) debt was incurred  **2/27/2022**

Last 4 digits of account number  **7766**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$472.01**

---

3.409

**Jacob Jeznach**
**734 locust ave**
**lochbuie, CO 80603**

Date(s) debt was incurred  **3/3/2022**

Last 4 digits of account number  **7932**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$196.73**

---

3.410

**Jaden Beitey-McKim**
**1040 SE Columbia Ridge Drive**
**Unit 5**
**Vancouver, WA 98664**

Date(s) debt was incurred  **4/4/2022**

Last 4 digits of account number  **8699**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$183.80**

---

3.411

**Jake Gillaspie**
**813 Independence Drive**
**Alabaster, AL 35007**

Date(s) debt was incurred  **2/24/2022**

Last 4 digits of account number  **7607**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$186.61**

Debtor _____**Anatolian Arms LLC**_____     Case number *(if known)* _____
Name

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $320.88 |

**Jakob Rosman**
**2525 East 53rd Avenue**
**C107**
**SPOKANE, WA 99223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7873**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $496.73 |

**James Alexander**
**3640 Malibu Palms Dr**
**201**
**Virginia Beach, VA 23452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/14/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8273**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.95 |

**James Botzon**
**225 S 2100 E**
**St. George, UT 84790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/4/2021**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **5520**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $327.07 |

**James Christofferson**
**2035 W. Iowa St**
**CHICAGO, IL 60622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/12/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8236**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.87 |

**James Creath**
**37 Riverside Dr**
**Hawkinsville, GA 31036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/6/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1487**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $192.23 |

**James Crist**
**4708 FORGE ACRE DR**
**PERRYHALL, MD 21128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/28/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7822**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $330.25 |

**James Daniels**
**108 north wendell ave**
**Rincon, GA 31326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7460**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Anatolian Arms LLC**                                          Case number *(if known)*
_____
Name

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $707.40 |
|---|---|---|---|

**James Downing**
**W267S3742 Velma Court**
**Waukesha, WI 53189**

Date(s) debt was incurred  **3/30/2022**

Last 4 digits of account number  **8622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $179.12 |
|---|---|---|---|

**James Graham**
**2101 10TH AVE S**
**MINNEAPOLIS, MN 55404-2903**

Date(s) debt was incurred  **2/11/2022**

Last 4 digits of account number  **6977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $201.82 |
|---|---|---|---|

**James Highlander**
**8100 Spaulding Circle**
**Severn, MD 21144**

Date(s) debt was incurred  **5/3/2022**

Last 4 digits of account number  **8750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $301.79 |
|---|---|---|---|

**James Karfes**
**6775 Hickory Hill Dr.**
**Cleveland, OH 44143**

Date(s) debt was incurred  **2/27/2022**

Last 4 digits of account number  **7782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $196.73 |
|---|---|---|---|

**James Kottaridis**
**1 Drew Rd**
**Somersworth, NH 03878**

Date(s) debt was incurred  **3/1/2022**

Last 4 digits of account number  **7861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $341.59 |
|---|---|---|---|

**James Laird**
**637 Stallion ct.**
**Gardnerville, NV 89410**

Date(s) debt was incurred  **4/23/2022**

Last 4 digits of account number  **8732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $351.23 |
|---|---|---|---|

**James Lambson**
**538 West 1620 South**
**Lehi, UT 84043**

Date(s) debt was incurred  **3/3/2022**

Last 4 digits of account number  **7914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.426**

**Nonpriority creditor's name and mailing address**
**James Leonard**
**258 MATTHEWS RD**
**CARRIERE, MS 39426-8303**

Date(s) debt was incurred  3/3/2022

Last 4 digits of account number  7913

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$351.23**

---

**3.427**

**Nonpriority creditor's name and mailing address**
**James Moran IV**
**1520 Jade Cove Dr**
**Powder Springs, GA 30127**

Date(s) debt was incurred  1/13/22

Last 4 digits of account number  Moran

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Product content dispute**

Is the claim subject to offset? ■ No  ☐ Yes

**$355.49**

---

**3.428**

**Nonpriority creditor's name and mailing address**
**James Rainer**
**5850 Cypress Grove Circle**
**Punta Gorda, FL 33952**

Date(s) debt was incurred  3/12/2022

Last 4 digits of account number  8245

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$919.77**

---

**3.429**

**Nonpriority creditor's name and mailing address**
**James Staples**
**608 Oak st**
**Bucklin, MO 64631**

Date(s) debt was incurred  2/26/2022

Last 4 digits of account number  7753

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$459.09**

---

**3.430**

**Nonpriority creditor's name and mailing address**
**Jameson Clark**
**19 green pointe ct.**
**Wentzville, MO 63385**

Date(s) debt was incurred  2/24/2022

Last 4 digits of account number  7508

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$271.80**

---

**3.431**

**Nonpriority creditor's name and mailing address**
**Jamie Ehl**
**1402 Cotton Flat Rd**
**Midland, TX 79701**

Date(s) debt was incurred  3/2/2022

Last 4 digits of account number  7883

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$675.94**

---

**3.432**

**Nonpriority creditor's name and mailing address**
**Jared Bales**
**20235 e 1700th rd**
**Fair play, MO 65649**

Date(s) debt was incurred  2/14/2022

Last 4 digits of account number  7120

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$87.99**

---

Debtor  **Anatolian Arms LLC**                                                        Case number (if known) _____
        Name

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86** |
|---|---|---|---|

**Jared Coil**
**1604 Pacific Ave**
**Ennis, TX 75119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/2/2022

Basis for the claim:  **Deposit**

Last 4 digits of account number  7867

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.23** |
|---|---|---|---|

**Jared Lindig**
**3258 S. Township Road 59**
**Alvada, OH 44802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/27/2022

Basis for the claim:  **Deposit**

Last 4 digits of account number  7760

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.48** |
|---|---|---|---|

**Jarrod Parrish**
**314 Stonecroft Circle**
**Helena, AL 35080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/6/2022

Basis for the claim:  **Deposit**

Last 4 digits of account number  1491

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86** |
|---|---|---|---|

**Jason Blanton**
**19358 N Shepherds Pie Pl**
**Boise, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/3/2022

Basis for the claim:  **Deposit**

Last 4 digits of account number  7920

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$176.87** |
|---|---|---|---|

**Jason Bonnell**
**9286 N 3277 E**
**Eagle Mountain, UT 84005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/24/2022

Basis for the claim:  **Deposit**

Last 4 digits of account number  7482

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$295.08** |
|---|---|---|---|

**Jason Hensley**
**77856 S.4700 Rd.**
**Stilwell, OK 74960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/11/2021

Basis for the claim:  **Deposit**

Last 4 digits of account number  4858

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$301.79** |
|---|---|---|---|

**Jason Kushnir**
**71 climbing aster way**
**Asheville, NC 28806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/26/2022

Basis for the claim:  **Deposit**

Last 4 digits of account number  7719

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Anatolian Arms LLC**                                                              Case number (if known) _____

| | |
|---|---|

**3.440** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86.95**

Jason Lewis
5525
Widgeon Ct
Dayton, OH 45424

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/28/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8577**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.441** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,813.02**

Jason Litwak
6542 Patio Ln
Boca Raton, FL 33433

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/11/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8186**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.442** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86**

Jason Martin
20 youngs drive
Front Royal, VA 22630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/12/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8240**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.443** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$179.87**

Jason Reynolds
1231 Ballater Dr
Murfreesboro, TN 37128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7547**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.444** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$351.23**

Jason Sather
1120 Delmar St
3F
Papillion, NE 68046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/11/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8185**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.445** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$314.70**

Jason Strope
2916 N. Wymosa St.
Boise, ID 83703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7849**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.446** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.73**

Jason Tribbett
29017 SW Tami Loop
94
Wilsonville, OR 97070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/11/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8204**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Anatolian Arms LLC**                                                                Case number *(if known)* _____
　　　　　Name

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$187.32** |
|---|---|---|---|

**Jason Yee**
**2606 Ashlee Way**
**Lynn Haven, FL 32444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/7/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **1499**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$331.37** |
|---|---|---|---|

**Jay Sime**
**608 Consolvo Place**
**Chesapeake, VA 23324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/17/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **7172**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186.73** |
|---|---|---|---|

**Jayson Johnsin**
**3445 Berkeley Street**
**Apt 328**
**Alexandria, VA 22302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/5/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **6845**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$330.25** |
|---|---|---|---|

**Jeff Allman**
**405 e wetmore**
**Suite 117-516**
**Tucson, AZ 85705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **7473**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$442.61** |
|---|---|---|---|

**Jeff Banal**
**907 5th St SE**
**Jamestown, ND 58401**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/11/2022**

**Basis for the claim:**  **Deposit - reimbursed by TSYS (CC processor)**

Last 4 digits of account number  **banal**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.73** |
|---|---|---|---|

**Jeff Davis**
**201 Countryside Dr**
**Apt 5**
**Moscow, PA 18444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/16/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **8323**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$615.27** |
|---|---|---|---|

**Jeff Morrison**
**1342 Hillcrest Dr NE**
**Fridley, MN 55432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **8081**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Anatolian Arms LLC**                                            Case number (if known) _____
_____
Name

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188.44 |
|---|---|---|---|

**Jeffery Jones**
**1050 Illinois Rd**
**Cheyenne, WY 82009-8020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/14/2021

**Basis for the claim:  Deposit**

Last 4 digits of account number  5634

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.23 |
|---|---|---|---|

**Jeffery Whitcomb**
**378**
**West Main St**
**Lunenburg, VT 05906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/8/2022

**Basis for the claim:  Deposit**

Last 4 digits of account number  8077

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.73 |
|---|---|---|---|

**Jeffrey Gallup**
**7922 154th St E**
**Puyallup, WA 98375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/25/2022

**Basis for the claim:  Deposit**

Last 4 digits of account number  7682

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $352.24 |
|---|---|---|---|

**Jeffrey Gamler**
**10529 60th Ave w**
**Mukilteo, WA 98275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/7/2022

**Basis for the claim:  Deposit**

Last 4 digits of account number  8044

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188.86 |
|---|---|---|---|

**Jeffrey graves**
**702 Enon Springs Road East**
**lot 3004**
**Smyrna, TN 37167-7537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/1/2022

**Basis for the claim:  Deposit**

Last 4 digits of account number  7862

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $301.79 |
|---|---|---|---|

**Jeffrey Johnson**
**221 TOD LN**
**Silver Creek, WA 98585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/25/2022

**Basis for the claim:  Deposit**

Last 4 digits of account number  7685

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $334.37 |
|---|---|---|---|

**Jeffrey Johnson**
**221 TOD LN**
**Silver Creek, WA 98585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/17/2022

**Basis for the claim:  Deposit**

Last 4 digits of account number  8356

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Anatolian Arms LLC**                                          Case number (if known) _____

---

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $320.88 |

**Jeffrey Motley**
**103 Carolina Forest Drive**
**Goldsboro, NC 27534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7937**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $350.10 |

**Jeffrey Najmowicz**
**83 Lardner Rd**
**Bristol, CT 06010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/5/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7989**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |

**Jeffrey Palmer**
**16191 Fall RD**
**Lebanon, MO 65536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/3/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7912**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $314.70 |

**Jemal J. Beale**
**201 Bimbler Blvd**
**Ocean Township, NJ 07712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7894**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $626.50 |

**Jennifer Shumway**
**550 pebble lane 1519**
**taylor, AZ 85939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8650**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $351.23 |

**Jeremy Ferkin**
**11649 gold dust drive**
**South jordan, UT 84095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8082**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $177.44 |

**Jeremy Hofer**
**22760 N Ramsey Rd**
**Rathdrum, ID 83858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/22/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7306**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Anatolian Arms LLC**
Name

Case number (if known) _____

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425.74 |
|---|---|---|---|

**Jeremy Mio**
**9511 Lakeshore blvd**
**Bratenhal, OH 44108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/21/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7272**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $196.73 |
|---|---|---|---|

**Jeremy Rediger**
**204 S Locust St**
**Wyanet, IL 61379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8437**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |
|---|---|---|---|

**Jeremy York**
**453 Turkey Ln**
**Winthrop, ME 04364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7898**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $351.23 |
|---|---|---|---|

**Jerod Jacob**
**804 North 16th AVE**
**Kelso, WA 98626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/3/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7916**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $366.96 |
|---|---|---|---|

**Jerry Hammond**
**13337 w sierra vista dr**
**Glendale, AZ 85307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/12/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8230**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $183.84 |
|---|---|---|---|

**Jerry Hussey**
**25684 waldorf st**
**Roseville, MI 48066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/22/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8720**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.21 |
|---|---|---|---|

**Jesse Dillon**
**1024 Horse Pen Run**
**Huntingtown, MD 20639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7649**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Anatolian Arms LLC**                                                                                        Case number (if known) _____

| | |
|---|---|

**3.475** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$192.23**

**Jesse Geiger**
**515 MOHAWK DR.**
**Erie, PA 16505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/26/2022**

Last 4 digits of account number  **7747**

Basis for the claim:  **Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.476** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$193.35**

**Jesse Hightower**
**1808 Blythewood Rd.**
**Blythewood, SC 29016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2022**

Last 4 digits of account number  **7627**

Basis for the claim:  **Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.477** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$327.07**

**Jesse Lary**
**957 TANGLE RIDGE RD**
**PERHAM, ME 04766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/2022**

Last 4 digits of account number  **8104**

Basis for the claim:  **Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.478** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$293.36**

**Jesus Munoz**
**3471 Ruidosa Trail**
**Fort Worth, TX 76116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/26/2022**

Last 4 digits of account number  **7715**

Basis for the claim:  **Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.479** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$186.61**

**Jimbo Busby**
**512 nw hillery st**
**Burleson, TX 76028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2022**

Last 4 digits of account number  **7624**

Basis for the claim:  **Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.480** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$196.73**

**Jimmie Williams**
**1616 w lawn ave**
**Milwaukee, WI 53209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/27/2022**

Last 4 digits of account number  **7757**

Basis for the claim:  **Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.481** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$327.67**

**Jimmy JOBE**
**2528 CHANUTE DRIVE**
**PLANO, TX 75025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/20/2022**

Last 4 digits of account number  **6759**

Basis for the claim:  **Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Anatolian Arms LLC**
_____  Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.482 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$196.73** |

3.482

**Nonpriority creditor's name and mailing address**

**Joe Chaffman**
**800 Line Rd**
**Delta, PA 17314**

Date(s) debt was incurred  2/28/2022

Last 4 digits of account number  7817

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$196.73**

---

3.483

**Nonpriority creditor's name and mailing address**

**Joe Desrochers**
**585**
**Main Street**
**Newport, VT 05855**

Date(s) debt was incurred  4/10/2022

Last 4 digits of account number  1529

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$187.32**

---

3.484

**Nonpriority creditor's name and mailing address**

**Joe Gavish**
**11850 Osprey Avenue**
**Weeki Wachee, FL 34614**

Date(s) debt was incurred  2/24/2022

Last 4 digits of account number  7534

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$179.87**

---

3.485

**Nonpriority creditor's name and mailing address**

**Joe Ruetz**
**W182S6539 muskego drive**
**Muskego, WI 53150**

Date(s) debt was incurred  2/24/2022

Last 4 digits of account number  7598

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$346.73**

---

3.486

**Nonpriority creditor's name and mailing address**

**Joel Ayers**
**1114 W 10th Ave**
**JJ-105**
**Kennewick, WA 99336**

Date(s) debt was incurred  4/3/2022

Last 4 digits of account number  8680

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$183.80**

---

3.487

**Nonpriority creditor's name and mailing address**

**Johan Blom**
**2115 N. Cribbens Street**
**Boise, ID 83713**

Date(s) debt was incurred  3/11/2022

Last 4 digits of account number  8198

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$188.86**

---

3.488

**Nonpriority creditor's name and mailing address**

**John A Dease**
**203 Sawgrass Drive**
**Savannah, GA 31405**

Date(s) debt was incurred  2/21/2022

Last 4 digits of account number  7290

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$177.44**

---

Debtor  **Anatolian Arms LLC**                                          Case number (if known) _____
        Name

---

| 3.489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$120.74** |

**John A Felder**
17923 Magenta Springs Dr.
Humble, TX 77346

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/23/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  8730**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$187.32** |

**John Abshire**
415 N. Mesquite St.
P.O. Box 102
Hico, TX 76457

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/11/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  1562**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$498.41** |

**John Adams**
5843 Kennesaw Trl
Columbus, IN 47203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/4/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  8694**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$201.82** |

**John Adcock**
2933 Katie Lane
Edmond, OK 73012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/14/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  1603**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$331.37** |

**John Allen**
8901 anchor dr.
St. Louis, MO 63123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/20/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  7269**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$357.97** |

**John C Paganetti**
301 Nevada street
Vallejo, CA 94590

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/27/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  7810**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$331.37** |

**John Dawson**
110 Ossipee Mountain Rd
Center Ossipee, NH 03814

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/19/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  7241**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$320.88** |
|---|---|---|---|

**John Edvardsen**
**581 Pond Ridge Road**
**Tellico Plains, TN 37385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/28/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7815**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$326.51** |
|---|---|---|---|

**John Ford**
**2468 dyke branch road**
**Dover, DE 19901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8660**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$577.06** |
|---|---|---|---|

**John Gallucci**
**91 Ashland Rd**
**Scituate, RI 02857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/27/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7765**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$177.44** |
|---|---|---|---|

**John Hand**
**3015 ATCHISON WAY**
**LAWRENCE, KS 66047-3958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/15/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7139**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$377.55** |
|---|---|---|---|

**John Hecox**
**12 N. Vista,**
**AUBURN HILLS, MI 48326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/6/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1489**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$363.61** |
|---|---|---|---|

**John Hulen**
**6761 Sundance Trail**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **5940**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$331.37** |
|---|---|---|---|

**John Jenners**
**17482 Key Rd**
**Rogers, AR 72756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/13/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7039**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.503** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$351.23**

John Lee
3617 Wyngate Lane
Birmingham, AL 35242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/18/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  8395**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.504** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$327.67**

John McMahon
3338 Greenbush Ave
Cincinnati, OH 45251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/11/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  1539**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.505** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.48**

John Monahan
4 HILLSIDE DR
NASHUA, NH 03064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/6/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  1492**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.506** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.73**

John Natale
20 Harborside Drive
Sussex, NJ 07461

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/26/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  7741**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.507** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$627.63**

John Papp
25 ANITA WAY
Warren, CT 06754

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/12/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  8232**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.508** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$793.17**

John Schapman
1328 lathroprd
Allenton, MI 48002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/16/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  7149**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.509** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$271.80**

John WHITE
6402 Crossville Hwy
Sparta, TN 38583-2931

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/24/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  7478**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Anatolian Arms LLC**
Name

Case number *(if known)*

---

| 3.510 | Nonpriority creditor's name and mailing address | | $366.96 |

**Jon Pickens**
**12 Fillmore drive**
**Millstone, NJ 08510**

Date(s) debt was incurred  3/11/2022

Last 4 digits of account number  8200

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | | $188.86 |

**Jon Walton**
**3312 E 126TH ST SOUTH**
**Muskogee, OK 74403**

Date(s) debt was incurred  3/22/2022

Last 4 digits of account number  8479

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | | $183.80 |

**Jonas E Bates**
**2214 Peters Dr**
**Apt 113**
**Eau Claire, WI 54703**

Date(s) debt was incurred  4/3/2022

Last 4 digits of account number  8674

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | | $602.91 |

**Jonathan Fodera**
**3810 round table ct**
**Land O Lakes, FL 34638**

Date(s) debt was incurred  2/28/2022

Last 4 digits of account number  7816

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | | $330.25 |

**Jonathan Giron**
**7619 Mallard Avenue Northwest**
**Albuquerque, NM 87114**

Date(s) debt was incurred  2/24/2022

Last 4 digits of account number  7467

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | | $196.73 |

**Jonathan Graper**
**3705 Hackett Rd**
**Saginaw, MI 48603**

Date(s) debt was incurred  3/20/2022

Last 4 digits of account number  8431

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | | $196.73 |

**Jonathan Russell**
**740 Stafford Way**
**Carson City, NV 89701**

Date(s) debt was incurred  3/8/2022

Last 4 digits of account number  8054

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deposit

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Anatolian Arms LLC**                                                    Case number (if known) _____
_____
Name

| | |
|---|---|

**3.517** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.10**

Jonathan Wieder
164 pingley lane
Winchester, VA 22602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7578**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$201.82**

Jordan Gutierrez
19931 Bothell Everett HWY
1501
Bothell, WA 98021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/23/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8723**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.519** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,047.86**

Jordan Martin
9033 Smokethorn Trail
Belvidere, IL 61008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/3/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8685**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.520** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$351.23**

Jordan Palady
300 R Steet SE
Auburn, WA 98002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/19/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8418**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.521** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$196.73**

Jorge Tapia
7921 Sw 152 Av
# 6
Miami, FL 33193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/16/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8325**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.522** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$187.32**

Jose Armenta
8850 Ferguson Road
Unit 1026
Dallas, TX 75228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/16/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1611**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.523** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$177.44**

Jose Blanco
422 Wood Branch Street
Woodstock, GA 30188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/16/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7146**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Anatolian Arms LLC**                                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.524 | **Nonpriority creditor's name and mailing address** |

**3.524**

**Nonpriority creditor's name and mailing address**

**Jose Cervantez**
**P.O. Box 420041**
**Del Rio, TX 78842**

Date(s) debt was incurred  **3/22/2022**

Last 4 digits of account number  **8487**

**As of the petition filing date, the claim is:** Check all that apply.                    **$196.73**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.525**

**Nonpriority creditor's name and mailing address**

**Jose Moreno**
**251 Griffith St.**
**Jersey City, NJ 07307**

Date(s) debt was incurred  **4/5/2022**

Last 4 digits of account number  **1457**

**As of the petition filing date, the claim is:** Check all that apply.                    **$343.14**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.526**

**Nonpriority creditor's name and mailing address**

**Jose Pineda**
**1404 Lilac Dr**
**Denver City, TX 79323**

Date(s) debt was incurred  **3/16/2022**

Last 4 digits of account number  **8341**

**As of the petition filing date, the claim is:** Check all that apply.                    **$188.86**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.527**

**Nonpriority creditor's name and mailing address**

**Jose Ventura**
**433 Douglas Ave**
**Avenel, NJ 07001**

Date(s) debt was incurred  **4/12/2022**

Last 4 digits of account number  **1568**

**As of the petition filing date, the claim is:** Check all that apply.                    **$187.32**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.528**

**Nonpriority creditor's name and mailing address**

**Joseph Adair**
**4264 taylor rd**
**Chesapeake, VA 23321**

Date(s) debt was incurred  **4/4/2022**

Last 4 digits of account number  **8711**

**As of the petition filing date, the claim is:** Check all that apply.                    **$183.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.529**

**Nonpriority creditor's name and mailing address**

**Joseph Bensfield**
**8126 West 27th Street**
**North Riverside, IL 60546**

Date(s) debt was incurred  **3/18/2022**

Last 4 digits of account number  **8396**

**As of the petition filing date, the claim is:** Check all that apply.                    **$188.86**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.530**

**Nonpriority creditor's name and mailing address**

**Joseph Collins**
**4511 reed bark lane**
**Jacksonville, FL 32246**

Date(s) debt was incurred  **3/1/2022**

Last 4 digits of account number  **7851**

**As of the petition filing date, the claim is:** Check all that apply.                    **$314.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.531** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$196.73**

Joseph haugen
400 Foster Drive
Lenoir City, TN 37772

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7954**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.532** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$186.61**

Joseph Kestel
2000 Knob Hill Drive
Plano, TX 75023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7645**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.533** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$295.08**

Joseph Nisivoccia
3 Douglas Dr
Edison, NJ 08817

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/15/2021**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **4912**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.534** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$187.32**

Joseph Redner
19618 Salado Creek Ct
Cypress, TX 77433

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/8/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1515**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.535** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$187.18**

Joseph Richardson
117 cedar st
PACKWOOD, WA 98361

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/30/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8616**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.536** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86**

Josh Anderson
20310 Road 4
Big Springs, NE 69122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8438**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.537** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.24**

Josh Minor
2613 PARK HAMPTON DR SE
Owens Cross Roads, AL 35763-0137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7524**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.538 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $196.73 |

**Joshua Burton**
**1816 Sweetshrub Ct.**
**Linden, NC 28356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/19/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **8405**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $187.32 |

**Joshua Capen**
**2621 W Humphrey Rd**
**Ithaca, MI 48847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/16/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **1615**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $188.86 |

**Joshua Capen**
**2621 W Humphrey Rd**
**Ithaca, MI 48847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **8427**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $301.79 |

**Joshua DeSantis**
**9049 Cranbrook Drive**
**Northfield, OH 44067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/27/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **7803**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $615.27 |

**Joshua DeSantis**
**9049 Cranbrook Drive**
**Northfield, OH 44067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **7892**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $366.96 |

**Joshua diskin**
**3113 hickory bend ct**
**Conroe, TX 77301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/10/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **8124**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $177.44 |

**Joshua Gouldin**
**733 Fieldstone Dr NE**
**302**
**Leesburg, VA 20176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/18/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **7205**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor __Anatolian Arms LLC_____   Case number *(if known)* _____
        Name

| | | |
|---|---|---|
| 3.545 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$293.36** |

**Joshua Henke**
**1916 maryline ct.**
**Lacrosse, WI 54603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/25/2022__

Last 4 digits of account number __7692__

**Basis for the claim:** __Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | **$188.86** |

**Joshua Lane**
**105 Hobbs Hill Dr**
**Chehalis**
**Chehalis, WA 98532**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/11/2022__

Last 4 digits of account number __8199__

**Basis for the claim:** __Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | **$77.82** |

**Joshua Stephen**
**3159 Duke Dr**
**Gulf Breeze, FL 32563**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/13/2021__

Last 4 digits of account number __4885__

**Basis for the claim:** __Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | **$293.36** |

**Joshua Stewart**
**30941 Mill Ln**
**Suite G / PMB 262**
**Spanish Fort, AL 36527**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/27/2022__

Last 4 digits of account number __7770__

**Basis for the claim:** __Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | **$435.26** |

**Josiah Johns**
**10522 Wood Dale Dr**
**Dallas, TX 75228**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/4/2022__

Last 4 digits of account number __6797__

**Basis for the claim:** __Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | **$188.86** |

**Juan Giraldo**
**28715 SW 132 ave**
**ste 126**
**Homestead, FL 33033**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/11/2022__

Last 4 digits of account number __8172__

**Basis for the claim:** __Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | **$188.86** |

**Juan Ramierz**
**51 mmb lane**
**Lillington, NC 27546**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/18/2022__

Last 4 digits of account number __8388__

**Basis for the claim:** __Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $196.73 |
|---|---|---|---|

**Juan Zavala**
**240 Honeysuckle Ln**
**Robesonia, PA 19551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/11/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8192**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |
|---|---|---|---|

**Juan Zavala**
**240 Honeysuckle Ln**
**Robesonia, PA 19551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8362**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $184.93 |
|---|---|---|---|

**Julia Bisland**
**14509 85th Ave. Ct. W.**
**Taylor Ridge, IL 61284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/3/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8672**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $348.41 |
|---|---|---|---|

**Julia Coss**
**308 4th Ave NE**
**Rio Rancho, NM 87124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/8/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8071**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $509.79 |
|---|---|---|---|

**Julian Alderete**
**7604 Calle Montana NE**
**Albuquerque, NM 87113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/16/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1610**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $188.30 |
|---|---|---|---|

**Julie Baire**
**2317 Rice Ave**
**Lake city, PA 16423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7944**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $196.73 |
|---|---|---|---|

**Julie Georgevic**
**103 St. John St.**
**Schuylkill Haven, PA 17972**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/7/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8052**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.559** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$331.37**

**Justin Ochs**
P.O. Box 546
Syracuse, KS 67878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/21/2022**

Last 4 digits of account number **7301**

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.560** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.21**

**Kadeem Lyle**
7 Decatur St
Roosevelt, NY 11575

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/28/2022**

Last 4 digits of account number **7823**

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.561** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$293.36**

**Kadence King**
12381 n mount Bigelow rd
Oro valley, AZ 85755

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/24/2022**

Last 4 digits of account number **7612**

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.562** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$331.37**

**Kamron bluhm**
758 west grand ave
muskegon, MI 49441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/21/2022**

Last 4 digits of account number **7276**

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.563** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$293.36**

**Kamron Hutchison**
2540 palisades dr
Apt #2
Lake havasu, AZ 86403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/26/2022**

Last 4 digits of account number **7750**

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.564** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86**

**Kareem H Romulo**
411 Tifton Eldorado Rd Lot 11
Tifton, GA 31794

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/19/2022**

Last 4 digits of account number **8416**

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.565** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$289.98**

**Karl Knaak**
8435 Holley Hills Circle
Navarre, FL 32566

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/24/2022**

Last 4 digits of account number **7553**

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Anatolian Arms LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $341.11 |
|---|---|---|---|

**Karl Miller**
**2149 Hendricks Station Road**
**Harleysville, PA 19438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/30/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8613**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.45 |
|---|---|---|---|

**Keaton Meckley**
**4566 Juneau Rd**
**Punxsutawney, PA 15767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/11/2021**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **4861**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.84 |
|---|---|---|---|

**Keaton Voirol**
**6210 Chaddsford drive**
**Fort Wayne, IN 46816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/21/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8716**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.44 |
|---|---|---|---|

**Keelan Haworth**
**204 kipling lane**
**Winter haven, FL 33884**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/17/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7193**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Keith Kaetterhenry**
**242 Salal Way**
**Sequim, WA 98382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/3/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8686**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189.36 |
|---|---|---|---|

**Kelly Bakst**
**225 N Buteo Woods Ln.**
**Las Vegas, NV 89144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/7/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8045**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.82 |
|---|---|---|---|

**Kelly Bourne**
**1308 Brittany Hls E**
**Newark, OH 43055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/11/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **1560**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|

---

**3.573** | Nonpriority creditor's name and mailing address

**Ken Mottin**
**3061 Carpenters Park Road**
**Davidsville, PA 15928-9207**

Date(s) debt was incurred  **3/23/2022**

Last 4 digits of account number  **8511**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$196.73**

---

**3.574** | Nonpriority creditor's name and mailing address

**Kendall Collins**
**10154 logwood road**
**Dardanelle, AR 72835**

Date(s) debt was incurred  **2/26/2022**

Last 4 digits of account number  **7740**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$192.23**

---

**3.575** | Nonpriority creditor's name and mailing address

**Kendall Squire**
**2627 Marlboro Ave**
**Norfolk, VA 23504**

Date(s) debt was incurred  **2/24/2022**

Last 4 digits of account number  **7456**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$425.18**

---

**3.576** | Nonpriority creditor's name and mailing address

**Kendall Squire**
**2627 Marlboro Ave**
**Norfolk, VA 23504**

Date(s) debt was incurred  **2/24/2022**

Last 4 digits of account number  **7521**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$454.94**

---

**3.577** | Nonpriority creditor's name and mailing address

**Kenneth Garrett**
**9460 Miller CT N**
**Chunchula, AL 36521**

Date(s) debt was incurred  **3/10/2022**

Last 4 digits of account number  **8130**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$196.73**

---

**3.578** | Nonpriority creditor's name and mailing address

**Kenneth Mohl**
**115 Westminster St**
**115**
**albany, GA 31721**

Date(s) debt was incurred  **4/1/2022**

Last 4 digits of account number  **8646**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$186.05**

---

**3.579** | Nonpriority creditor's name and mailing address

**Kenneth Raybon**
**3800 Crestridge Dr**
**Farmington, NM 87401**

Date(s) debt was incurred  **3/27/2022**

Last 4 digits of account number  **8549**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$93.92**

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.580**

**Nonpriority creditor's name and mailing address**
**Kent Layden**
**2301 S Steen Rd**
**Veradale, WA 99037**

Date(s) debt was incurred **2/13/2022**

Last 4 digits of account number **7055**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$177.44**

---

**3.581**

**Nonpriority creditor's name and mailing address**
**Kent Shrake**
**1630 Mercoal Dr**
**Spring, TX 77386**

Date(s) debt was incurred **11/10/2021**

Last 4 digits of account number **4830**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$132.13**

---

**3.582**

**Nonpriority creditor's name and mailing address**
**Kent Sipes**
**5608 Jergens Rd**
**Nine Mile Falls, WA 99026-9505**

Date(s) debt was incurred **3/3/2022**

Last 4 digits of account number **7911**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$537.17**

---

**3.583**

**Nonpriority creditor's name and mailing address**
**Keven Clark**
**432 S 700 W**
**Tremonton, UT 84337**

Date(s) debt was incurred **2/15/2022**

Last 4 digits of account number **7133**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$331.37**

---

**3.584**

**Nonpriority creditor's name and mailing address**
**Kevin Cummings**
**27 redmile ct**
**Reisterstown, MD 21136**

Date(s) debt was incurred **4/7/2022**

Last 4 digits of account number **1502**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$187.32**

---

**3.585**

**Nonpriority creditor's name and mailing address**
**Kevin Henshaw**
**P O Box 69**
**Church Road, VA 23833**

Date(s) debt was incurred **2/25/2022**

Last 4 digits of account number **7684**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$192.23**

---

**3.586**

**Nonpriority creditor's name and mailing address**
**Kevin M FRATE**
**1124 BOPP RD**
**SAINT LOUIS, MO 63131**

Date(s) debt was incurred **3/11/2022**

Last 4 digits of account number **8163**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$188.86**

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.587** | **Nonpriority creditor's name and mailing address**

**Kevin Pyle**
**15016 North 133rd Drive**
**Surprise, AZ 85379**

**Date(s) debt was incurred** _4/13/2022_

**Last 4 digits of account number** _1595_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Deposit_

Is the claim subject to offset? ☑ No ☐ Yes

$327.67

---

**3.588** | **Nonpriority creditor's name and mailing address**

**Kevin Sumsion**
**7484 N Addison Ave**
**Eagle Mountain, UT 84005**

**Date(s) debt was incurred** _3/2/2022_

**Last 4 digits of account number** _7865_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Deposit_

Is the claim subject to offset? ☑ No ☐ Yes

$366.96

---

**3.589** | **Nonpriority creditor's name and mailing address**

**Khaalid Bell**
**6111 york rd**
**1**
**Baltimore, MD 21212**

**Date(s) debt was incurred** _2/27/2022_

**Last 4 digits of account number** _7761_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Deposit_

Is the claim subject to offset? ☑ No ☐ Yes

$192.23

---

**3.590** | **Nonpriority creditor's name and mailing address**

**Kiran Kantha**
**126 Piney Creek Ln**
**Erie, CO 80516**

**Date(s) debt was incurred** _4/17/2022_

**Last 4 digits of account number** _1620_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Deposit_

Is the claim subject to offset? ☑ No ☐ Yes

$327.67

---

**3.591** | **Nonpriority creditor's name and mailing address**

**Kirby Patterson**
**651 B L Cantwell rd**
**Rutledge, TN 37861**

**Date(s) debt was incurred** _3/14/2022_

**Last 4 digits of account number** _8286_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Deposit_

Is the claim subject to offset? ☑ No ☐ Yes

$188.86

---

**3.592** | **Nonpriority creditor's name and mailing address**

**Kirk Lawry**
**6548 US Highway 41 South**
**Marquette, MI 49855**

**Date(s) debt was incurred** _3/21/2022_

**Last 4 digits of account number** _8471_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Deposit_

Is the claim subject to offset? ☑ No ☐ Yes

$188.86

---

**3.593** | **Nonpriority creditor's name and mailing address**

**Kirt Rowe**
**1020 morado dr**
**Casper, WY 82609**

**Date(s) debt was incurred** _3/11/2022_

**Last 4 digits of account number** _8175_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Deposit_

Is the claim subject to offset? ☑ No ☐ Yes

$188.86

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.594**

**Nonpriority creditor's name and mailing address**

**Kristian Huju**
**34424 N SHOAL LAKE RD**
**GRAND RAPIDS, MN 55744-5551**

Date(s) debt was incurred  **3/18/2022**

Last 4 digits of account number  **8403**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$351.23**

---

**3.595**

**Nonpriority creditor's name and mailing address**

**Kristopher Martin**
**5001 SW 20th St**
**1109**
**Ocala, FL 34474**

Date(s) debt was incurred  **4/11/2022**

Last 4 digits of account number  **1540**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$187.32**

---

**3.596**

**Nonpriority creditor's name and mailing address**

**Kyle Davis**
**1006 holden rd**
**Poplarville, MS 39470**

Date(s) debt was incurred  **3/25/2022**

Last 4 digits of account number  **8520**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$196.73**

---

**3.597**

**Nonpriority creditor's name and mailing address**

**Kyle Ford**
**3122 TANAGER LN**
**EAST STROUDSBURG, PA 18302**

Date(s) debt was incurred  **3/11/2022**

Last 4 digits of account number  **8196**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,308.53**

---

**3.598**

**Nonpriority creditor's name and mailing address**

**Kyle Johnson**
**2114 Cook Drive**
**Somerset, WI 54025**

Date(s) debt was incurred  **3/17/2022**

Last 4 digits of account number  **8372**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$351.23**

---

**3.599**

**Nonpriority creditor's name and mailing address**

**Kyle Kline**
**8352 Woody Court**
**Norfolk, VA 23518**

Date(s) debt was incurred  **3/22/2022**

Last 4 digits of account number  **8488**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$188.86**

---

**3.600**

**Nonpriority creditor's name and mailing address**

**Kyle Mccoy**
**203 FRANKLIN DR**
**Berea, OH 44017**

Date(s) debt was incurred  **3/17/2022**

Last 4 digits of account number  **8360**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$366.96**

---

Debtor  **Anatolian Arms LLC**                                    Case number (if known) _____

---

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $577.06 |
|---|---|---|---|

**Kyle Schwartz**
**1841 Chestnut St #6**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7691**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $320.88 |
|---|---|---|---|

**Kyle Stryker**
**5131 38th avenue north**
**Saint Petersburg, FL 33710-2143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7951**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.11 |
|---|---|---|---|

**Lamar Youngblood**
**9295 Rousseau st**
**Webster, FL 33597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7519**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $295.08 |
|---|---|---|---|

**Lance Blake**
**1110a East Grundy Street**
**Tullahoma, TN 37388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/13/2021**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **4886**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.44 |
|---|---|---|---|

**Larry Hyde**
**2 Bronco Ln**
**Saint Rose, LA 70087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/15/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7138**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.44 |
|---|---|---|---|

**Larry Willingham**
**155 Crawford Drive**
**Springville, AL 35146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/19/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7240**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $560.22 |
|---|---|---|---|

**Lawrence Emmons**
**108 Seurat Lane**
**Martinsburg, WV 25403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/26/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7754**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Anatolian Arms LLC**                                          Case number (if known) _____

---

| 3.608 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$366.96** |
|---|---|---|---|

**Leo Halle jr**
**365 Jerusalem Rd**
**Windham, CT 06280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/28/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8566**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$177.44** |
|---|---|---|---|

**Leroy Starks**
**11773 Scott Park Rd**
**Delton, MI 49046-8580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/15/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7137**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$196.73** |
|---|---|---|---|

**Leudyn Tavarez**
**812 Maryland st**
**Whitehall, PA 18052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/10/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8150**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$188.86** |
|---|---|---|---|

**Levi Dedonder**
**701 s birch ave**
**Plattsburg, MO 64477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/15/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8306**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$454.94** |
|---|---|---|---|

**Lindsay Kenney**
**4800 University Drive**
**6O**
**Durham, NC 27707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/21/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7302**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$188.30** |
|---|---|---|---|

**Lindsey Myres**
**7105 Fairbanks Dr NE**
**Rio Rancho, NM 87144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/25/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8528**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.614 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$440.92** |
|---|---|---|---|

**Ling Graves**
**3 Estill beach lane**
**Bluffton, SC 29910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/21/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7288**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$553.47** |
|---|---|---|---|

**Lionel Sosa-lara**
**240 Willow Ridge Cir**
**Rockwall, TX 75032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/24/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **7572**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.30** |
|---|---|---|---|

**Lisa Fore**
**3212 Old Coach Way**
**Reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/3/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **7928**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186.61** |
|---|---|---|---|

**Logan Collins**
**1570 Eisenhower Drive**
**APT B107**
**Boulder, CO 80303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/24/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **7615**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$301.79** |
|---|---|---|---|

**Louis Jennings**
**30227 Saddleridge Drive**
**Bulverde, TX 79163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/27/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **7791**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$289.98** |
|---|---|---|---|

**Lucas Preston**
**54154 Riverview Dr**
**Elkhart, IN 46514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/25/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **7633**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$293.36** |
|---|---|---|---|

**Luciana Damato**
**16222 n 161st dr**
**Surprise, AZ 85374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/27/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **7789**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$293.36** |
|---|---|---|---|

**Lucien Zwirtzz**
**16200 se 89th st**
**OKC, OK 73020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/25/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **7690**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.622** | **Nonpriority creditor's name and mailing address**

Luis Garcia
1781 N. Firebrick dr.
Kuna, ID 83634

Date(s) debt was incurred  2/17/2022

Last 4 digits of account number  7194

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$177.44

---

**3.623** | **Nonpriority creditor's name and mailing address**

Luke Blackwell
3020 claybrook dr
Wyllie, TX 75098

Date(s) debt was incurred  3/19/2022

Last 4 digits of account number  8419

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$196.73

---

**3.624** | **Nonpriority creditor's name and mailing address**

Marc Ehlers
25 Highland Park Drive
Newnan, GA 30263

Date(s) debt was incurred  11/4/2021

Last 4 digits of account number  4606

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$295.08

---

**3.625** | **Nonpriority creditor's name and mailing address**

Marc Faast
1729 NE Carson Way
Bend, OR 97701

Date(s) debt was incurred  3/7/2022

Last 4 digits of account number  8038

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$352.24

---

**3.626** | **Nonpriority creditor's name and mailing address**

Marcus Cowles
5850 se Lynch Rd
Shelton, WA 98584

Date(s) debt was incurred  3/27/2022

Last 4 digits of account number  8555

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$188.30

---

**3.627** | **Nonpriority creditor's name and mailing address**

Marcus Ortwine
1003 Fitch Street
Albion, MI 49224

Date(s) debt was incurred  2/18/2022

Last 4 digits of account number  7210

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$331.37

---

**3.628** | **Nonpriority creditor's name and mailing address**

Marcus Ortwine
11681 Stockwell Road
Marion, MI 49665

Date(s) debt was incurred  3/12/2022

Last 4 digits of account number  8222

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$327.07

---

Debtor   **Anatolian Arms LLC**                                                                   Case number (if known) _____
         Name

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$320.88** |
|---|---|---|---|

**Marcus Rieck**
**114 North Guilford Street**
**Sumner, IA 50674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/8/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  8075**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$196.73** |
|---|---|---|---|

**Margaret Williams**
**10930 SE 172nd St**
**C202**
**Renton, WA 98055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/7/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  8032**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$692.00** |
|---|---|---|---|

**Mario Venezia**
**719 SIRLS RD**
**BENTON, KY 42025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  1/10/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  6183**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$188.30** |
|---|---|---|---|

**Mark Collinsworth**
**1288 Marsh Springs**
**Collierville, TN 38017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/26/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  8536**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$187.32** |
|---|---|---|---|

**Mark Kidd**
**5364 Salcano Street**
**SARASOTA, FL 34238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/10/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  1532**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$324.26** |
|---|---|---|---|

**Mark Rock**
**13317 123rd Avenue NE**
**Lake Stevens, WA 98258**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/11/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  8168**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$331.37** |
|---|---|---|---|

**Mark Teubert**
**231 maple st n**
**Lester Prairie, MN 55354**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/20/2022**

**Basis for the claim:  Deposit**

**Last 4 digits of account number  7255**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Anatolian Arms LLC**                                         Case number (if known) _____
           Name

---

| 3.636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$187.18** |
|---|---|---|---|

**Mark Tonkin**
**196 park rd**
**Indiana, PA 15701**

Date(s) debt was incurred  **3/31/2022**

Last 4 digits of account number  **8628**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$454.94** |
|---|---|---|---|

**Mark Wentworth**
**5599 Shelton Creek Rd**
**Oxford, NC 27565-5401**

Date(s) debt was incurred  **2/24/2022**

Last 4 digits of account number  **7520**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$458.03** |
|---|---|---|---|

**Martha Taylor**
**3887 N 3614 E**
**Kimberly, ID 83341**

Date(s) debt was incurred  **11/13/2021**

Last 4 digits of account number  **4891**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$351.23** |
|---|---|---|---|

**Martin Meredith**
**9145 County Road 133**
**Kaufman, TX 75142-4747**

Date(s) debt was incurred  **3/15/2022**

Last 4 digits of account number  **8304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.23** |
|---|---|---|---|

**Martin Reise**
**706 West Smith Street**
**Cleburne, TX 76033**

Date(s) debt was incurred  **2/28/2022**

Last 4 digits of account number  **7824**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$627.63** |
|---|---|---|---|

**Martin Rodriguez**
**11597 La Plata Road**
**La Plata, MD 20646**

Date(s) debt was incurred  **3/12/2022**

Last 4 digits of account number  **8249**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$320.88** |
|---|---|---|---|

**Martin zamorano**
**221 NW 187th Ave**
**Pembroke Pines, FL 33029**

Date(s) debt was incurred  **3/6/2022**

Last 4 digits of account number  **8028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.643** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$289.98**

Marvin Wooley
17598 Fm 1774
Plantersville, TX 77363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7603**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.644** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$495.05**

Matt Bartus
14 Westwood Rd
East Brunswick, NJ 08816-1310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/18/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8384**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.645** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$177.44**

Matt Bitzegaio
1114 24th Ave W
West Fargo, ND 58078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/14/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7071**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.646** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$187.18**

Matt schoenleber
103 Coles Drive
Doylestown, PA 18901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8642**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.647** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$187.32**

Matt Wiggins
2709 N Nicholes Ave
Layton, UT 84040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/8/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1513**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.648** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$127.62**

Matt Wilson
12701 105th ave court east
Puyallup, WA 98374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/27/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8552**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.649** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$187.32**

Matthew Arnold
Po Box 18994
Reno, NV 89511

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/16/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1612**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.650** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$187.32**

**Matthew Austermiller**
**310 west north st**
**Mc Clure, OH 43534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/13/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **1601**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.651** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$320.88**

**Matthew Deveikis**
**8901 Deekens Street**
**Amelia Court House, VA 23002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/5/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **7976**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.652** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$190.10**

**Matthew Francis**
**11 Quince Tree Drive**
**Martinsburg, WV 25401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/10/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **1528**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.653** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$188.86**

**Matthew Gray**
**1719 Wilson rd**
**Akronn, OH 44312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **7879**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.654** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$351.23**

**Matthew McGarvey**
**1318 McCulley RD**
**Hastings, PA 16646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/11/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **8178**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.655** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$196.73**

**Matthew michael**
**108 n seneca st**
**tiff city, MO 64868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/19/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **8420**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.656** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$188.30**

**Matthew obrian**
**7636 Se 114th Ave**
**Portland, OR 97266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/28/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **8568**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.657 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$293.36** |
|---|---|---|---|

**Matthew Paoletta**
**1160 Nevada Sky. St**
**Las vegas, NV 89128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/27/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7771**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$177.44** |
|---|---|---|---|

**Matthew Roberts**
**6131 140th St. SW**
**Edmonds, WA 98026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/19/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7233**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$188.30** |
|---|---|---|---|

**Max Kelderman**
**1313 Madison Ave**
**South Milwaukee, WI 53172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/3/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7926**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$494.48** |
|---|---|---|---|

**Maysam Sabitian**
**11574 Capanna Rosso Place**
**Las Vegas, NV 89141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/13/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8253**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$314.70** |
|---|---|---|---|

**Mccager bryant**
**12119 155th ave ne**
**Arlington, WA 98223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/5/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7992**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$188.30** |
|---|---|---|---|

**Melissa BARTELLE**
**107 SOUTH LOGAN AVE #2B**
**AUDUBON, NJ 08106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/26/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8533**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$176.87** |
|---|---|---|---|

**Micah Etheridge**
**1821 Battleground Dr**
**Murfreesboro, TN 37129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7455**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86** |
|---|---|---|---|

**Michael Badders**
**2037 1st Ave N**
**Saint Petersburg, FL 33713**

Date(s) debt was incurred  **3/16/2022**

Last 4 digits of account number  **8330**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,191.69** |
|---|---|---|---|

**Michael Barkley**
**406 Honeysuckle**
**Brookland, AR 72417**

Date(s) debt was incurred  **3/11/2022**

Last 4 digits of account number  **8171**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$335.50** |
|---|---|---|---|

**Michael Betts**
**26 Ball Hill Ln.**
**Greenbrier, AR 72058**

Date(s) debt was incurred  **2/25/2022**

Last 4 digits of account number  **7695**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$189.36** |
|---|---|---|---|

**Michael Brassell**
**702 Cold bottom rd**
**Sparks, MD 21152**

Date(s) debt was incurred  **3/8/2022**

Last 4 digits of account number  **8058**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186.56** |
|---|---|---|---|

**Michael Buelna**
**1015 hall ave.**
**6**
**Killeen, TX 76541**

Date(s) debt was incurred  **4/23/2022**

Last 4 digits of account number  **8728**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.73** |
|---|---|---|---|

**Michael Burnham**
**312 Demaree Ln**
**Matthews, NC 28105**

Date(s) debt was incurred  **3/24/2022**

Last 4 digits of account number  **8515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$645.97** |
|---|---|---|---|

**Michael Clonts**
**837 Oak Pass Lane**
**Sullivan, MO 63080**

Date(s) debt was incurred  **2/10/2022**

Last 4 digits of account number  **6952**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$301.79** |

**Michael Davis**
**202 Seabea Dr**
**Lakeside City, TX 76308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/26/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7731**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.23** |

**Michael Draper**
**193 Goldsmith Dr**
**Clarklake, MI 49234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/26/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7744**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.23** |

**Michael Frye**
**4201 SW Homestead Ct**
**Lees Summit, MO 64082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/28/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7825**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.73** |

**Michael Glles**
**2345 Culverts Cove**
**Maryville, TN 37801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/27/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7775**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$327.07** |

**Michael Melendez**
**214 Spring Forest Cir**
**Aiken, SC 29803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/13/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8258**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.30** |

**Michael Munkwitz-Bennett**
**600 Prairie view dr**
**North prairie, WI 53153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/26/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8538**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.73** |

**Michael Pennig**
**658 Otsego Street**
**St Paul, MN 55130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/10/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8152**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$334.37** |
|---|---|---|---|

**Michael Peterson**
**17102 Muskrat Dr. SE**
**Rainier, WA 98576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/3/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8683**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$187.32** |
|---|---|---|---|

**Michael Rios**
**55 crestmont st**
**Reading, PA 19611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/16/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1617**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$314.70** |
|---|---|---|---|

**Michael Schilling**
**421 E 8th street**
**Schuyler, NE 68661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/6/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.73** |
|---|---|---|---|

**Michael South**
**1212 Beaver Lake Blvd**
**Plattsmouth, NE 68048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7869**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$187.32** |
|---|---|---|---|

**Michael Van Orden**
**516 TINSLEY LN**
**COLUMBIA, TN 38401-2254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/8/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1511**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.73** |
|---|---|---|---|

**Michael Vasquez**
**529 South J Street**
**Lompoc, CA 93436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/12/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8219**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$177.62** |
|---|---|---|---|

**Michael Wise**
**109 Marigold St**
**Lake Jackson, TX 77566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/29/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8585**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.685**

**Nonpriority creditor's name and mailing address**

**Micheal ARCHIE**
**P.o. Box 39758**
**Lakewood, WA 98498**

Date(s) debt was incurred  **3/13/2022**

Last 4 digits of account number  **8270**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$366.96**

---

**3.686**

**Nonpriority creditor's name and mailing address**

**Mike Bowerman**
**9264 Dorothy Drive**
**New Paris, OH 45347**

Date(s) debt was incurred  **4/7/2022**

Last 4 digits of account number  **1506**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$187.32**

---

**3.687**

**Nonpriority creditor's name and mailing address**

**Mike Calahan**
**6929 Hoyt Ct.**
**Arvada, CO 80004**

Date(s) debt was incurred  **4/3/2022**

Last 4 digits of account number  **8676**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$196.73**

---

**3.688**

**Nonpriority creditor's name and mailing address**

**Mike Cooper**
**984 Rolling Meadow Dr**
**Lavon, TX 75166**

Date(s) debt was incurred  **2/27/2022**

Last 4 digits of account number  **7779**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$196.73**

---

**3.689**

**Nonpriority creditor's name and mailing address**

**Mike Eland**
**816 Smith Street**
**Green Bay, WI 54302**

Date(s) debt was incurred  **4/26/2022**

Last 4 digits of account number  **8743**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$89.18**

---

**3.690**

**Nonpriority creditor's name and mailing address**

**Mike Gale**
**725 Butler Ave**
**Whiting, IA 51063**

Date(s) debt was incurred  **3/26/2022**

Last 4 digits of account number  **8531**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$350.10**

---

**3.691**

**Nonpriority creditor's name and mailing address**

**Mike Nosser**
**5025 Aberdeen Rd**
**Jonesboro, AR 72405-8184**

Date(s) debt was incurred  **4/8/2022**

Last 4 digits of account number  **1509**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$204.85**

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.692** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$132.13**

**Mikhail Polivany**
14654 Anjonabe Ct Se
Bemidji, MN 56601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/7/2021**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **4684**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.693** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$356.28**

**Miles Dwenger**
4051 East Olive Rd
#284
Pensacola, FL 32514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/3/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **7906**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.694** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$192.23**

**Miranda Edwards**
6081 N 37th St E
Fort Gibson, OK 74434

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **7843**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.695** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$192.23**

**Mirna Aguilera**
3099 County road 411
Alvin, TX 77511

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/22/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **8499**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.696** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$177.44**

**Mohamed Mahmoud**
388 west prospect ave
Keyport, NJ 07735

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/14/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **7077**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.697** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$819.49**

**Monica Deguzman**
3509 Doc Berlin Dr
Silver Spring, MD 20906

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/7/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **1501**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.698** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$328.75**

**Morris Chesser**
1485 WASHINGTON ST
Natchitoches, LA 71457

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/29/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **8587**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Anatolian Arms LLC | Case number (if known) | |
|--------|--------------------|------------------------|--|

---

**3.699**

**Nonpriority creditor's name and mailing address**

**Muhammad Yasin**
**955 Brownstone Trace**
**Carmel, IN 46032**

Date(s) debt was incurred  **3/19/2022**

Last 4 digits of account number  **8414**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$196.73**

---

**3.700**

**Nonpriority creditor's name and mailing address**

**Naol Washo**
**901 S 200th St**
**Des Moines, WA 98198**

Date(s) debt was incurred  **4/19/2022**

Last 4 digits of account number  **2635**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$190.10**

---

**3.701**

**Nonpriority creditor's name and mailing address**

**Nathan Clayton**
**21540 Provincial Blvd**
**Apt 918**
**Katy, TX 77450**

Date(s) debt was incurred  **2/24/2022**

Last 4 digits of account number  **7528**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$553.97**

---

**3.702**

**Nonpriority creditor's name and mailing address**

**Nathan Harris**
**11321 E Stanton Ave**
**Mesa, AZ 85212**

Date(s) debt was incurred  **2/11/2022**

Last 4 digits of account number  **6999**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$179.12**

---

**3.703**

**Nonpriority creditor's name and mailing address**

**Nathan LaCruze**
**111 West 8th street**
**Hoyt, KS 66440**

Date(s) debt was incurred  **2/26/2022**

Last 4 digits of account number  **7734**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$192.23**

---

**3.704**

**Nonpriority creditor's name and mailing address**

**Nathan Moye**
**13801 US Hwy 441 SE**
**Lot 10**
**Okeechobee, FL 34974**

Date(s) debt was incurred  **2/28/2022**

Last 4 digits of account number  **7818**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$320.88**

---

**3.705**

**Nonpriority creditor's name and mailing address**

**Nathanael Smith**
**7481 Pudding Creek drive se**
**Salem, OR 97317**

Date(s) debt was incurred  **4/3/2022**

Last 4 digits of account number  **8671**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$326.51**

---

Debtor    **Anatolian Arms LLC**                                              Case number (if known) _____

---

| 3.706 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$271.80** |
|---|---|---|---|

**Nathaniel Davis**
**231 Wilgus drive**
**Russell's point, OH 43348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7491**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.10** |
|---|---|---|---|

**Nathian foote**
**2682 saint peters ch rd**
**waldorf, MD 20601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/17/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1621**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$295.08** |
|---|---|---|---|

**Nicholas Cramer**
**290 Mirafield Lane**
**Austin, TX 78737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/13/2021**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **4890**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86** |
|---|---|---|---|

**Nicholas Jones**
**179 evergreen church rd.**
**Mauk, GA 31058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/3/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7903**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240.76** |
|---|---|---|---|

**Nick Cain**
**1510 Hayden Dr**
**Auburn, IN 46706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/8/2021**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **4746**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$333.25** |
|---|---|---|---|

**Nick Mitcheff**
**4300 Springbrook Rd**
**Pleasant Prairie, WI 53158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7531**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$352.24** |
|---|---|---|---|

**Nick Scarfino**
**5886 Glade Chapel Rd**
**Hillsboro, MO 63050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/8/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8068**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.713** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$453.47**

**Nicolas Thomas**
**4037 Indian Bayou N**
**Destin, FL 32541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7666**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.714** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.10**

**Noah Dozier**
**2701 mount olivet church rd**
**Fleming, GA 31309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/12/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **1563**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.715** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.73**

**Nolan Resendez**
**1706 crystal bridges**
**San Antonio, TX 78260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/23/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8504**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.716** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112,000.00**

**Oberheiden, PC**
**5728 Lyndon B Johnson Fwy #250**
**Dallas, TX 75240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020 - 2021**

Basis for the claim:  **Attorney Fees**

Last 4 digits of account number  **8927**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.717** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$193.35**

**Orlando Gonzalez Maura**
**8835 NW 116 st**
**Hialeah Gardens, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7660**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.718** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,228.75**

**Parrish Dean King**
**2846 Emily Lane W**
**Jacksonville, FL 32216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8111**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.719** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$286.98**

**Patrick Beatty**
**3130 Shadow Creek Dr**
**Powhatan, VA 23139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7513**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
| | Name | | |

---

**3.720**

**Nonpriority creditor's name and mailing address**

**Patrick Dempsey**
**35 Elephant Ct**
**Martinsburg, WV 25401**

Date(s) debt was incurred  **4/4/2022**

Last 4 digits of account number  **8691**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$183.80**

---

**3.721**

**Nonpriority creditor's name and mailing address**

**Patrick Hart**
**52448 SE Second St**
**Scappoose, OR 97056**

Date(s) debt was incurred  **3/9/2022**

Last 4 digits of account number  **8110**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$188.86**

---

**3.722**

**Nonpriority creditor's name and mailing address**

**Patrick Irby**
**44880 dot banagan lane**
**Leonardtown, MD 20650**

Date(s) debt was incurred  **2/27/2022**

Last 4 digits of account number  **7786**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$293.36**

---

**3.723**

**Nonpriority creditor's name and mailing address**

**Patrick Scheel**
**4758 ridge rd,**
**#221**
**Brooklyn, OH 44144**

Date(s) debt was incurred  **2/27/2022**

Last 4 digits of account number  **7780**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$459.09**

---

**3.724**

**Nonpriority creditor's name and mailing address**

**Paul Callaway**
**9746 N Exeter Ave**
**Portland, OR 97203**

Date(s) debt was incurred  **3/24/2022**

Last 4 digits of account number  **8517**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$196.73**

---

**3.725**

**Nonpriority creditor's name and mailing address**

**Paul Hayes**
**2958 South 45th East**
**Idaho Falls, ID 83406**

Date(s) debt was incurred  **3/18/2022**

Last 4 digits of account number  **8386**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$196.73**

---

**3.726**

**Nonpriority creditor's name and mailing address**

**Paul Kilduff**
**26 Wall Street**
**Oxford, NJ 07863**

Date(s) debt was incurred  **12/9/2021**

Last 4 digits of account number  **5559**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$119.51**

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.727** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$183.80**

**Paul LaMontagne**
**191 Paxton Road**
**Spencer, MA 01562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/4/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8697**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.728** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$332.68**

**Paul Stewart**
**Po box 1153**
**Coolidge, AZ 85128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/26/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8541**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.729** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.30**

**Payton Sharp**
**3804 Oak Valley Dr**
**Apt 425**
**Knoxville, TN 37918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7940**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.730** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$725.94**

**Payton Young**
**1504 South Washington Avenue**
**Marshfield, WI 54449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/27/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7787**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.731** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$189.36**

**Peter Jones**
**1971 Point Marion Rd.**
**Morgantown, WV 26508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/8/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8055**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.732** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$183.84**

**Peter Martindell**
**2239 Hendricks Station Rd**
**Harleysville, PA 19438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/22/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8722**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.733** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$177.44**

**Peter Policani**
**1430 Ocean Beach Rd**
**Hoquiam, WA 98550-9536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/12/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7035**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|--------|------------------------|------------------------|--|
| | Name | | |

---

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $483.24 |
|-------|--|--|--|

**Philip Winsor**
**499 Fancher Rd**
**Bridgewater Corners, VT 05035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8083**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $357.97 |
|-------|--|--|--|

**Phillip Frohriep**
**1852 Hillcrest Avenue**
**Wilmington, OH 45177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/26/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7728**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |
|-------|--|--|--|

**Phillip Lesser**
**19717 E Third St**
**Tulsa, OK 74108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8087**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $187.32 |
|-------|--|--|--|

**Piotr Cirlig**
**12020 Sunrise BLVD E N-103**
**Bld**
**Puyallup, WA 98374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/15/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1606**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $330.25 |
|-------|--|--|--|

**Preston Phelps**
**303 west ave**
**Florence, TX 76527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7448**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $332.68 |
|-------|--|--|--|

**Quinn lemond**
**1919 mickel creek drive**
**houston, TX 77049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/24/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8513**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.30 |
|-------|--|--|--|

**Ramiro Bernal**
**2715 Ashley Dr**
**pharr, TX 78577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/25/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8525**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |
|---|---|---|---|

**Randy Brazil**
**109 Cove Point**
**Fortville, IN 46040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/14/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8292**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |
|---|---|---|---|

**Randy jarrett**
**845 Francisco Cemetery Dr**
**Nickelsville, VA 24271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/16/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8342**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |
|---|---|---|---|

**Randy Murray**
**176 kelli dr**
**Marshall, NC 28753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/22/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8483**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $638.87 |
|---|---|---|---|

**Ray Lachenberg**
**21447 prairie ridge drive**
**Mokena, IL 60448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8435**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $364.14 |
|---|---|---|---|

**Ray Wittmuss**
**9320 Bernoulli Dr.**
**Austin, TX 78748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7679**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.44 |
|---|---|---|---|

**Raymond DeCandia**
**3370 N Hayden Road**
**123-677**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/16/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7160**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $179.12 |
|---|---|---|---|

**Reynaldo Ruiz**
**9014 Bexley Dr**
**Fort Myers, FL 33967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/11/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **6996**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Anatolian Arms LLC**                                                                   Case number *(if known)* _____
        Name

---

| 3.748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $391.67 |
|---|---|---|---|

**Ricard Dunay**
**9 WESTON DR**
**STAUNTON, VA 24401-2268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7856**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |
|---|---|---|---|

**Ricardo Ramos**
**119 Dawn Run Loop**
**Mooresville, NC 28115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/14/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8276**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $324.26 |
|---|---|---|---|

**Ricardo Riostirado**
**233 Clark Road, 233 Clark Road**
**233 Clark Road**
**PULASKI, NY 13142-2287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/11/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8170**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $187.32 |
|---|---|---|---|

**Richard Bautista-Vazquez**
**14323 Bromley Place**
**San Antonio, TX 78217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/10/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1534**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $184.93 |
|---|---|---|---|

**Richard Gill**
**2518 Berthbrook Dr**
**Cincinnati, OH 45231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8665**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |
|---|---|---|---|

**Richard Jeffries**
**300 Midland Avenue**
**Springdale, AR 72764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/13/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8264**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $324.26 |
|---|---|---|---|

**Richard Lowes**
**3999 S. Dobson Rd**
**Apt. 1005**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/10/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8147**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Anatolian Arms LLC**                                            Case number (if known) _____

---

| 3.755 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$707.40** |

**Richard Pryor**
2092 Gribble Dr
Covington, KY 41017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/3/2022

**Basis for the claim:** **Deposit**

**Last 4 digits of account number** 7915

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | | **$130.34** |

**Richard Suero**
5549 lansdowne ave
Philadelphia, PA 19131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/5/2022

**Basis for the claim:** **Deposit**

**Last 4 digits of account number** 1479

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | **Nonpriority creditor's name and mailing address** | | **$328.75** |

**Richard Wray**
32 Palomino Way
SAINT AUGUSTINE, FL 32095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/29/2022

**Basis for the claim:** **Deposit**

**Last 4 digits of account number** 8604

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | | **$183.80** |

**Richie Garza**
3401 Goldcrest Ave.
McAllen, TX 78504

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/29/2022

**Basis for the claim:** **Deposit**

**Last 4 digits of account number** 8589

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | **Nonpriority creditor's name and mailing address** | | **$86.20** |

**Rick ellas**
1890 west market
baltimore, OH 43105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/22/2022

**Basis for the claim:** **Deposit**

**Last 4 digits of account number** 7311

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | **Nonpriority creditor's name and mailing address** | | **$566.66** |

**Ricky Dunlap**
8787 Van Hoy rd.
Kernersville, NC 27284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/11/2021

**Basis for the claim:** **Deposit**

**Last 4 digits of account number** 4860

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | **Nonpriority creditor's name and mailing address** | | **$177.44** |

**Robbin Harsh**
9395 S Clare Ave
Clare, MI 48617

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/21/2022

**Basis for the claim:** **Deposit**

**Last 4 digits of account number** 7271

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|--------|------------------------|------------------------|--|
| | Name | | |

---

**3.762**

**Nonpriority creditor's name and mailing address**
**Robby Godeaux**
**3312 Pine Needle Cir**
**Round Rock, TX 78681**

Date(s) debt was incurred **2/20/2022**

Last 4 digits of account number **7257**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$177.44

---

**3.763**

**Nonpriority creditor's name and mailing address**
**Robert Alfred**
**707 turner Ave.**
**Denmark, IA 52624**

Date(s) debt was incurred **2/11/2022**

Last 4 digits of account number **6986**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$334.74

---

**3.764**

**Nonpriority creditor's name and mailing address**
**Robert Bass**
**7850 briar creek road**
**Rocky Mount, NC 27803**

Date(s) debt was incurred **4/23/2022**

Last 4 digits of account number **8731**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$89.18

---

**3.765**

**Nonpriority creditor's name and mailing address**
**Robert Bove**
**19079 roadside Ave**
**Bridgeville, DE 19933**

Date(s) debt was incurred **2/20/2022**

Last 4 digits of account number **7266**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$594.85

---

**3.766**

**Nonpriority creditor's name and mailing address**
**Robert Brown**
**1856 E Gate Cove**
**Dunwoody, GA 30338**

Date(s) debt was incurred **3/22/2022**

Last 4 digits of account number **8492**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$366.96

---

**3.767**

**Nonpriority creditor's name and mailing address**
**Robert Campbell**
**3807 Sierra Hwy Ste 6**
**PMB 4528**
**Acton, CA 93510**

Date(s) debt was incurred **11/2/2021**

Last 4 digits of account number **4512**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$566.66

---

**3.768**

**Nonpriority creditor's name and mailing address**
**Robert Fink**
**289 Grandview Ave**
**Camano Island, WA 98282-7338**

Date(s) debt was incurred **3/24/2022**

Last 4 digits of account number **8516**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$366.96

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.30** |
|---|---|---|---|

**Robert Gallovitch**
**807 Ticonderoga Pl Ne**
**Lacey, WA 98516-5349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7957**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$639.99** |
|---|---|---|---|

**Robert Lee**
**149 Harding ave**
**REVLOC, PA 15948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7560**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$177.44** |
|---|---|---|---|

**Robert Lenig**
**122 S Grandview St**
**Mount Dora, FL 32757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/21/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7284**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$331.37** |
|---|---|---|---|

**Robert McCormick**
**116 Mountain Valley Lane**
**Blairsville, GA 30512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/16/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7158**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.73** |
|---|---|---|---|

**Robert Oswald**
**1502 e maryland st**
**bellingham, WA 98226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7891**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$324.26** |
|---|---|---|---|

**Robert Owens Coreau**
**1761 portland rd**
**1761 portland rd**
**arundel, ME 04045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/12/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8225**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86** |
|---|---|---|---|

**Robert Rosiar**
**3007 E. 133rd Street**
**1**
**Chicago, IL 60633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/18/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8380**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Anatolian Arms LLC**

Name

Case number *(if known)* _____

| | |
|---|---|
| 3.776 | **Nonpriority creditor's name and mailing address** |

**3.776**

**Nonpriority creditor's name and mailing address**

**Robert Schoerverth**
**108 Byington ct**
**Elyria, OH 44035**

Date(s) debt was incurred  3/16/2022

Last 4 digits of account number  8334

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$366.96

---

**3.777**

**Nonpriority creditor's name and mailing address**

**Robert Trexler**
**7700 Valburn Dr**
**Austin, TX 78731**

Date(s) debt was incurred  3/29/2022

Last 4 digits of account number  8592

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$177.62

---

**3.778**

**Nonpriority creditor's name and mailing address**

**Robert Verner**
**3102 N Frontage**
**Plant City, FL 33565**

Date(s) debt was incurred  3/12/2022

Last 4 digits of account number  8221

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$324.26

---

**3.779**

**Nonpriority creditor's name and mailing address**

**Robert Wilson**
**113 Julias crossing**
**Brooks, GA 30205**

Date(s) debt was incurred  4/12/2022

Last 4 digits of account number  1569

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$377.55

---

**3.780**

**Nonpriority creditor's name and mailing address**

**Roberta K. LEWIS**
**200 RUSTIC PATH**
**LA VERNIA, TX 78121**

Date(s) debt was incurred  3/23/2022

Last 4 digits of account number  8510

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$192.23

---

**3.781**

**Nonpriority creditor's name and mailing address**

**Rodney Holloway**
**5425 Marshall St**
**Unit A**
**Lubbock, TX 79416**

Date(s) debt was incurred  3/18/2022

Last 4 digits of account number  8398

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$188.86

---

**3.782**

**Nonpriority creditor's name and mailing address**

**Rodney Moore**
**617 Prairie View Dr**
**Prattville, AL 36067**

Date(s) debt was incurred  5/1/2022

Last 4 digits of account number  8749

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$183.84

---

| Debtor | **Anatolian Arms LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.783** | Nonpriority creditor's name and mailing address
**Rodriquez Halim**
1034 e. Cape Elizabeth Dr
Nampa, ID 83686

Date(s) debt was incurred  2/12/2022

Last 4 digits of account number  7016

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$334.74

---

**3.784** | Nonpriority creditor's name and mailing address
**Roger Friedamn**
14030 main st ne
Suite E #1641
Duvall, WA 98019

Date(s) debt was incurred  4/3/2022

Last 4 digits of account number  8670

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$326.51

---

**3.785** | Nonpriority creditor's name and mailing address
**Roger Moore**
8200 W. 20TH ST, N-204
Apt. N-204
Greeley, CO 80647

Date(s) debt was incurred  3/28/2022

Last 4 digits of account number  8574

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$177.62

---

**3.786** | Nonpriority creditor's name and mailing address
**Ron KEELING**
5138 LILIUM DRIVE
Plainfield, IN 46168

Date(s) debt was incurred  3/2/2022

Last 4 digits of account number  7868

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$188.86

---

**3.787** | Nonpriority creditor's name and mailing address
**Ron Oley**
207 sanovia street
Exeter, PA 18643

Date(s) debt was incurred  4/25/2022

Last 4 digits of account number  8737

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$120.74

---

**3.788** | Nonpriority creditor's name and mailing address
**Ron Spangler**
33970 Curcio Dr
Sterling Heights, MI 48310

Date(s) debt was incurred  3/10/2022

Last 4 digits of account number  8159

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$196.73

---

**3.789** | Nonpriority creditor's name and mailing address
**Ronald Cormier**
84 MADLEY RD
LEBANON, CT 06249

Date(s) debt was incurred  11/12/2021

Last 4 digits of account number  4876

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$132.13

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.790**

**Nonpriority creditor's name and mailing address**

**Ronald Garcia**
**4417 e Patrick rd**
**Midland, MI 48642**

Date(s) debt was incurred  3/28/2022

Last 4 digits of account number  8557

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

$188.30

---

**3.791**

**Nonpriority creditor's name and mailing address**

**Ronald Little**
**13760 Sullivan Rd.**
**Spotsylvania, VA 22551**

Date(s) debt was incurred  3/10/2022

Last 4 digits of account number  8122

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

$351.23

---

**3.792**

**Nonpriority creditor's name and mailing address**

**Ronald Lopez**
**2800 Habsburg Circle**
**Modesto, CA 95356**

Date(s) debt was incurred  3/9/2022

Last 4 digits of account number  8097

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

$196.73

---

**3.793**

**Nonpriority creditor's name and mailing address**

**Ronald Nebel**
**4010 10th. St.**
**Apartment, suite, unit, etc. (optional)**
**Northbeach, MD 20714**

Date(s) debt was incurred  4/18/2022

Last 4 digits of account number  1623

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

$187.32

---

**3.794**

**Nonpriority creditor's name and mailing address**

**Ronald Roberts**
**1801 N Taylor**
**Hanna City, IL 61536**

Date(s) debt was incurred  3/25/2022

Last 4 digits of account number  8521

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

$332.68

---

**3.795**

**Nonpriority creditor's name and mailing address**

**Ronan Dikeos**
**4732 Se Cesar E Chavez Blvd**
**Portland, OR 97202**

Date(s) debt was incurred  3/21/2022

Last 4 digits of account number  8468

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

$351.23

---

**3.796**

**Nonpriority creditor's name and mailing address**

**Russell Coonfield**
**1238 N Box Ave**
**Fayetteville, AR 72703**

Date(s) debt was incurred  3/12/2022

Last 4 digits of account number  8223

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit

Is the claim subject to offset? ■ No ☐ Yes

$784.37

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.797** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86**

**Russell Owen**
**1906 Rand Ridge Court**
**Marietta, GA 30062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _3/20/2022_

**Basis for the claim:** _Deposit_

**Last 4 digits of account number** _8444_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.798** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$184.93**

**Russell Pitrone**
**16082 Hollyridge Dr**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/1/2022_

**Basis for the claim:** _Deposit_

**Last 4 digits of account number** _8657_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.799** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$187.32**

**Russell volpe**
**1433 POPLAR ST**
**PHILADELPHIA, PA 19130-1669**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/9/2022_

**Basis for the claim:** _Deposit_

**Last 4 digits of account number** _1519_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.800** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$327.07**

**Ryan Blaylock I.C.E.**
**605 Stafford Pointe Ct**
**Oak Ridge, NC 27310**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _3/12/2022_

**Basis for the claim:** _Deposit_

**Last 4 digits of account number** _8246_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.801** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$193.35**

**Ryan Coleman**
**6351 Rookery Cir**
**Bradenton, FL 34203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2/25/2022_

**Basis for the claim:** _Deposit_

**Last 4 digits of account number** _7657_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.802** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$179.12**

**Ryan Heiskell**
**11186 Captains Cove Dr**
**Soddy Daisy, TN 37379**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2/10/2022_

**Basis for the claim:** _Deposit_

**Last 4 digits of account number** _6955_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.803** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.23**

**Ryan Kain**
**236 east division st**
**Demotte, IN 46310**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2/25/2022_

**Basis for the claim:** _Deposit_

**Last 4 digits of account number** _7707_

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.80 |
|---|---|---|---|

**Ryan Karrer**
2380 Mill rd
Emmett, ID 83617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/24/2022

Basis for the claim:  **Deposit**

Last 4 digits of account number  7525

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $293.36 |
|---|---|---|---|

**Ryan Keenan**
1417 Orchard Dr
Apt A
Brookings, SD 57006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/24/2022

Basis for the claim:  **Deposit**

Last 4 digits of account number  7585

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.88 |
|---|---|---|---|

**Ryan Ludvigson**
6163 Scrub Pine Rd
Big Sandy, TX 75755

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/2/2022

Basis for the claim:  **Deposit**

Last 4 digits of account number  7884

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.80 |
|---|---|---|---|

**Ryan Mccutchen**
59 Anderson ave
107
Canton, GA 30114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/24/2022

Basis for the claim:  **Deposit**

Last 4 digits of account number  7518

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.51 |
|---|---|---|---|

**Ryan Meagher**
1162 bluebell drive
Livermore, CA 94551

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/5/2022

Basis for the claim:  **Deposit**

Last 4 digits of account number  1470

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $293.36 |
|---|---|---|---|

**Ryan Meyers**
2930 5th Ave NW
Great Falls, MT 59404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/25/2022

Basis for the claim:  **Deposit**

Last 4 digits of account number  7693

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.98 |
|---|---|---|---|

**Ryan Newman**
203 E Elm St
5
Granville, OH 43023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/25/2022

Basis for the claim:  **Deposit**

Last 4 digits of account number  7694

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.811 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132.13** |
|---|---|---|---|

**Ryan Pitroff**
**8915 Quinault Drive ne**
**Olympia, WA 98516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/8/2021__

**Basis for the claim:  Deposit**

Last 4 digits of account number  __4744__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86** |
|---|---|---|---|

**Ryan Sholtys**
**2245 n wenas rd**
**Selah, WA 98942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/21/2022__

**Basis for the claim:  Deposit**

Last 4 digits of account number  __8457__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186.61** |
|---|---|---|---|

**Ryan Sieck**
**3329 N Center Point Rd**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/25/2022__

**Basis for the claim:  Deposit**

Last 4 digits of account number  __7662__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.30** |
|---|---|---|---|

**Ryan Snyder**
**4872 Green Ridge Trail**
**Hamilton, MI 49419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/6/2022__

**Basis for the claim:  Deposit**

Last 4 digits of account number  __8022__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86** |
|---|---|---|---|

**Ryan Vanderwarker**
**1923 Wilson Ave**
**Bristol, PA 19007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/20/2022__

**Basis for the claim:  Deposit**

Last 4 digits of account number  __8424__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$183.84** |
|---|---|---|---|

**Ryan Walsh**
**12272 Stone Timber Ct**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/23/2022__

**Basis for the claim:  Deposit**

Last 4 digits of account number  __8725__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86.95** |
|---|---|---|---|

**Ryan Younkins**
**2022 23rd Street**
**Cuyahoga Falls, OH 44223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/29/2022__

**Basis for the claim:  Deposit**

Last 4 digits of account number  __8580__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.44 |
|---|---|---|---|

**Sabina McWhinney**
**293 Lost Berook Drive**
**Estes Park, CO 80517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/14/2022**

Last 4 digits of account number **7078**

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $339,364.92 |
|---|---|---|---|

**Sacramento Gun Club, LLC**
**3443 Routier Rd**
**Sacramento, CA 95827**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **12/6/21**

Last 4 digits of account number **7KJM**

Basis for the claim: **Judgment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.26 |
|---|---|---|---|

**Saje Allen**
**4766 sosua rd nw**
**Unit 3b**
**Bemidji, MN 56601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/10/2022**

Last 4 digits of account number **8160**

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $271.80 |
|---|---|---|---|

**Sam Kinsler**
**10224 NE Northstar Rd**
**Isabel, KS 67065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/20/2022**

Last 4 digits of account number **7267**

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.44 |
|---|---|---|---|

**Sam Wilson**
**10811 Terrier Ct**
**Columbia, MD 21044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/21/2022**

Last 4 digits of account number **7282**

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $346.73 |
|---|---|---|---|

**Sarah Berry**
**32547 41st Ave SW**
**Federal Way, WA 98023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/25/2022**

Last 4 digits of account number **7663**

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $333.25 |
|---|---|---|---|

**Savannah Allred**
**85 w 2200 s**
**Clearfield, UT 84015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/24/2022**

Last 4 digits of account number **7590**

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.825**

**Nonpriority creditor's name and mailing address**

**Scott aubin**
**7111 lyle bend lane**
**knoxville, TN 37918**

Date(s) debt was incurred **2/25/2022**

Last 4 digits of account number **7638**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$193.35**

---

**3.826**

**Nonpriority creditor's name and mailing address**

**Scott Borgmann**
**1620 Bond Rd**
**Parkton, MD 21120**

Date(s) debt was incurred **3/12/2022**

Last 4 digits of account number **8210**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$327.07**

---

**3.827**

**Nonpriority creditor's name and mailing address**

**Scott fielding**
**527 East Wilde Cherry Way**
**Sandy, UT 84070**

Date(s) debt was incurred **3/28/2022**

Last 4 digits of account number **8558**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$188.30**

---

**3.828**

**Nonpriority creditor's name and mailing address**

**Scott Fielding**
**527 E Wilde Cherry Way**
**Sandy, UT 84070**

Date(s) debt was incurred **4/21/2022**

Last 4 digits of account number **8714**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$187.32**

---

**3.829**

**Nonpriority creditor's name and mailing address**

**Scott Grimes**
**3317 Karen dr**
**Chalmette, LA 70043**

Date(s) debt was incurred **4/21/2022**

Last 4 digits of account number **8719**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$183.84**

---

**3.830**

**Nonpriority creditor's name and mailing address**

**Scott Kirley**
**P.O. Box 74**
**Somerville, OH 45064**

Date(s) debt was incurred **3/11/2022**

Last 4 digits of account number **8173**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$627.63**

---

**3.831**

**Nonpriority creditor's name and mailing address**

**Scott Statson**
**868 Eagle Dr**
**Fenton, MI 48430**

Date(s) debt was incurred **3/12/2022**

Last 4 digits of account number **8215**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$351.23**

---

Debtor   **Anatolian Arms LLC**                                                                    Case number (if known) _____
     Name

| 3.832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86** |
|---|---|---|---|

**Scott Young**
**5989 S. Van Gordon St,**
**Littleton, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **8363**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86** |
|---|---|---|---|

**Sean Boone**
**2500 Des Monies Ave**
**Portsmouth, VA 23704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/10/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **8117**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$264.26** |
|---|---|---|---|

**Sean Brennen**
**14 East Beaumont Rd**
**APT D**
**Columbus, OH 43214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **7700**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$187.32** |
|---|---|---|---|

**Sean Chapman**
**813 S PHILLIPPI ST**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/16/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **1613**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$509.79** |
|---|---|---|---|

**Sean Edkins**
**9991 E Purdue Ave**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/6/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **1494**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$320.88** |
|---|---|---|---|

**Sean Thomas Conroe**
**11 S Dakota St**
**Apt 8**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2022**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **7840**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$295.08** |
|---|---|---|---|

**Sergey Yakovlev**
**2 Durango Ct.**
**Hawthorn Woods, IL 60047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2/2021**

**Basis for the claim:**  **Deposit**

Last 4 digits of account number  **5503**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.839**

**Nonpriority creditor's name and mailing address**

**Sergio Padilla**
**1160nw 79th at**
**3115**
**Miami, FL 33150**

Date(s) debt was incurred  **2/18/2022**

Last 4 digits of account number  **7226**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$54.85**

---

**3.840**

**Nonpriority creditor's name and mailing address**

**Seth leathers**
**4100 MISSION LANE**
**C**
**COTTONWOOD, AZ 86326**

Date(s) debt was incurred  **3/18/2022**

Last 4 digits of account number  **8401**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$196.73**

---

**3.841**

**Nonpriority creditor's name and mailing address**

**Seth Morgan**
**2307 east 430 south**
**Spanish fork, UT 84660**

Date(s) debt was incurred  **3/15/2022**

Last 4 digits of account number  **8314**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$351.23**

---

**3.842**

**Nonpriority creditor's name and mailing address**

**Seth Thomas**
**911 N Conestoga Blvd**
**Yakima, WA 98908**

Date(s) debt was incurred  **3/16/2022**

Last 4 digits of account number  **8333**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$495.05**

---

**3.843**

**Nonpriority creditor's name and mailing address**

**Seth Wilson**
**3251 E Grapeview Loop Rd**
**Grapeview, WA 98546**

Date(s) debt was incurred  **3/19/2022**

Last 4 digits of account number  **8410**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$188.86**

---

**3.844**

**Nonpriority creditor's name and mailing address**

**Shamus Smythe**
**550 Kensington Rd.**
**Southern Pines, NC 28387**

Date(s) debt was incurred  **3/29/2022**

Last 4 digits of account number  **8591**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,574.27**

---

**3.845**

**Nonpriority creditor's name and mailing address**

**Shan Goldsby**
**856 183rd st s**
**Spanaway, WA 98387**

Date(s) debt was incurred  **3/8/2022**

Last 4 digits of account number  **8063**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$189.36**

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.846** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$357.97**

Shane Pfeffer
420 Moul Rd
Hilton, NY 14468

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2/28/2022__

Basis for the claim: __Deposit__

Last 4 digits of account number __7829__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.847** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$314.70**

Shane Sellers
12684 wendover
Plymouth, MI 48170

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __3/6/2022__

Basis for the claim: __Deposit__

Last 4 digits of account number __8004__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.848** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$366.96**

Sharon Kennedy
10945 Oak Valley Dr
Pensacola, FL 32506

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __3/14/2022__

Basis for the claim: __Deposit__

Last 4 digits of account number __8289__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.849** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$188.30**

Shaun Kay
1719 Rheta st
Jacksonville, FL 32218

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __3/26/2022__

Basis for the claim: __Deposit__

Last 4 digits of account number __8535__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.850** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$327.07**

Shaun Rogers
16700 state route 536
Mount Vernon, WA 98273

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __3/13/2022__

Basis for the claim: __Deposit__

Last 4 digits of account number __8259__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.851** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$351.23**

Shawn Boone
354 CHATTANOOGA RUN
LIVINGSTON, TX 77351

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __3/16/2022__

Basis for the claim: __Deposit__

Last 4 digits of account number __8318__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.852** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$177.62**

Shawn brower
622 6th south ave
house
sterling, CO 80751

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __3/29/2022__

Basis for the claim: __Deposit__

Last 4 digits of account number __8601__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $87.99 |
|---|---|---|---|

**Shawn Eden**
**26W267 Pinehurst Dr**
**Winfield, IL 60190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/16/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7143**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $196.73 |
|---|---|---|---|

**Shawn Magee**
**516 S 137th St**
**Bonner Springs, KS 66012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/27/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7808**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $351.23 |
|---|---|---|---|

**Shawn Sholtys**
**2245 N Wenas Rd**
**Selah, WA 98942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8450**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $351.23 |
|---|---|---|---|

**Shlomo morris**
**29 Smith Hill Road**
**Airmont, NY 10952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/16/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8322**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $366.96 |
|---|---|---|---|

**Slavik Maleyev**
**7174 SE RUTH LN**
**Gresham, OR 97080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8644**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $188.30 |
|---|---|---|---|

**Spencer Prehn**
**6395 Forrest Ave.**
**Elkridge, MD 21075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/5/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7968**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $183.80 |
|---|---|---|---|

**Spencer Sheets**
**3523 Oak Tree Circle**
**Indianapolis, IN 46227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/4/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8709**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number *(if known)* | |
|---|---|---|---|

---

**3.860** | Nonpriority creditor's name and mailing address | | **$188.30**

**Srdan Reljic**
**816 Washington Ave**
**Oshkosh, WI 54901**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/26/2022**

Last 4 digits of account number  **8544**

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.861** | Nonpriority creditor's name and mailing address | | **$196.73**

**Stacy Pucillo**
**121 Cathedral Avenue**
**Florham Park, NJ 07932**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/16/2022**

Last 4 digits of account number  **8335**

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.862** | Nonpriority creditor's name and mailing address | | **$61.90**

**Staton Kandel**
**7429 Sherwood Drive**
**Gloucester Point, VA 23062**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/6/2022**

Last 4 digits of account number  **8025**

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.863** | Nonpriority creditor's name and mailing address | | **$472.01**

**Stephen Barnett**
**10851 troutman rd**
**10851 troutman rd, NC 28107**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/26/2022**

Last 4 digits of account number  **7746**

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.864** | Nonpriority creditor's name and mailing address | | **$120.49**

**Stephen Giglio**
**2402 candlelight court**
**Helmetta, NJ 08828**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/27/2021**

Last 4 digits of account number  **5287**

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.865** | Nonpriority creditor's name and mailing address | | **$951.73**

**Stephen Koeper**
**735 dallwood dr**
**St. Louis, MO 63126**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/12/2022**

Last 4 digits of account number  **1570**

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.866** | Nonpriority creditor's name and mailing address | | **$707.40**

**Stephen Tropf**
**5215 Welch Rd**
**Emmett, MI 48022**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/4/2022**

Last 4 digits of account number  **8698**

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.867 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.23** |
|---|---|---|---|

**Sterling Hall**
**660 W Division Ave**
**Hermiston, OR 97838**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _3/1/2022_

**Basis for the claim:** **Deposit**

**Last 4 digits of account number** _7838_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.868 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$622.01** |
|---|---|---|---|

**Steve Thompson**
**4820 Grainger Tr**
**Fort Worth, TX 76137**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _3/12/2022_

**Basis for the claim:** **Deposit**

**Last 4 digits of account number** _8237_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.869 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86.20** |
|---|---|---|---|

**Steven A Smith**
**16 CARROLL CT**
**WEST COLUMBIA, SC 29170**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2/17/2022_

**Basis for the claim:** **Deposit**

**Last 4 digits of account number** _7200_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.870 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$184.93** |
|---|---|---|---|

**Steven Berry**
**704 Northeast Fenway Avenue**
**Bartlesville, OK 74006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/2/2022_

**Basis for the claim:** **Deposit**

**Last 4 digits of account number** _8662_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.871 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$187.32** |
|---|---|---|---|

**Steven Giammarino**
**160 South Central Ave.**
**Ramsey, NJ 07446**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/6/2022_

**Basis for the claim:** **Deposit**

**Last 4 digits of account number** _1497_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.872 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$327.07** |
|---|---|---|---|

**Steven Luther**
**26300 235th Ave SE**
**Maple Valley, WA 98038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _3/12/2022_

**Basis for the claim:** **Deposit**

**Last 4 digits of account number** _8226_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$360.21** |
|---|---|---|---|

**Steven Manning**
**2426 SANDHURST COURT**
**GASTONIA, NC 28054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2/25/2022_

**Basis for the claim:** **Deposit**

**Last 4 digits of account number** _7655_

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Anatolian Arms LLC**                                    Case number (if known) _____

| | |
|---|---|
| 3.874 | **Nonpriority creditor's name and mailing address** |

3.874  **Nonpriority creditor's name and mailing address**
**Steven May**
**268 SW 15th St**
**Chehalis, WA 98532**

Date(s) debt was incurred  **4/1/2022**
Last 4 digits of account number  **8649**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$196.73

---

3.875  **Nonpriority creditor's name and mailing address**
**Steven Redcay**
**208 FAUSNACHT DR**
**DENVER, PA 17517**

Date(s) debt was incurred  **3/12/2022**
Last 4 digits of account number  **8207**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$327.07

---

3.876  **Nonpriority creditor's name and mailing address**
**Steven Rozycki**
**8939 Chinavare Rd**
**NEWPORT, MI 48166**

Date(s) debt was incurred  **2/24/2022**
Last 4 digits of account number  **7517**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$550.47

---

3.877  **Nonpriority creditor's name and mailing address**
**Steven shahinian**
**5509 Elizabeth Lake Rd**
**Waterford, MI 48327**

Date(s) debt was incurred  **2/27/2022**
Last 4 digits of account number  **7811**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$357.97

---

3.878  **Nonpriority creditor's name and mailing address**
**Teague Fox**
**11300 SE 15th St.**
**Apt. 1027**
**Oklahoma City, OK 73130**

Date(s) debt was incurred  **4/12/2022**
Last 4 digits of account number  **1573**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$187.32

---

3.879  **Nonpriority creditor's name and mailing address**
**Tem Mitchell**
**185 Rambla Del Caballo**
**Stanley, NM 87056**

Date(s) debt was incurred  **2/12/2022**
Last 4 digits of account number  **7023**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$179.12

---

3.880  **Nonpriority creditor's name and mailing address**
**Terrence Andrews**
**PO BOX 385,**
**N4415 Cty. Rd. V**
**Poynette, WI 53955**

Date(s) debt was incurred  **2/26/2022**
Last 4 digits of account number  **7725**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$363.58

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.881** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$351.23**

**Terry Baker**
1274 E 675 S
WASHINGTON, IN 47501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7902**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.882** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$179.87**

**Terry Savage**
P.O Box 708
Prescott, AZ 86302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7576**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.883** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86**

**Thayne Davis**
7254 Pine Hills Way,
Littleton, CO 80125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/19/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8417**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.884** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$351.23**

**Theodore BYRER**
226 W Tansey Crossing
Westfield, IN 46074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/14/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8280**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.885** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.73**

**Thien Pham**
710 peteywood dr.
Auistell, GA 30106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8361**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.886** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$713.59**

**Thomas Allen**
421 Beaver St
Wibaux, MT 59353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **7591**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.887** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.73**

**Thomas Beaudoin**
3910 Lakeside Dr.
Rowlett, TX 75088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2022**

Basis for the claim:  **Deposit**

Last 4 digits of account number  **8645**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $326.51 |
|---|---|---|---|

**Thomas Cheezum**
4318 OLD STAGE COACH RD
HURLOCK, MD 21643

Date(s) debt was incurred  **4/2/2022**

Last 4 digits of account number  **8666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $424.12 |
|---|---|---|---|

**Thomas Cobitz**
7600 west 20th Avenue
220
hialeah, FL 33016

Date(s) debt was incurred  **1/9/2022**

Last 4 digits of account number  **6157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.44 |
|---|---|---|---|

**Thomas Ficorilli**
105 Horizon River Dr
Unit 1G
Myrtle Beach, SC 29588

Date(s) debt was incurred  **2/19/2022**

Last 4 digits of account number  **7236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |
|---|---|---|---|

**Thomas Hammond**
3802 N S St
Pensacola, FL 32505

Date(s) debt was incurred  **3/10/2022**

Last 4 digits of account number  **8121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $179.12 |
|---|---|---|---|

**Thomas jablonowski**
615 Runnymede Ave
Jenkintown, PA 19046

Date(s) debt was incurred  **2/11/2022**

Last 4 digits of account number  **6983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $491.11 |
|---|---|---|---|

**Thomas Majchrowski**
241 Twin Falls Road
Ozark, MO 65721

Date(s) debt was incurred  **3/1/2022**

Last 4 digits of account number  **7848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.30 |
|---|---|---|---|

**Thomas Perruso**
3375 Windsor Cir
Bethlehem, PA 18017

Date(s) debt was incurred  **3/5/2022**

Last 4 digits of account number  **7974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|--------|------------------------|------------------------|--|

| 3.895 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$332.68** |
|-------|-----|-----|-----|

**Tim Brady**
**1611 Green Oak Circle**
**Lawrenceville, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/22/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number __8497__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$332.68** |
|-------|-----|-----|-----|

**Tim Hope**
**1557 Sonoma Street**
**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/14/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number __8294__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$366.96** |
|-------|-----|-----|-----|

**Tim Langhans**
**7082 Hickory Road**
**Stewartstown, PA 17363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/21/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number __8454__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$435.26** |
|-------|-----|-----|-----|

**Tim Reding**
**100 Springwood Road**
**Dripping Springs, TX 78620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/3/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number __6784__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$196.73** |
|-------|-----|-----|-----|

**Tim Shepard**
**139 Bounty Circle**
**Angier, NC 27501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/2/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number __7893__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$385.49** |
|-------|-----|-----|-----|

**Timothy CARTER**
**1917 Little Bow Avenue**
**North Las Vegas, NV 89084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/5/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number __7961__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$196.73** |
|-------|-----|-----|-----|

**Timothy Mccorkle**
**1132 beamguard rd**
**Clover, SC 29710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/11/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number __8183__

Is the claim subject to offset? ■ No ☐ Yes

Debtor __Anatolian Arms LLC_____     Case number (if known) _____
         Name

| 3.902 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $193.35 |
|---|---|---|---|

**Timothy Mullins**
**2901 Billings St**
**Newport, AR 72112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/25/2022__

Basis for the claim:  __Deposit__

Last 4 digits of account number  __7621__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $187.32 |
|---|---|---|---|

**Tm B**
**10152 Indiantown Road No. 176**
**Jupiter, FL 33478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/8/2022__

Basis for the claim:  __Deposit__

Last 4 digits of account number  __1517__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $188.86 |
|---|---|---|---|

**Todd Morris**
**56829 High Ridge Rd**
**Bellaire, OH 43906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/9/2022__

Basis for the claim:  __Deposit__

Last 4 digits of account number  __8108__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $327.07 |
|---|---|---|---|

**Tom Emich**
**938 Livesay Dr**
**Cortez, CO 81321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/9/2022__

Basis for the claim:  __Deposit__

Last 4 digits of account number  __8098__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $188.30 |
|---|---|---|---|

**Tom Supanik**
**70644 Main Street**
**Barton, OH 43905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/5/2022__

Basis for the claim:  __Deposit__

Last 4 digits of account number  __7972__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $320.88 |
|---|---|---|---|

**Tom Yarmas**
**9474 Seven Locks Road**
**Bethesda, MD 20817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/28/2022__

Basis for the claim:  __Deposit__

Last 4 digits of account number  __7814__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $193.35 |
|---|---|---|---|

**Tomas Campos**
**2420 e 11th ave**
**Denver, CO 80206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/24/2022__

Basis for the claim:  __Deposit__

Last 4 digits of account number  __7577__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Anatolian Arms LLC_____     Case number (if known) _____
     Name

---

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.09 |
|---|---|---|---|

**Tony Brantley**
**11533 South Maplewood Avenue**
**House**
**Chicago, IL 60655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/24/2021__

**Basis for the claim:** __Deposit__

Last 4 digits of account number __4116__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $366.96 |
|---|---|---|---|

**Tony Green**
**1102 Dakota Ave**
**Gladstone, MI 49837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/5/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number __7962__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $331.37 |
|---|---|---|---|

**Tony Petersen**
**239 Talisman Lane**
**Natrona Heights, PA 15065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/17/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number __7171__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $331.37 |
|---|---|---|---|

**Tonya Hanley**
**1520 W Douglas Ave**
**Wichita, KS 67203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/20/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number __7258__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $183.80 |
|---|---|---|---|

**Trace Malmer**
**75 W Division St**
**Apt 13**
**Manteno, IL 60950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/4/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number __8690__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.44 |
|---|---|---|---|

**Travis Moore**
**9449 ne midway ave**
**Indianola, WA 98342-0010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/19/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number __7245__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $328.75 |
|---|---|---|---|

**Trelis Skeem**
**81 Front St**
**McCammon, ID 83250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/28/2022__

**Basis for the claim:** __Deposit__

Last 4 digits of account number __8578__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.916 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$537.17** |
|---|---|---|---|

**Trevor Benoit**
**1604 Lake Palourde Rd**
**Morgan City, LA 70380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/1/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **7863**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$688.07** |
|---|---|---|---|

**Troy Heuer**
**912 Parestis Road**
**Barto, PA 19504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/24/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **7485**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$673.69** |
|---|---|---|---|

**Troy Strass**
**16441 Barton Creek Ln**
**Little Elm, TX 75068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/27/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **8551**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TSYS**
**One TSYS Way**
**PO Box 1755**
**Columbus, GA 31901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020 to present**

Basis for the claim: **Credit Card processor**

Last 4 digits of account number **8927**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.23** |
|---|---|---|---|

**Ty Graves**
**1475,CR 106**
**Ewing, MO 63440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/27/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **7794**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.73** |
|---|---|---|---|

**Tyler Blubaugh**
**731 Glenview Dr**
**Howard, OH 43028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/25/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **7687**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$330.25** |
|---|---|---|---|

**Tyler Thompson**
**15976 E 118th Pl**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/24/2022**

Basis for the claim: **Deposit**

Last 4 digits of account number **7494**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.923 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$351.23** |
|---|---|---|---|

**Tyson Heistand**
**1421 MEEVES RIDGE RD**
**DUNLAP, IA 51529-4112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8434**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$187.32** |
|---|---|---|---|

**Tyson Olsen**
**807 Trails Circle**
**Gillette, WY 82718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/7/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1500**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$327.67** |
|---|---|---|---|

**Tyson Olsen**
**807 Trails Circle**
**Gillette, WY 82718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/9/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1526**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,068.75** |
|---|---|---|---|

**Tzvi Waldman**
**12 Margetts Rd**
**Monsey, NY 10952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/25/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8522**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$293.36** |
|---|---|---|---|

**Victor Morgan**
**PO Box 268**
**Seguin, TX 78156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/27/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7774**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$566.66** |
|---|---|---|---|

**Victor Werhanowicz**
**12443 Deer Flat Rd**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/11/2021**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **4859**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$351.23** |
|---|---|---|---|

**Vincent Conte**
**533 55th Pl S**
**Apt 1**
**Birmingham, AL 35212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8109**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Anatolian Arms LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.30** |
|---|---|---|---|

**Wayne Heinz**
**4 W. Regina Avenue**
**Spokane, WA 99218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/5/2022__

Basis for the claim: __Deposit__

Last 4 digits of account number __7977__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$346.73** |
|---|---|---|---|

**Wayne Williamson**
**1145 Hemlock Ave SW**
**North Bend, WA 98045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/25/2022__

Basis for the claim: __Deposit__

Last 4 digits of account number __7670__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.86** |
|---|---|---|---|

**Whit Ericksen**
**7466 South 1800 West**
**Spanish Fork, UT 84660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/11/2022__

Basis for the claim: __Deposit__

Last 4 digits of account number __8187__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.73** |
|---|---|---|---|

**William Favel**
**4186 richard ave**
**Saginaw, MI 48603**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __3/20/2022__

Basis for the claim: __Deposit__

Last 4 digits of account number __8430__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54.85** |
|---|---|---|---|

**William Geimausaddle**
**5648 Baffin lane**
**Belton, TX 76513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/24/2022__

Basis for the claim: __Deposit__

Last 4 digits of account number __7507__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$691.68** |
|---|---|---|---|

**William Gibbs**
**2704 fm 2490**
**Clifton, TX 76634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/21/2022__

Basis for the claim: __Deposit__

Last 4 digits of account number __8458__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$177.62** |
|---|---|---|---|

**William Helms**
**8707B Wisconsin Court**
**Clovis, NM 88101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/30/2022__

Basis for the claim: __Deposit__

Last 4 digits of account number __8614__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Anatolian Arms LLC**                                                    Case number (if known) _____

---

| 3.937 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $187.32 |

**William Jackson**
**1331 bundy dr**
**Smyrna, TN 37167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/9/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **1521**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $331.37 |

**William Mastrianni**
**9663 Spencer Woods Road**
**Ladson, SC 29456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/22/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7308**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $366.96 |

**William Miller**
**204 US- 82**
**Indianola, MS 38751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7702**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $177.44 |

**William Murphy**
**7528 Errandale Dr.**
**Fort Worth, TX 76179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/20/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7268**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $196.73 |

**William Nicholas**
**4511 cumnor rd**
**Downers Grove, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8643**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $177.44 |

**William Rinberger**
**1885 GILBERT ST**
**CLEARWATER, FL 33765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/20/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **7262**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $186.05 |

**William Sundstrom**
**1965 haywards heath**
**Virginia Beach, VA 23456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2022**

**Basis for the claim:  Deposit**

Last 4 digits of account number  **8648**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Anatolian Arms LLC**_____   Case number (if known) _____

| 3.944 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$328.75** |
|---|---|---|---|

**William Terry**
**503 SE Gunpowder Ave**
**MADISON, FL 32340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/29/2022__

Last 4 digits of account number __8598__

Basis for the claim:  __Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.945 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$188.86** |
|---|---|---|---|

**William Werme**
**261 Joseph Street**
**Pittsburgh, PA 15227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/1/2022__

Last 4 digits of account number __7860__

Basis for the claim:  __Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.946 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$188.86** |
|---|---|---|---|

**Wyatt Bentley**
**4401 Ne 143rd Ave**
**Vancouver, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/9/2022__

Last 4 digits of account number __8089__

Basis for the claim:  __Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.947 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$816.90** |
|---|---|---|---|

**Wyatt Funcke**
**1903 Southeast Clover Ridge Dr**
**Ankeny, IA 50021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/7/2022__

Last 4 digits of account number __6876__

Basis for the claim:  __Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.948 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$350.10** |
|---|---|---|---|

**Wyatt Martinez**
**2000 Fraser ST**
**Apt 101**
**Bellingham, WA 98229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/7/2022__

Last 4 digits of account number __8033__

Basis for the claim:  __Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.949 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$366.96** |
|---|---|---|---|

**Wyatt Tropf**
**5215 welch rd**
**emmett, MI 48022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/1/2022__

Last 4 digits of account number __7847__

Basis for the claim:  __Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.950 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$639.99** |
|---|---|---|---|

**Zac Mitchell**
**2580 LOCUST ROAD**
**Fort Scott, KS 66701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/24/2022__

Last 4 digits of account number __7530__

Basis for the claim:  __Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Anatolian Arms LLC | Case number (if known) | |
|--------|--------------------|-----------------------|---|

**3.951**

Nonpriority creditor's name and mailing address

Zach Miller
5855 William st
Omaha, NE 68106

Date(s) debt was incurred  3/15/2022

Last 4 digits of account number  8307

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$188.86**

---

**3.952**

Nonpriority creditor's name and mailing address

Zachary Clemens
1440 S Parkcrest
Mesa, AZ 85206

Date(s) debt was incurred  2/25/2022

Last 4 digits of account number  7661

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$289.98**

---

**3.953**

Nonpriority creditor's name and mailing address

Zachary Dreyer
28317 SW Paris Ave
Wilsonville, OR 97070

Date(s) debt was incurred  3/10/2022

Last 4 digits of account number  8127

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deposit

Is the claim subject to offset? ☐ No ☐ Yes

**$188.86**

---

**3.954**

Nonpriority creditor's name and mailing address

Zachary Frazho
503 Oakland Avenue
PO Box 75
Elwood, NE 68937

Date(s) debt was incurred  2/24/2022

Last 4 digits of account number  7529

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$431.54**

---

**3.955**

Nonpriority creditor's name and mailing address

Zachary Letendre
3367 Frederick St
Philadelphia, PA 19129

Date(s) debt was incurred  3/20/2022

Last 4 digits of account number  8449

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deposit

Is the claim subject to offset? ☐ No ☐ Yes

**$196.73**

---

**3.956**

Nonpriority creditor's name and mailing address

Zachary McGuire
824 W Route 66
619C
Flagstaff, AZ 86001

Date(s) debt was incurred  3/5/2022

Last 4 digits of account number  7971

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$314.70**

---

**3.957**

Nonpriority creditor's name and mailing address

Zachary Myers
6716 Carina Lane
Corryton, TN 37721

Date(s) debt was incurred  2/24/2022

Last 4 digits of account number  7584

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$179.87**

---

| Debtor | **Anatolian Arms LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.958**

**Nonpriority creditor's name and mailing address**

**Zack Bennett**
**669 E 840 S**
**Heber City, UT 84032**

Date(s) debt was incurred **3/9/2022**

Last 4 digits of account number **8115**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$327.07

---

**3.959**

**Nonpriority creditor's name and mailing address**

**Zack Robinson**
**1158 Oxbow Drive**
**Charleston SC, SC 29412**

Date(s) debt was incurred **3/29/2022**

Last 4 digits of account number **8581**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$117.17

---

**3.960**

**Nonpriority creditor's name and mailing address**

**Zhigang han**
**3246 s hoyne ave**
**chicago, IL 60608**

Date(s) debt was incurred **4/9/2022**

Last 4 digits of account number **1520**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$82.35

---

**3.961**

**Nonpriority creditor's name and mailing address**

**Zyad Altheeb**
**604 South 82nd Ave.**
**Unit 2**
**Yakima, WA 98908**

Date(s) debt was incurred **3/29/2022**

Last 4 digits of account number **8607**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$183.80

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brad Caudle**<br>**Office of the Attorney General**<br>**PO Box 899**<br>**Jefferson City, MO 65102** | Line **3.309**<br><br>☐ Not listed. Explain ____ | **3678** |
| 4.2 | **Brad Caudle**<br>**Office of Attorney General**<br>**PO Box 899**<br>**Jefferson City, MO 65102** | Line **3.408**<br><br>☐ Not listed. Explain ____ | **1506** |
| 4.3 | **Brad Caudle**<br>**Office of Attorney General**<br>**PO Box 899**<br>**Jefferson City, MO 65102** | Line **3.933**<br><br>☐ Not listed. Explain ____ | **2512** |
| 4.4 | **Brad Caudle**<br>**Office of Attorney General**<br>**PO Box 899**<br>**Jefferson City, MO 65102** | Line **3.75**<br><br>☐ Not listed. Explain ____ | **5170** |

---

Debtor    **Anatolian Arms LLC**                                         Case number (if known) _____
_____
Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.5 **Brad Caudle**<br>**Office of Attorney General**<br>**PO Box 899**<br>**Jefferson City, MO 65102** | Line **3.427**<br><br>☐ Not listed. Explain ____ | **0027** |
| 4.6 **Brad Caudle**<br>**Office of Attorney General**<br>**PO Box 899**<br>**Jefferson City, MO 65102** | Line **3.451**<br><br>☐ Not listed. Explain ____ | **2837** |
| 4.7 **Peterson Watts Law Group, LLP**<br>**2267 Lava Ridge Court, Suite 210**<br>**Roseville, CA 95661** | Line **3.819**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 **Wells Fargo**<br>**420 Montgomery St**<br>**San Francisco, CA 94104** | Line **3.919**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                     172,800.00 |
| **5b. Total claims from Part 2** | 5b. + | $                     737,608.41 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $                     910,408.41 |

**Fill in this information to identify the case:**

Debtor name __**Anatolian Arms LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF MISSOURI__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Building Lease $3550 per month plus utilities** |
| State the term remaining | **12+** |
| List the contract number of any government contract | _____ |

**Fireball LLC
2010 E Liberty
Mexico, MO 65265**

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 1 of 1

**Fill in this information to identify the case:**

Debtor name  **Anatolian Arms LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name        **Anatolian Arms LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MISSOURI

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $636,000.00 |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $1,650,000.00 |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | $1,390,609.00 |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Anatolian Arms LLC** | | Case number *(if known)* |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Sacramento Gun Club, LLC v Anatolian Arms, LLC 2:20-cv-02447 KJM** | **Breach of Contract** | **US District Court, ED California ROBERT T. MATSUI FEDERAL COURTHOUSE 501 I Street, Room 4-200 Sacramento, CA 95814** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | **Anatolian Arms, LLC v David and Terry Webb 21AU-CV00009** | **Corporate Espionage and Breach of Conract** | **Audrain County Circuit Court 101 North Jefferson Room 204 Mexico, MO 65265** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    **Anatolian Arms LLC**                                              Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    □ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cruse Chaney-Faughn**<br>**718 Broadway**<br>**P.O. Box 914**<br>**Hannibal, MO 63401-0914** | **Attorney Fees** | | **$7,500.00** |
| | **Email or website address**<br>**fcruse@cruselaw.com;**<br>**bjdaughtery@cruselaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    □ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Debtor  **Anatolian Arms LLC**                                    Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **Six Rock, LLC**<br>**1011 Upper Denton Rd**<br>**Building 22 Suite 200**<br>**Weatherford, TX 76085** | **Ammunition Press** | **July 30, 2022** | **$12,435.50** |
| | Relationship to debtor<br>**none** | | | |

---

**Part 7:**   **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **415 E. Liberty**<br>**Mexico, MO 65265** | **Oct 2019 - Feb 2021** |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name address and order number**

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension**
**or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,
moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

Debtor    **Anatolian Arms LLC**    Case number *(if known)* _____

cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **US Bank**<br>**808 E Liberty St**<br>**Mexico, MO 65265** | **XXXX-** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Feb 2022** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **William Johnson**<br>**1315 Rosebud St**<br>**Mexico, MO 65265** | | **Lathe, gunsmithing tooling, press, assorted tools** | **$30,000.00** |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

| Debtor | Anatolian Arms LLC | Case number *(if known)* | |

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Tasha Love CPA** <br>         **1001 South Morris** <br>         **Mexico, MO 65265** | **2019 - 2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Tasha Love CPA** <br>         **1001 South Morris** <br>         **Mexico, MO 65265** | **2019 - 2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor    **Anatolian Arms LLC**                                     Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Tasha Love CPA**<br>**1001 South Morris**<br>**Mexico, MO 65265** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Home Bank**<br>**2977 S Clark**<br>**Mexico, MO 65265** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1    **William Johnson** | **March 2022** | |

| Name and address of the person who has possession of inventory records |
|---|
| **Wiliam Johnson** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William Johnson** | **1315 Rosebud St**<br>**Mexico, MO 65265** | **Manager** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Sage Buchanan** | **Auxvasse, MO 65231** | **Manager - not sure of what he did when he was there** | **CEO 2/21 - 8/21** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

Debtor   **Anatolian Arms LLC**                                    Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **William Johnson**<br>**1315 Rosebud St**<br>**Mexico, MO 65265** | **Salary as Funds were available - maybe $30,000** | **various** | **services to LLC** |
| **Relationship to debtor**<br>**Manager** | | | |
| 30.2. **Rick Beckham**<br>**Springfield, MO** | **$30,000** | **9/21 - 3/22** | **Salary** |
| **Relationship to debtor**<br>**Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 12, 2022**

**/s/ William M. Johnson**                          **William M. Johnson**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Member-Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Missouri

In re    **Anatolian Arms LLC**                          Case No. _____

                                              Debtor(s)             Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,500.00** |
| Prior to the filing of this statement I have received | $ | **7,500.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **August 12, 2022** | **/s/ Fredrich J Cruse** |
| *Date* | **Fredrich J Cruse 23480** |
| | *Signature of Attorney* |
| | **Cruse Chaney-Faughn** |
| | **718 Broadway** |
| | **P.O. Box 914** |
| | **Hannibal, MO 63401-0914** |
| | **573-221-1333   Fax: 573-221-1448** |
| | **fcruse@cruselaw.com; bjdaughery@cruselaw.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Eastern District of Missouri

In re   **Anatolian Arms LLC** _____     Case No. _____
                                          Debtor(s)            Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __**73**__ page(s) and is true, correct and complete.


**/s/ William M. Johnson** _____
**William M. Johnson**/**Member-Manager**
Signer/Title


Dated:   **August 12, 2022** _____

L.F. 2 - 2/2021

Aaron Aukes
445 Haun Road
Sherman, TX 75090

Aaron Graham
24456 SW 13th lane
Newberry, FL 32669

Adam Hewett
4449 Kershaw rd
Oriental, NC 28571

Adam McGuire
2780 E 6th St
Silver Springs, NV 89429

Adam Shawki
31 Coventry Road
Wayne, NJ 07470

Adrian Dominguez
35491 North Danish Red Trail
San Tan Valley, AZ 85143

Aidan Stanley
16311 83rd Way SE
Yelm, WA 98597

Alan Gehl
1900 South Eads Street
Apt 203
Arlington, VA 22202

Alan Josephson
5121 Sky Lake Drive
Plano, TX 75093

Alan Schneider
6605 NE 140th Ave
Vancouver, WA 98682

Alec Baker
14505 High Meadow Way
North Potomac, MD 20878

Aleksandr Vasilets
2625 meridian ave e
e201
Edgewood, WA 98371

Alex Bleam
2670 Crain Highway
#304
Waldorf, MD 20601

Alex Jones
631 Harmon Hills Cove
Dripping Springs, TX 78620

Alexander Barnes
P.O. Box 9
Carbonado, WA 98323

Alexander Haile
7829 S Scepter Drive
#20
Franklin, WI 53132

Alexander Pinto
3929 Peyton way
Virginia beach, VA 23456

Alexander Rue
1208 Apryl Dr.
Aledo, TX 76008

Alexander Santiago
11022 28th Avenue Southwest
Seattle, WA 98146

Alexander Staman
860 Friar Drive
Milford, MI 48381

Alexander White
3909 cook rd
Rootstown, OH 44272

Alison Ashley
32 Makalia ln.
Rosburg, WA 98643

Allan Augillard
1714 Timber Creek Drive
Missouri City, TX 77459

Allan Berens
399 W KILDARE AVE.
LIMA, OH 45801

Allen Brinkman
1403 Bayshore Blvd
Tampa, FL 33606

Allen Emard II
514 HOWARD ST
BELDING, MI 48809

Alp Dogus
13 Lakeview Avenue
Apt C
Leonia, NJ 07605

Alvaro Espejo Abela
14046 Vivian drive
A
Madeira Beach, FL 33708

Alyssa Moore
147 e zola dr
Cinebar, WA 98533

Alyssa Ransonet
2001 Pass Rd
biloxi, MS 39501

Andon Blakely
3635 Stonefield St SW
Concord, NC 28027

Andrew Boliek
1702 NE 13th St
Ocala, FL 34470

Andrew Cole
9432 Costine Meadows Dr
Lakeland, FL 33809

Andrew Pertzborn
8901 E Rye Dr
Clinton, WI 53525

Andrew Rhineberger
441 Alexander St NE
Salem, OR 97301

Andrew Soares
796 ruxshire drive
Arnold, MD 21012

Andrew Tessier
591 smith creek Rd
Raymond, WA 98577

Andrew Thompson
11502 holt rd
kingsville, MD 21087

Andrew Weber
107 W Dawes Ave
Lincoln, NE 68521

Andrey Zhurbich
376 Marilyn Road
Warminster, PA 18974

Andy Fontenot
8007 Wood Hollow Dr
Baytown, TX 77521

Angel Pascual
2876 S Abingdon St.
A2
Arlington, VA 22206

Angela Golphin
19592 Bradford
Detroit, MI 48205

Angela Hernandez
4508 Gulfwinds Dr
Lutz, FL 33558

Anthony Herrin
290 Springhaven rd
Dexter, GA 31019

Anthony Smith
6182 Paw Paw Plains Rd
Lenoir city, TN 37771

Antonio Sacco
12 Ridgeview Drive
Scranton, PA 18504

Arhaanth Reddy
13433 Morley dr
Frisco, TX 75035

Ariel G Perez
9453 NW 121st ST
Yukon, OK 73099-8987

Aris Fotopoulos
4865 Camino Pacifico
North Las Vegas, NV 89031

Ariston Ora-a
327 Rossman Blvd
Winchester, VA 22602

Armando Gonzalez
216 Camino Siete SW
Albuquerque, NM 87105

Armelio Fernandez
141 Therese St
Davenport, FL 33897-5457

Arnulfo Valencia
2319 liberty dr
Elko, NV 89801

Aron Waits
10627 East Flower Avenue
Mesa, AZ 85208

Artin Majidi
16001 N 6th Pl
PHOENIX, AZ 85022

Artur Altman
8413 NE STARFLOWER CT
VANCOUVER, WA 98664

Arturo Reyes
5243 W Hasan Dr
Laveen, AZ 85339

Ashton Luffred
355 North St Apt B8
Doylestown, PA 18901

Audric Madera
3024 Grasmere View Pkwy
Kissimmee, FL 34746

Austin Blaede
3079 Cheyenne dr
Colstrip, MT 59323

Austin Braun
309 east pearl street
Atkinson, NE 68713

Austin Grove
12813 El Paso Drive
Hagerstown, MD 21742

Austin King
611 arvon Cleveland tx 77327
Cleveland, TX 77327

Austin Phillips
7840 Moon Road
517
Columbus, GA 31909

Austin Sackett
1024 E bigelow Ave
Layton, UT 84040

Austin Williams
12706 ne 72nd ave
Vancouver, WA 98642

Ava Garrett
3790 Moores lake rd
Dover, FL 33527

Barrett Mason
11533 Falcon Crest Way
Falcon Crest Way
Cottondale, AL 35453-0483

Barry Roscoe
1061 W SAGER RD
HASTINGS, MI 49058

Ben Matney
1072 Fenton Hills Dr
Flint, MI 48507

Benjamin Chapman
1017 West Mulberry Street
Lafayette, IN 47901

Benjamin Cowan
122 westwind drive
Port Angeles, WA 98362

Benjamin Hochhalter
470 Palmer Terrace
Westminster, MD 21158

Benjamin Martin
1210 North 9th St
#38
Indianola, IA 50125

Benjamin Miller
133 Meadville St
Apt C
Edinboro, PA 16412

Benjamin Novruk
3909 NE 94th St
Vancouver, WA 98665

Benjamin Reid
256 W Antelope Drive
Apt 15F
Layton, UT 84041

Benjamin Solt
225 Centennial Road
Mertztown, PA 19539

Benjamin Thomas
6630 SE Quail Ridge Road
Bartlesville, OK 74006-1923

Benjamin Tonnar
579 E 12600 S
Draper, UT 84020

Bernardino Lagasca
904 clubhouse ln se
Olympia, WA 98513

Bernie Granier
1028 Indian Creek Rd
Gate Code 8777
Bandera, TX 78003

Bevin Murdock
880 Angel Ave SW
watertown, MN 55388

Billy Bell
3371 RTW
Anderson, MO 64831

Blake Baber
272 Speelman Lane
Strasburg, VA 22657

Blake Wadkins
27085 N Anderson Rd
wauconda, IL 60084

Bo Chung
1230 swallowtail drive
Suwannee, GA 30024

Bobby Blanton
995 county road 2421
Leesburg, TX 75451

Bobby Slack
221 Deportivo Dr
St. Augustine, FL 32086

Boone Baker
8373 W Andrea Dr
Peoria, AZ 85383

Brad Caudle
Office of the Attorney General
PO Box 899
Jefferson City, MO 65102

Brad Caudle
Office of Attorney General
PO Box 899
Jefferson City, MO 65102

Brad Watson
1908 Carroll Dr
Raleigh, NC 27608

Braden Dillard
19128 112th Ave NE
528
Bothell, WA 98011

Bradley Becker
2440 Ashbourne Dr
Lawrenceville, GA 30043-2351

Bradley Farster
849 Anderson Creek Road
Kittanning, PA 16201

Bradley Hardy
510 S JUNIPER DR
MOSES LAKE, WA 98837

Bradley Hinton
29 Raymonde circle
Ormond Beach, FL 32176

Bradley Noll
82 Conrad Rd
Fleetwood, PA 19522

Branden Wright
803 Squire Pope Rd
Summerville, SC 29486

Brandon Ballard
4216 Sandy Lane
Concord, NC 28025

Brandon Cooper
1303 8th ST
wellington, TX 79095

Brandon Downs
1912 Charlotte Avenue
Nashville, TN 37203

Brandon Hamel
4957 W 525 S
Claypool, IN 46510

Brandon Liu
2097Robertcreek
Roseburg, OR 97470

Brandon Mattingly
142 Private road 8068
Call, TX 75933

Brandon Praeger
2920 East Sylvia Street
Phoenix, AZ 85032

Braxton Foster
11678 S Marion St
Olathe, KS 66061

Brenda Vega
25 Valley View Dr
Mountain Top, PA 18707

Brent Davis
609 E Gore Rd
Erie, PA 16509

Brent Jones
11130 W Heritage Dr
Milwaukee, WI 53224

Brett Lear
22631 SW 105TH AVE
MIAMI, FL 33190-1375

Brian Arends
845 E 800N RD
GIBSON CITY, IL 60936

Brian Bothun
4355 Flax Court
Palm Beach Gardens, FL 33410

Brian Corcoran
22 Warbler St
New Orleans, LA 70124

Brian E McCutcheon
23 Amy Ct
Tijeras, NM 87059-7480

Brian Flick
1630 Diamond Springs Rd
Apt 201
Virginia Beach, VA 23455

Brian Higgins
1465 E Dolphin Ave
Mesa, AZ 85204

Brian Martin
1103 Cornwall Rd
Lebanon, PA 17042

Brian Miller
7605 67th ST NE
Marysville, WA 98270

Brian Miller Jr
7605 67th ST NE
Marysville, WA 98270

Brian Miller jr
7605 67th ST. NE
Marysville, WA 98270

Brian Pugh
4133 Harbor Rd
Orange Beach, AL 36561

Brian Silvis
275 route 948
sheffield, PA 16347

Brian Stell
130 Finley st
Hutto, TX 78634

Brian Topping
102 W Market St
Nappanee, IN 46550

Brian Woodson
366 PETUNIA PATH
Chesapeake, VA 23325

Briton Hefty
9607 Nona Kay dr
San Antonio, TX 78217

Brody Burns
4609 Jordan
Martinsville, IN 46151

Brody Jones
26342 branch rd.
Athens, AL 35613

Bruce Leech
9021 Well Rd
Moss Point, MS 39562-6085

Bruce Prichard
1132 TAMARIND PL
Williamstown, NJ 08094

Bruce Winton
332 South 5th St
Douglas, WY 82633

Bryan Bunch
16966 SE 19th Ct
Summerfield, FL 34491

Bryan Franke
35850 Ryan Lane
Soldotna, AK 99669

Bryan Holbrook
78 HOLBROOK PL
BLAIRSVILLE, GA 30512

Bryan Mowrer
204 Valley Stream Rd
Stroudsburg, PA 18360

Bryan Otero
10561 Shannon Pl
Y173
El Paso, TX 79925

Bryan Pottkotter
2652 state line road
Ft recovery, OH 45486

Bryan Tornatore
4807 North Goldenrod Road, Apartment C
Apartment C
Winter Park, FL 32792

Bryce Long
11355 w shay park way
Nampa, ID 83686

Cade Clevenger
209 bunn drive
Rockton, IL 61072

Cade Seeker
18164 Highway 65 NE
Lot 24
East bethel, MN 55011

Caleb Chandler
5641 pinewood rd
Franklin, TN 37064

Caleb Guillery
133 Kobe Dr
Havelock, NC 28532

Caleb Hearn
51 Topiary Ave
Saint Augustine, FL 32092

Caleb Young
55223 282 Ave E
Ashford, WA 98304

Calvin Hines
8024 black forest ln.
Apt 11203
Charlotte, NC 28277

Calvin Voelker
430 front street
Fairfax, IA 52228

Camden Lyles
804 Englewood Dr
Kearney, MO 64060

Cameron Hess
220 N willow street
Flora, IN 46929

Cameron Lomber
13630 bell drive
San antonio, TX 78217

Cameron Piela
12 Wood Dale Ct
Sussex, NJ 07461

Cameron Walker
5066 ALTA DR
ALDERSON, WV 24910

Candace Rice
400 Spring St
Apt 422
Saint Paul, MN 55102

Carl Key
68 Gulf View Dr
P C Beach, FL 32413-3000

Cary O'Brien
1800 N Hall St
Apt 331
Dallas, TX 75204

Cary Richardson
501 Bailey avenue
Smithfield, VA 23430

Casey Telger
4168 Eagle Watch Way
Dayton, OH 45424

Cassie DeDon
12515 blackwell lane
Franklinton, LA 70438

Caylon Madison
313 Vivian Ct
Yorktown, VA 23690

Chacone Vue
2311 North 24th Street
Sheboygan, WI 53083

Chad Boutte
1071 Vieux Jacquet Rd
Broussard, LA 70518

Chad Harper
6721 Mighty Oaks dr.
Gulf Shores, AL 36542

Chad MacMillan
910 CHARLES ST
EDGAR, WI 54426-9266

Chad McColm
1309 E 7TH ST
Pittsburg, KS 66762

Chad Shadle
1207 Quincy St.
Corning, IA 58041

Charles Depoy
1611 W. Admiralty Heights LN. Apt H305
Bremerton, WA 98312

Charles Drake
997 SW Cedar
PO Box 756
Pilot Rock, OR 97868

Charles McClain
820 Rueben Smith rd
Loretto, KY 40037

Charles Mckeever
3509 Rodcin Ave
Centralia, WA 98531

Charles Miseroy
17548 1/2 Los Angeles
Granada Hills, CA 91344

Charles Prael
2375 Adele Ave
Mountain View, CA 94043

Charles Rowan
24505 phlox ave
eastpointe, MI 48021

Charlie Chongdee
313 hinkle st
Las vegas, NV 89107

Chase Boyt
35 Loblolly Dr
Zebulon, GA 30295

Chase Gagnon
216 wadmalaw drive
J216
Piedmont, SC 29673

Chase Hogerhuis
42616 264th Avenue Southeast
Enumclaw, WA 98022

Chengd Li
2651 NW Coolidge way
corvallis, OR 97330

Chey Winkler
3553 Edgewood Ave
Fort Myers, FL 33916

Chris Couture
751 Bunarch Rd
pahrump, NV 89060

Chris Eggermann
2 Linda Lane
Apt 2
Stratham, NH 03885

Chris Holden
4075 Allenby Lane
Fort Mill, SC 29707

Chris Loucks
19017 23rd Avenue Court East
Tacoma, WA 98445

Chris McQuillen
245 TALBOTT DR
Grand Junction, CO 81503

Chris Pfaff
307 S Rochester CT
Gilbert, AZ 85296

Chris REYER
3021 Ritha Circle
Birmingham, AL 35242

Chris Simmons
30281 saratoga lane
fair oaks ranch, TX 78015

Chris Vyleta
6368 Orleans Ave
New Orleans, LA 70124

Chris Wojaczyk
123 Wilcox Court
Matawan, NJ 07747

Chris Yarbrough
3904 Valiant Ct
Valdosta, GA 31605

Christian Hurtado
520 Ponciana
San Benito, TX 78586

Christian Medina
19425 N 67th Dr
Glendale, AZ 85308

Christian Takai
319 West Dayton-Yellow Springs Road, Apa
Apartment 339
Fairborn, OH 45324

Christopher Anderson
2567 Morning Cloud Lane
Las Vegas, NV 89142

Christopher Barrios
8700 Chretien point pl
River Ridge, LA 70123

Christopher Ekelman
12430 n 117th ave
El Mirage, AZ 85335

Christopher Waring
7124 Totem Ave
North Port, FL 34291

Christopher Whiteman
2970 Swan Meadows Drive
Grand Junction, CO 81504

Christopher Wray
403 Ferguson Lane
Richmond Hill, GA 31324

Christopher Zeise
7920 Clapps Chapel Rd
Corryton, TN 37721

Chuck Farch
2210 Club Meadow Dr
Garland, TX 75041

Cimmeron Gahm
16903 440TH AVE
MORRIS, MN 56267-4569

Cj chambers
6139 Highway 360
Tellico Plains, TN 37385

Claudio Pe a
12626 Oak Plaza Dr
Cypress, TX 77429

Clayton Panzeri
3224 east 23rd ave
Spokane, WA 99223

Clifton Gillam
35 lazy lane
Kemah, TX 77565

Clifton Rehder
107 W Chestnut Ave.
Duncan, OK 73533

Clint Price
15876 LEE CARTER RD
Gainesville, VA 20155

Cody Benton
132 W Side Rd
Judsonia, AR 72081

Cody Collins
140 Sandy Creek Ct
Gaston, SC 29053

Cody Cox
324 Altus Circle
Whiteman Afb, MO 65305

Cody Deakins
3734 NW 96th Ct
Kansas City, MO 64154

Cody Pace
1008 Stoney Ridge Drive
Silt, CO 81652

Cody Reid
1245 West Marine Drive
Astoria, OR 97103

Coemgen Cluff
7138 E Aspen Ave.
Mesa, AZ 85208

Cole Stearns
3572 W Kent Rd
Greenville, MI 48838

Colton Bird
18917 NW Reeder Rd
Portland, OR 97231-1430

Colton Kelly
2865 S 78th Pl
Mesa, AZ 85212

Connor Coate
2905 Brookway Dr
Laurel, MT 59044

Connor Pascale
12719 SW 136th St
Apt 7203
Miami, FL 33186

Connor Trewin
6001 204th Place Northeast
REDMOND, WA 98053

Corey Burke
2933 Joseph Cr
Oviedo, FL 32765

Cornelius Richardson
653 Capps Farm Rd
Hollister, NC 27844

Cory Weathers
901 E young ave
165
Temple, TX 76501

Coy Stauffer
17380 TOWNLINE LIMA RD
Wapakoneta, OH 45895-8034

Cromwell Evely
9615 Washam Potts Rd, Cornelius, NC 2803
Cornelius, NC 28031

Cully Norman
6973 Grand Junction Ave.
Las Vegas, NV 89179

Curtis Ems
132 lock dr
Ballwin, MO 63011

Curtis Myers
1911 SW 31st Terrace
Cape Coral, FL 33914

Cynthia Zumwalt
5763 W 6635 S
West Jordan, UT 84081

Daivon Johnson
34 FRANKLIN ST
EAST ORANGE, NJ 07017

Dale Agler
8234 Bellefontaine Rd.
Harrod, OH 45850

Dale Elmore
1651 HOLMAN ST
ALEXANDER CITY, AL 35010-7114

Dalton Schoenberger
13579 W Purdue Ave
Morrison, CO 80465

Dan DeMaster
37296 Mapleleaf Ct
Clinton township, MI 48036

Dan M Stephens
109 Chickasaw Trail
Madison, AL 35758

Dan Smith
310 E COLUMBUS AVE
Des Moines, IA 50315

Dan Taus
721Suellen dr
King of Prussia, PA 19406

Dana Noonan
35911 Santiam Hwy SE
Albany, OR 97322

Daniel Barry
2113 Bellvale Rd
Fallston, MD 21047

Daniel Brainard
3960 BIG STONER RD
WINCHESTER, KY 40391-9402

Daniel Felton
1036 S Kentucky Ave
Winter Park, FL 32789

Daniel Gerardi
4019 Wellwood Roas
Seaford, NY 11783

Daniel Gruben
2300 St. Clair Hwy.
East China, MI 48054

Daniel Meyer
551 N 14th St
Noblesville, IN 46060

Daniel Mu oz
2207 W Raye st
Apt 608
Seattle, WA 98199

Daniel Price
1021 Clark Hill Dr
Eagleville, PA 19403

Daniel Salas
3508 Rutherglen Street, 3, 3, 3
3
El Paso, TX 79925

Daniel Wilson
109 Trail Boss
La Vernia, TX 78121

Darin Mattson
48111 COUNTY HIGHWAY 19
SEBEKA, MN 56477

Daryl Diebold
5124 Trull Brook Dr
Noblesville, IN 46062

Daryl Weidner
5730 Hobson St. NE
St. Petersburg, FL 33703

Dave Swanson
2872 96th st e
Inver grove heights, MN 55077

David Bee
4700 E. Main St.
# 113
Mesa, AZ 85205

David Breden
2521 Pebbleford lane
Glenview, IL 60026

David Crance
105 HEMLOCK LN
Greentown, PA 18426

David Dragovcic
34 Glen Rd
Howell, NJ 07731

David Dunwody
2437 Prairie Mist Ln
Friendswood, TX 77546

David Hertel
8836 Tiombe Bend
Austin, TX 78749

David Hicks
3522 S Washington St
Chandler, AZ 85286

David Karpinski
517 E saint clair
Almont, MI 48003

David Loya
3303 South Archibald Ave
265
Ontario, CA 91761

David McKinnon
143 white rocks rd
Goshen, VT 05733

David Orihuela
9470main st
whitmorelake, MI 48189

David Perez
307 NW Angela Ln
Hillsboro, OR 97124

David Reames
1422 W. Broad
Freeport, TX 77541

David Rivera
1511 American st
Whitehall, PA 18052

David Travers
15600 S Avenida Haley
Sahuarita, AZ 85629

David Turner
911 WENTWORTH CT
ALPHARETTA, GA 30022

Davis Cohen
3651 Hilton Ave
B26
Columbus, GA 31904

Dawn LaFlamme
65 Fern Cove Road
Nobleboro, ME 04555

Dawn M Kendall
627 Greenwood Avenue
Toledo, OH 43605

Dayne Burroughs
10095 East Rd
East Bethany, NY 14054

Db Blair
121 Bayberry
Lancaster, PA 17603

Denise Taft
3760 East Denton Ave
Saint Francis, WI 53235

Dennis Collins
6801 W. 76th Terrace
Overland Park, KS 66204

Dennis Curl
8325 SW Mohawk St
APT 49
Tualatin, OR 97062

Dennis OLeary
625 W. Madison St
Apt 04-2801
Chicago, IL 60661

Deontae Mitchell
4231 Ne 5th st
E102
Renton, WA 98059

Derald Hood
6507 Montgomery pass ct
Carson city, NV 89701

Derek Altier
104 Ballentine Point Rd
Irmo, SC 29063

Derek Golkin
26 Obispo Drive
Brick, NJ 08723

Derek Innes
21 Culver Ridge Drive
Cartersville, GA 30120

Derrick Burch
30928 County Road 121
Hilliard, FL 32046

Derrick Macgibbon
3101 Taylor's Ridge Rd
Wake Forest, NC 27587

Derrick McCallister
2438 Ladd St.
Akron, OH 44312

Desmond Beach
5904 S. Cooper St.
Suite #104 PMB 258
Arlington, TX 76017

Devin Glass
1031 Mark Street
South Elgin, IL 60177

Devin Hofmann
39112 12th Avenue Ct S
Roy, WA 98580

Devon Wilson
443 Old Phoenix rd
Eatonton, GA 31024

Dhruv Aneua
940 N Mountain Ave
Central Point, OR 97502

Dillon Pigman
657 Fern Hill St
Bowling Green, KY 42101

Dominic Lopez
PO Box 4244
Espanola, NM 87533

Don DeVito
16 Budapest street
Monroe, NJ 08831

Don Mikkelson
7104 Nagoya Rd NE
Rio Rancho, NM 87144

Don Sharon
12299 87th Rd
Live Oak, FL 32060

Donald Cunningham
34 Leathers Rd.
Fort Mitchell, KY 41017

Donald Gibson
712 N Cherokee Way
Mustang, OK 73064

Dontrey Barr
18684 Milton Keynes Court
Land O Lakes, FL 34638

Dorina Bogdan
12205 Se 108th Ave
Happy Valley, OR 97086

Doug Newberry
27 Chippewa Trail
Spring, TX 77389

Douglas Anderson
4006 Wellwood Rd
Seaford, NY 11783

Douglas Gunnerson
1040 linda dr
Conway, SC 29526

Drew Biederman
107 forest lane
richwood, OH 43344

Dustin Derr
210 Fitzhenry rd.
Smithton, PA 15479

Dustin Parler
127 enchanted oaks
Waterloo, SC 29384

Dustin Tichnell
413 Quail Hollow Dr
Adkins, TX 78101

Dusty McGuire
1005 W Noble St
Lyons, KS 67554

Dwight Denton
7830 Connemara Drive
Cypress, TX 77433

Dylan Anderson
1385 South Donahue Drive, 1-104
1-104
Auburn, AL 36832

Dylan Owens
7833 shoup lane
Camp Lejeune, NC 28547

Dylan Perron
4385 upper 145th st w
Rosemount, MN 55068

Edd Kells
817 Beatrice dr
Dayton, OH 45404

Edward Eichstadt
7936 Blanchard way
Inver grove heights, MN 55076

Edward Medbery
4695 Elena Way
Melbourne, FL 32934

Edward Miller
824 Sunflower Drive
Odenton, MD 21113

Edwin Whitley
160 Stonehill Dr
Zebulon, NC 27597

Eian Renteria
4212 kibraney ave
Las Vegas, NV 89149

Eli Cummings
25511 Lyon Springs Ct
None
Spring, TX 77373

Elias Enright
19945 Warriors Path Dr
Peyton, CO 80831

Elizabeth Racop
625 Hillcrest Rd
Unit B
Paw Paw, MI 49079

Elizabeth Racop
550 Biastock Rd
Benton Harbor, MI 49022

Elmer Esquivel
1367 Finale Lane
Las Vegas, NV 89119

Elmer Palacios
6690 Dunsdin Dr
Plainfield, IN 46168

Ephraim Gonzalez
6 Nancy Dr
Auburn, MA 01501

Eric Brandstrom
5100 N Miller Rd
34
Scottsdale, AZ 85250

Eric Bromlow
802 s 13th ave
Fairview, OK 73737

Eric Faison
119 PRICKET LN
CLAYTON, NC 27527

Eric Glowiak
633 BRIARWOOD DR
VASSAR, MI 48768-1403

Eric Gregory
2652 Westgate Dr
Houston, TX 77098

Eric Holtz
1121 KNOLLWOOD RD
WHITE PLAINS, NY 10603

Eric Hutto
2304 East 42nd Street
Savannah, GA 31404

Eric Jeglum
894 E BOISE AVE
BOISE, ID 83706

Eric Mecca
11644 Bailey mtn trail
Midlothian, VA 23112

Eric Puccip
1740 Bristol Dr.
Dubuque, IA 52001

Eric Vessey
10117 Bracken Dr
Ellicott City, MD 21042-1674

Erik Eastley
401 w college ave
marquette, MI 49855

Erik Landeck
11319 Corlett drive
Brighton, MI 48114

Erik Melanson
52 ROUTE 303
VLY COTTAGE, NY 10989-1222

Erik Penner
3409 32nd way nw
olympia, WA 98502

Erik Roe
8310 S 200 E
Lafayette, IN 47909

Ernest Harris
9953 Hwy 36 E.
Lacey?s Spring, AL 35754

Ernie Calma
4386 s San angelo ln
FORT MOHAVE, AZ 86426

Ethan Maglaya
2613 Hydraulic Road
Charlottesville, VA 22901

Eugene GRAHAM
57 Caspian Trail
Ellijay, GA 30536

Fabio Bandarra
31456 penny surf loop
wesley chapel, FL 33545

Finley Christie
7495 NW Lake Jeffery Road
Lake City, FL 32055

Fireball LLC
2010 E Liberty
Mexico, MO 65265

Flint Weathers
197 Cedars Glen Cir
Villa Rica, GA 30180

Francisco Amezcua
4090 tokay ave
Malaga, WA 98828

Frank DaCosta
44 Deerfield St
Bergenfield, NJ 07621

Frank Roberts
24399 Riverfront Drive
Punta Gorda, FL 33980

Frederick Nething
1101 NE Keyes RD
Unit B
Vancouver, WA 98684

Gabe Capozzi
6311 Hatteras Club Dr
Lake Worth, FL 33463

Gabriel Gonzalez
8290 cleary blvd
Apt 2908
Plantation, FL 33324

Gabriel Shelton
437 patton lane
Limestone, TN 37681

Gage Lapierre
181 Oakland Station Road
ST. ALBANS, VT 05478

Garland Arnett Jr
119 Cumberland ct
Pikeville, KY 41501

Garret Reed
111 bateman st
Rockingham, NC 28379

Garrett Gregory
515 E 200 S
Logan, UT 84321

Gary Crowe
12756 STATE HIGHWAY 253
BRILLIANT, AL 35548

Gary Kelechenyi
490 Pioneer Rd Apt #4103
Rexburg, ID 83440

Gary Mclaughlin
3498 Conservation Trail
The Villages, FL 32163

Gary Smith
3269 Unionville Rd
Cranberry, PA 16066

Gayle Boone
12203 Broken Lance Ct
Clinton, MD 20735

Gene Hommel
4610
County road 8
Clarendon, TX 79226

Gennadiy Trusov
18392 harvester ave
Nampa, ID 83687

Geoffrey McIntyre
8237 Reservoir Rd.
Collinsville, MS 39325

George Green
6040 Dogwood Trail
leeds, AL 35094

George Tarsoulis
5889 South Rue Road
West Palm Beach, FL 33415

Gerald ZIMMERLIE
8115 CHERYL MEADOW DR
Converse, TX 78109

Gerard Cicero
2 Astor Drive
MANALAPAN, NJ 07726

Gerardo Cruz
4061 Cherry Rd.
Oswego, IL 60543

Glenn Braselton
201 River Trail
Ball Ground, GA 30107

Gordon Toal
204 Dewars Dr
Rock Hill, SC 29730

Gordon Wright
1017 Lewis Cove
Delray Beach, FL 33483-8512

Grant Kent
17 Brian Dr
Lititz, PA 17543

Greg Guetlin
1211 S 8TH AVE
KELSO, WA 98626-2745

Greg Leon
898 Chuckwagon Rd SE
Rio Rancho, NM 87124-3785

Greg Zengel
132 Hammer Road
Flemington, NJ 08822

Gregori Gitlin
11208 Jasmine Hill Circle
Boca Raton, FL 33498

Gregory Aucoin
20 Arrowhead Pass
Windham, ME 04062

Gregory Bosak
6017 N Northwest Hwy
Chicago, IL 60631

Gregory Collins
1216 FM 2649
LONE OAK, TX 75453

Gregory Miller
1007 Goose Creek Road
Toms River, NJ 08753

Grzegorz Brzuszek
454 Spring Rd
Apt 16
Elmhurst, IL 60126

Haile Yancy
14500 Driftwood Road
Bowie, MD 20721

Harley Sweet
840 Gregg st
Nashville, MI 49073

Harmon Atwood
960 15th Ave N
Fort Dodge, IA 50501

Harold Crawford
21625 cr 3748
splendora, TX 77372

Harrison Shuler
192 Durango road
Destin, FL 32541

Hcruz300@Gmail.Com cruz
1114 garden green dr
Temple, TX 76502

Heath OBarr
201 Pine Terrace Ln.
Walhalla, SC 29691

Heather Handy
3509 W 42nd Ave
Kennewick, WA 99337

Hendel Lewis
7101 N 36th ave
116
Phoenix, AZ 85051

Ian Ashe
10625 Sw Hawthorne Ln
Portland, OR 97225

Ian Hartman
451 Selden Ave.
Akron, OH 44301

Iman Watson
15418 Beech Tree Pkwy
Upper Marlboro, MD 20774

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Isaiah Burnett
4647 Kendrick Rd
Suitland, MD 20746

Jack Davis
924 Ewell Rd
Virginia Beach, VA 23455

Jacob Denison
20 N Hastings Dr
Nampa, ID 83687

Jacob Guillemette
730 west rd
Waterboro, ME 04087

Jacob Jeznach
734 locust ave
lochbuie, CO 80603

Jaden Beitey-McKim
1040 SE Columbia Ridge Drive
Unit 5
Vancouver, WA 98664

Jake Gillaspie
813 Independence Drive
Alabaster, AL 35007

Jakob Rosman
2525 East 53rd Avenue
C107
SPOKANE, WA 99223

James Alexander
3640 Malibu Palms Dr
201
Virginia Beach, VA 23452

James Botzon
225 S 2100 E
St. George, UT 84790

James Christofferson
2035 W. Iowa St
CHICAGO, IL 60622

James Creath
37 Riverside Dr
Hawkinsville, GA 31036

James Crist
4708 FORGE ACRE DR
PERRYHALL, MD 21128

James Daniels
108 north wendell ave
Rincon, GA 31326

James Downing
W267S3742 Velma Court
Waukesha, WI 53189

James Graham
2101 10TH AVE S
MINNEAPOLIS, MN 55404-2903

James Highlander
8100 Spaulding Circle
Severn, MD 21144

James Karfes
6775 Hickory Hill Dr.
Cleveland, OH 44143

James Kottaridis
1 Drew Rd
Somersworth, NH 03878

James Laird
637 Stallion ct.
Gardnerville, NV 89410

James Lambson
538 West 1620 South
Lehi, UT 84043

James Leonard
258 MATTHEWS RD
CARRIERE, MS 39426-8303

James Moran IV
1520 Jade Cove Dr
Powder Springs, GA 30127

James Rainer
5850 Cypress Grove Circle
Punta Gorda, FL 33952

James Staples
608 Oak st
Bucklin, MO 64631

Jameson Clark
19 green pointe ct.
Wentzville, MO 63385

Jamie Ehl
1402 Cotton Flat Rd
Midland, TX 79701

Jared Bales
20235 e 1700th rd
Fair play, MO 65649

Jared Coil
1604 Pacific Ave
Ennis, TX 75119

Jared Lindig
3258 S. Township Road 59
Alvada, OH 44802

Jarrod Parrish
314 Stonecroft Circle
Helena, AL 35080

Jason Blanton
19358 N Shepherds Pie Pl
Boise, ID 83714

Jason Bonnell
9286 N 3277 E
Eagle Mountain, UT 84005

Jason Hensley
77856 S.4700 Rd.
Stilwell, OK 74960

Jason Kushnir
71 climbing aster way
Asheville, NC 28806

Jason Lewis
5525
Widgeon Ct
Dayton, OH 45424

Jason Litwak
6542 Patio Ln
Boca Raton, FL 33433

Jason Martin
20 youngs drive
Front Royal, VA 22630

Jason Reynolds
1231 Ballater Dr
Murfreesboro, TN 37128

Jason Sather
1120 Delmar St
3F
Papillion, NE 68046

Jason Strope
2916 N. Wymosa St.
Boise, ID 83703

Jason Tribbett
29017 SW Tami Loop
94
Wilsonville, OR 97070

Jason Yee
2606 Ashlee Way
Lynn Haven, FL 32444

Jay Sime
608 Consolvo Place
Chesapeake, VA 23324

Jayson Johnsin
3445 Berkeley Street
Apt 328
Alexandria, VA 22302

Jeff Allman
405 e wetmore
Suite 117-516
Tucson, AZ 85705

Jeff Banal
907 5th St SE
Jamestown, ND 58401

Jeff Davis
201 Countryside Dr
Apt 5
Moscow, PA 18444

Jeff Morrison
1342 Hillcrest Dr NE
Fridley, MN 55432

Jeffery Jones
1050 Illinois Rd
Cheyenne, WY 82009-8020

Jeffery Whitcomb
378
West Main St
Lunenburg, VT 05906

Jeffrey Gallup
7922 154th St E
Puyallup, WA 98375

Jeffrey Gamler
10529 60th Ave w
Mukilteo, WA 98275

Jeffrey graves
702 Enon Springs Road East
lot 3004
Smyrna, TN 37167-7537

Jeffrey Johnson
221 TOD LN
Silver Creek, WA 98585

Jeffrey Motley
103 Carolina Forest Drive
Goldsboro, NC 27534

Jeffrey Najmowicz
83 Lardner Rd
Bristol, CT 06010

Jeffrey Palmer
16191 Fall RD
Lebanon, MO 65536

Jemal J. Beale
201 Bimbler Blvd
Ocean Township, NJ 07712

Jennifer Shumway
550 pebble lane 1519
taylor, AZ 85939

Jeremy Ferkin
11649 gold dust drive
South jordan, UT 84095

Jeremy Hofer
22760 N Ramsey Rd
Rathdrum, ID 83858

Jeremy Mio
9511 Lakeshore blvd
Bratenhal, OH 44108

Jeremy Rediger
204 S Locust St
Wyanet, IL 61379

Jeremy York
453 Turkey Ln
Winthrop, ME 04364

Jerod Jacob
804 North 16th AVE
Kelso, WA 98626

Jerry Hammond
13337 w sierra vista dr
Glendale, AZ 85307

Jerry Hussey
25684 waldorf st
Roseville, MI 48066

Jesse Dillon
1024 Horse Pen Run
Huntingtown, MD 20639

Jesse Geiger
515 MOHAWK DR.
Erie, PA 16505

Jesse Hightower
1808 Blythewood Rd.
Blythewood, SC 29016

Jesse Lary
957 TANGLE RIDGE RD
PERHAM, ME 04766

Jesus Munoz
3471 Ruidosa Trail
Fort Worth, TX 76116

Jimbo Busby
512 nw hillery st
Burleson, TX 76028

Jimmie Williams
1616 w lawn ave
Milwaukee, WI 53209

Jimmy JOBE
2528 CHANUTE DRIVE
PLANO, TX 75025

Joe Chaffman
800 Line Rd
Delta, PA 17314

Joe Desrochers
585
Main Street
Newport, VT 05855

Joe Gavish
11850 Osprey Avenue
Weeki Wachee, FL 34614

Joe Ruetz
W182S6539 muskego drive
Muskego, WI 53150

Joel Ayers
1114 W 10th Ave
JJ-105
Kennewick, WA 99336

Johan Blom
2115 N. Cribbens Street
Boise, ID 83713

John A Dease
203 Sawgrass Drive
Savannah, GA 31405

John A Felder
17923 Magenta Springs Dr.
Humble, TX 77346

John Abshire
415 N. Mesquite St.
P.O. Box 102
Hico, TX 76457

John Adams
5843 Kennesaw Trl
Columbus, IN 47203

John Adcock
2933 Katie Lane
Edmond, OK 73012

John Allen
8901 anchor dr.
St. Louis, MO 63123

John C Paganetti
301 Nevada street
Vallejo, CA 94590

John Dawson
110 Ossipee Mountain Rd
Center Ossipee, NH 03814

John Edvardsen
581 Pond Ridge Road
Tellico Plains, TN 37385

John Ford
2468 dyke branch road
Dover, DE 19901

John Gallucci
91 Ashland Rd
Scituate, RI 02857

John Hand
3015 ATCHISON WAY
LAWRENCE, KS 66047-3958

John Hecox
12 N. Vista,
AUBURN HILLS, MI 48326

John Hulen
6761 Sundance Trail
Riverside, CA 92506

John Jenners
17482 Key Rd
Rogers, AR 72756

John Lee
3617 Wyngate Lane
Birmingham, AL 35242

John McMahon
3338 Greenbush Ave
Cincinnati, OH 45251

John Monahan
4 HILLSIDE DR
NASHUA, NH 03064

John Natale
20 Harborside Drive
Sussex, NJ 07461

John Papp
25 ANITA WAY
Warren, CT 06754

John Schapman
1328 lathroprd
Allenton, MI 48002

John WHITE
6402 Crossville Hwy
Sparta, TN 38583-2931

Jon Pickens
12 Fillmore drive
Millstone, NJ 08510

Jon Walton
3312 E 126TH ST SOUTH
Muskogee, OK 74403

Jonas E Bates
2214 Peters Dr
Apt 113
Eau Claire, WI 54703

Jonathan Fodera
3810 round table ct
Land O Lakes, FL 34638

Jonathan Giron
7619 Mallard Avenue Northwest
Albuquerque, NM 87114

Jonathan Graper
3705 Hackett Rd
Saginaw, MI 48603

Jonathan Russell
740 Stafford Way
Carson City, NV 89701

Jonathan Wieder
164 pingley lane
Winchester, VA 22602

Jordan Gutierrez
19931 Bothell Everett HWY
1501
Bothell, WA 98012

Jordan Martin
9033 Smokethorn Trail
Belvidere, IL 61008

Jordan Palady
300 R Steet SE
Auburn, WA 98002

Jorge Tapia
7921 Sw 152 Av
# 6
Miami, FL 33193

Jose Armenta
8850 Ferguson Road
Unit 1026
Dallas, TX 75228

Jose Blanco
422 Wood Branch Street
Woodstock, GA 30188

Jose Cervantez
P.O. Box 420041
Del Rio, TX 78842

Jose Moreno
251 Griffith St.
Jersey City, NJ 07307

Jose Pineda
1404 Lilac Dr
Denver City, TX 79323

Jose Ventura
433 Douglas Ave
Avenel, NJ 07001

Joseph Adair
4264 taylor rd
Chesapeake, VA 23321

Joseph Bensfield
8126 West 27th Street
North Riverside, IL 60546

Joseph Collins
4511 reed bark lane
Jacksonville, FL 32246

Joseph haugen
400 Foster Drive
Lenoir City, TN 37772

Joseph Kestel
2000 Knob Hill Drive
Plano, TX 75023

Joseph Nisivoccia
3 Douglas Dr
Edison, NJ 08817

Joseph Redner
19618 Salado Creek Ct
Cypress, TX 77433

Joseph Richardson
117 cedar st
PACKWOOD, WA 98361

Josh Anderson
20310 Road 4
Big Springs, NE 69122

Josh Minor
2613 PARK HAMPTON DR SE
Owens Cross Roads, AL 35763-0137

Joshua Burton
1816 Sweetshrub Ct.
Linden, NC 28356

Joshua Capen
2621 W Humphrey Rd
Ithaca, MI 48847

Joshua DeSantis
9049 Cranbrook Drive
Northfield, OH 44067

Joshua diskin
3113 hickory bend ct
Conroe, TX 77301

Joshua Gouldin
733 Fieldstone Dr NE
302
Leesburg, VA 20176

Joshua Henke
1916 maryline ct.
Lacrosse, WI 54603

Joshua Lane
105 Hobbs Hill Dr
Chehalis
Chehalis, WA 98532

Joshua Stephen
3159 Duke Dr
Gulf Breeze, FL 32563

Joshua Stewart
30941 Mill Ln
Suite G / PMB 262
Spanish Fort, AL 36527

Josiah Johns
10522 Wood Dale Dr
Dallas, TX 75228

Juan Giraldo
28715 SW 132 ave
ste 126
Homestead, FL 33033

Juan Ramierz
51 mmb lane
Lillington, NC 27546

Juan Zavala
240 Honeysuckle Ln
Robesonia, PA 19551

Julia Bisland
14509 85th Ave. Ct. W.
Taylor Ridge, IL 61284

Julia Coss
308 4th Ave NE
Rio Rancho, NM 87124

Julian Alderete
7604 Calle Montana NE
Albuquerque, NM 87113

Julie Baire
2317 Rice Ave
Lake city, PA 16423

Julie Georgevic
103 St. John St.
Schuylkill Haven, PA 17972

Justin Ochs
P.O. Box 546
Syracuse, KS 67878

Kadeem Lyle
7 Decatur St
Roosevelt, NY 11575

Kadence King
12381 n mount Bigelow rd
Oro valley, AZ 85755

Kamron bluhm
758 west grand ave
muskegon, MI 49441

Kamron Hutchison
2540 palisades dr
Apt #2
Lake havasu, AZ 86403

Kareem H Romulo
411 Tifton Eldorado Rd Lot 11
Tifton, GA 31794

Karl Knaak
8435 Holley Hills Circle
Navarre, FL 32566

Karl Miller
2149 Hendricks Station Road
Harleysville, PA 19438

Keaton Meckley
4566 Juneau Rd
Punxsutawney, PA 15767

Keaton Voirol
6210 Chaddsford drive
Fort Wayne, IN 46816

Keelan Haworth
204 kipling lane
Winter haven, FL 33884

Keith Kaetterhenry
242 Salal Way
Sequim, WA 98382

Kelly Bakst
225 N Buteo Woods Ln.
Las Vegas, NV 89144

Kelly Bourne
1308 Brittany Hls E
Newark, OH 43055

Ken Mottin
3061 Carpenters Park Road
Davidsville, PA 15928-9207

Kendall Collins
10154 logwood road
Dardanelle, AR 72835

Kendall Squire
2627 Marlboro Ave
Norfolk, VA 23504

Kenneth Garrett
9460 Miller CT N
Chunchula, AL 36521

Kenneth Mohl
115 Westminster St
115
albany, GA 31721

Kenneth Raybon
3800 Crestridge Dr
Farmington, NM 87401

Kent Layden
2301 S Steen Rd
Veradale, WA 99037

Kent Shrake
1630 Mercoal Dr
Spring, TX 77386

Kent Sipes
5608 Jergens Rd
Nine Mile Falls, WA 99026-9505

Keven Clark
432 S 700 W
Tremonton, UT 84337

Kevin Cummings
27 redmile ct
Reisterstown, MD 21136

Kevin Henshaw
P O Box 69
Church Road, VA 23833

Kevin M FRATE
1124 BOPP RD
SAINT LOUIS, MO 63131

Kevin Pyle
15016 North 133rd Drive
Surprise, AZ 85379

Kevin Sumsion
7484 N Addison Ave
Eagle Mountain, UT 84005

Khaalid Bell
6111 york rd
1
Baltimore, MD 21212

Kiran Kantha
126 Piney Creek Ln
Erie, CO 80516

Kirby Patterson
651 B L Cantwell rd
Rutledge, TN 37861

Kirk Lawry
6548 US Highway 41 South
Marquette, MI 49855

Kirt Rowe
1020 morado dr
Casper, WY 82609

Kristian Huju
34424 N SHOAL LAKE RD
GRAND RAPIDS, MN 55744-5551

Kristopher Martin
5001 SW 20th St
1109
Ocala, FL 34474

Kyle Davis
1006 holden rd
Poplarville, MS 39470

Kyle Ford
3122 TANAGER LN
EAST STROUDSBURG, PA 18302

Kyle Johnson
2114 Cook Drive
Somerset, WI 54025

Kyle Kline
8352 Woody Court
Norfolk, VA 23518

Kyle Mccoy
203 FRANKLIN DR
Berea, OH 44017

Kyle Schwartz
1841 Chestnut St #6
San Francisco, CA 94123

Kyle Stryker
5131 38th avenue north
Saint Petersburg, FL 33710-2143

Lamar Youngblood
9295 Rousseau st
Webster, FL 33597

Lance Blake
1110a East Grundy Street
Tullahoma, TN 37388

Larry Hyde
2 Bronco Ln
Saint Rose, LA 70087

Larry Willingham
155 Crawford Drive
Springville, AL 35146

Lawrence Emmons
108 Seurat Lane
Martinsburg, WV 25403

Leo Halle jr
365 Jerusalem Rd
Windham, CT 06280

Leroy Starks
11773 Scott Park Rd
Delton, MI 49046-8580

Leudyn Tavarez
812 Maryland st
Whitehall, PA 18052

Levi Dedonder
701 s birch ave
Plattsburg, MO 64477

Lindsay Kenney
4800 University Drive
6O
Durham, NC 27707

Lindsey Myres
7105 Fairbanks Dr NE
Rio Rancho, NM 87144

Ling Graves
3 Estill beach lane
Bluffton, SC 29910

Lionel Sosa-lara
240 Willow Ridge Cir
Rockwall, TX 75032

Lisa Fore
3212 Old Coach Way
Reno, NV 89511

Logan Collins
1570 Eisenhower Drive
APT B107
Boulder, CO 80303

Louis Jennings
30227 Saddleridge Drive
Bulverde, TX 79163

Lucas Preston
54154 Riverview Dr
Elkhart, IN 46514

Luciana Damato
16222 n 161st dr
Surprise, AZ 85374

Lucien Zwirtzz
16200 se 89th st
OKC, OK 73020

Luis Garcia
1781 N. Firebrick dr.
Kuna, ID 83634

Luke Blackwell
3020 claybrook dr
Wyllie, TX 75098

Marc Ehlers
25 Highland Park Drive
Newnan, GA 30263

Marc Faast
1729 NE Carson Way
Bend, OR 97701

Marcus Cowles
5850 se Lynch Rd
Shelton, WA 98584

Marcus Ortwine
1003 Fitch Street
Albion, MI 49224

Marcus Ortwine
11681 Stockwell Road
Marion, MI 49665

Marcus Rieck
114 North Guilford Street
Sumner, IA 50674

Margaret Williams
10930 SE 172nd St
C202
Renton, WA 98055

Mario Venezia
719 SIRLS RD
BENTON, KY 42025

Mark Collinsworth
1288 Marsh Springs
Collierville, TN 38017

Mark Kidd
5364 Salcano Street
SARASOTA, FL 34238

Mark Rock
13317 123rd Avenue NE
Lake Stevens, WA 98258

Mark Teubert
231 maple st n
Lester Prairie, MN 55354

Mark Tonkin
196 park rd
Indiana, PA 15701

Mark Wentworth
5599 Shelton Creek Rd
Oxford, NC 27565-5401

Martha Taylor
3887 N 3614 E
Kimberly, ID 83341

Martin Meredith
9145 County Road 133
Kaufman, TX 75142-4747

Martin Reise
706 West Smith Street
Cleburne, TX 76033

Martin Rodriguez
11597 La Plata Road
La Plata, MD 20646

Martin zamorano
221 NW 187th Ave
Pembroke Pines, FL 33029

Marvin Wooley
17598 Fm 1774
Plantersville, TX 77363

Matt Bartus
14 Westwood Rd
East Brunswick, NJ 08816-1310

Matt Bitzegaio
1114 24th Ave W
West Fargo, ND 58078

Matt schoenleber
103 Coles Drive
Doylestown, PA 18901

Matt Wiggins
2709 N Nicholes Ave
Layton, UT 84040

Matt Wilson
12701 105th ave court east
Puyallup, WA 98374

Matthew Arnold
Po Box 18994
Reno, NV 89511

Matthew Austermiller
310 west north st
Mc Clure, OH 43534

Matthew Deveikis
8901 Deekens Street
Amelia Court House, VA 23002

Matthew Francis
11 Quince Tree Drive
Martinsburg, WV 25401

Matthew Gray
1719 Wilson rd
Akronn, OH 44312

Matthew McGarvey
1318 McCulley RD
Hastings, PA 16646

Matthew michael
108 n seneca st
tiff city, MO 64868

Matthew obrian
7636 Se 114th Ave
Portland, OR 97266

Matthew Paoletta
1160 Nevada Sky. St
Las vegas, NV 89128

Matthew Roberts
6131 140th St. SW
Edmonds, WA 98026

Max Kelderman
1313 Madison Ave
South Milwaukee, WI 53172

Maysam Sabitian
11574 Capanna Rosso Place
Las Vegas, NV 89141

Mccager bryant
12119 155th ave ne
Arlington, WA 98223

Melissa BARTELLE
107 SOUTH LOGAN AVE #2B
AUDUBON, NJ 08106

Micah Etheridge
1821 Battleground Dr
Murfreesboro, TN 37129

Michael Badders
2037 1st Ave N
Saint Petersburg, FL 33713

Michael Barkley
406 Honeysuckle
Brookland, AR 72417

Michael Betts
26 Ball Hill Ln.
Greenbrier, AR 72058

Michael Brassell
702 Cold bottom rd
Sparks, MD 21152

Michael Buelna
1015 hall ave.
6
Killeen, TX 76541

Michael Burnham
312 Demaree Ln
Matthews, NC 28105

Michael Clonts
837 Oak Pass Lane
Sullivan, MO 63080

Michael Davis
202 Seabea Dr
Lakeside City, TX 76308

Michael Draper
193 Goldsmith Dr
Clarklake, MI 49234

Michael Frye
4201 SW Homestead Ct
Lees Summit, MO 64082

Michael GIles
2345 Culverts Cove
Maryville, TN 37801

Michael Melendez
214 Spring Forest Cir
Aiken, SC 29803

Michael Munkwitz-Bennett
600 Prairie view dr
North prairie, WI 53153

Michael Pennig
658 Otsego Street
St Paul, MN 55130

Michael Peterson
17102 Muskrat Dr. SE
Rainier, WA 98576

Michael Rios
55 crestmont st
Reading, PA 19611

Michael Schilling
421 E 8th street
Schuyler, NE 68661

Michael South
1212 Beaver Lake Blvd
Plattsmouth, NE 68048

Michael Van Orden
516 TINSLEY LN
COLUMBIA, TN 38401-2254

Michael Vasquez
529 South J Street
Lompoc, CA 93436

Michael Wise
109 Marigold St
Lake Jackson, TX 77566

Micheal ARCHIE
P.o. Box 39758
Lakewood, WA 98498

Mike Bowerman
9264 Dorothy Drive
New Paris, OH 45347

Mike Calahan
6929 Hoyt Ct.
Arvada, CO 80004

Mike Cooper
984 Rolling Meadow Dr
Lavon, TX 75166

Mike Eland
816 Smith Street
Green Bay, WI 54302

Mike Gale
725 Butler Ave
Whiting, IA 51063

Mike Nosser
5025 Aberdeen Rd
Jonesboro, AR 72405-8184

Mikhail Polivany
14654 Anjonabe Ct Se
Bemidji, MN 56601

```
Miles Dwenger
4051 East Olive Rd
#284
Pensacola, FL 32514

Miranda Edwards
6081 N 37th St E
Fort Gibson, OK 74434

Mirna Aguilera
3099 County road 411
Alvin, TX 77511

Missouri Dept of Revenue
P.O. Box 329
Jefferson City, MO 65107

Mohamed Mahmoud
388 west prospect ave
Keyport, NJ 07735

Monica Deguzman
3509 Doc Berlin Dr
Silver Spring, MD 20906

Morris Chesser
1485 WASHINGTON ST
Natchitoches, LA 71457

Muhammad Yasin
955 Brownstone Trace
Carmel, IN 46032

Naol Washo
901 S 200th St
Des Moines, WA 98198

Nathan Clayton
21540 Provincial Blvd
Apt 918
Katy, TX 77450

Nathan Harris
11321 E Stanton Ave
Mesa, AZ 85212

Nathan LaCruze
111 West 8th street
Hoyt, KS 66440

Nathan Moye
13801 US Hwy 441 SE
Lot 10
Okeechobee, FL 34974
```

Nathanael Smith
7481 Pudding Creek drive se
Salem, OR 97317

Nathaniel Davis
231 Wilgus drive
Russell's point, OH 43348

Nathian foote
2682 saint peters ch rd
waldorf, MD 20601

Nicholas Cramer
290 Mirafield Lane
Austin, TX 78737

Nicholas Jones
179 evergreen church rd.
Mauk, GA 31058

Nick Cain
1510 Hayden Dr
Auburn, IN 46706

Nick Mitcheff
4300 Springbrook Rd
Pleasant Prairie, WI 53158

Nick Scarfino
5886 Glade Chapel Rd
Hillsboro, MO 63050

Nicolas Thomas
4037 Indian Bayou N
Destin, FL 32541

Noah Dozier
2701 mount olivet church rd
Fleming, GA 31309

Nolan Resendez
1706 crystal bridges
San Antonio, TX 78260

Oberheiden, PC
5728 Lyndon B Johnson Fwy #250
Dallas, TX 75240

Orlando Gonzalez Maura
8835 NW 116 st
Hialeah Gardens, FL 33018

Parrish Dean King
2846 Emily Lane W
Jacksonville, FL 32216

Patrick Beatty
3130 Shadow Creek Dr
Powhatan, VA 23139

Patrick Dempsey
35 Elephant Ct
Martinsburg, WV 25401

Patrick Hart
52448 SE Second St
Scappoose, OR 97056

Patrick Irby
44880 dot banagan lane
Leonardtown, MD 20650

Patrick Scheel
4758 ridge rd,
#221
Brooklyn, OH 44144

Paul Callaway
9746 N Exeter Ave
Portland, OR 97203

Paul Hayes
2958 South 45th East
Idaho Falls, ID 83406

Paul Kilduff
26 Wall Street
Oxford, NJ 07863

Paul LaMontagne
191 Paxton Road
Spencer, MA 01562

Paul Stewart
Po box 1153
Coolidge, AZ 85128

Payton Sharp
3804 Oak Valley Dr
Apt 425
Knoxville, TN 37918

Payton Young
1504 South Washington Avenue
Marshfield, WI 54449

Peter Jones
1971 Point Marion Rd.
Morgantown, WV 26508

Peter Martindell
2239 Hendricks Station Rd
Harleysville, PA 19438

Peter Policani
1430 Ocean Beach Rd
Hoquiam, WA 98550-9536

Peterson Watts Law Group, LLP
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661

Philip Winsor
499 Fancher Rd
Bridgewater Corners, VT 05035

Phillip Frohriep
1852 Hillcrest Avenue
Wilmington, OH 45177

Phillip Lesser
19717 E Third St
Tulsa, OK 74108

Piotr Cirlig
12020 Sunrise BLVD E N-103
Bld
Puyallup, WA 98374

Preston Phelps
303 west ave
Florence, TX 76527

Quinn lemond
1919 mickel creek drive
houston, TX 77049

Ramiro Bernal
2715 Ashley Dr
pharr, TX 78577

Randy Brazil
109 Cove Point
Fortville, IN 46040

Randy jarrett
845 Francisco Cemetery Dr
Nickelsville, VA 24271

Randy Murray
176 kelli dr
Marshall, NC 28753

Ray Lachenberg
21447 prairie ridge drive
Mokena, IL 60448

Ray Wittmuss
9320 Bernoulli Dr.
Austin, TX 78748

Raymond DeCandia
3370 N Hayden Road
123-677
Scottsdale, AZ 85251

Reynaldo Ruiz
9014 Bexley Dr
Fort Myers, FL 33967

Ricard Dunay
9 WESTON DR
STAUNTON, VA 24401-2268

Ricardo Ramos
119 Dawn Run Loop
Mooresville, NC 28115

Ricardo Riostirado
233 Clark Road, 233 Clark Road
233 Clark Road
PULASKI, NY 13142-2287

Richard Bautista-Vazquez
14323 Bromley Place
San Antonio, TX 78217

Richard Gill
2518 Berthbrook Dr
Cincinnati, OH 45231

Richard Jeffries
300 Midland Avenue
Springdale, AR 72764

Richard Lowes
3999 S. Dobson Rd
Apt. 1005
Chandler, AZ 85286

Richard Pryor
2092 Gribble Dr
Covington, KY 41017

Richard Suero
5549 lansdowne ave
Philadelphia, PA 19131

Richard Wray
32 Palomino Way
SAINT AUGUSTINE, FL 32095

Richie Garza
3401 Goldcrest Ave.
McAllen, TX 78504

Rick ellas
1890 west market
baltimore, OH 43105

Ricky Dunlap
8787 Van Hoy rd.
Kernersville, NC 27284

Robbin Harsh
9395 S Clare Ave
Clare, MI 48617

Robby Godeaux
3312 Pine Needle Cir
Round Rock, TX 78681

Robert Alfred
707 turner Ave.
Denmark, IA 52624

Robert Bass
7850 briar creek road
Rocky Mount, NC 27803

Robert Bove
19079 roadside Ave
Bridgeville, DE 19933

Robert Brown
1856 E Gate Cove
Dunwoody, GA 30338

Robert Campbell
3807 Sierra Hwy Ste 6
PMB 4528
Acton, CA 93510

Robert Fink
289 Grandview Ave
Camano Island, WA 98282-7338

Robert Gallovitch
807 Ticonderoga Pl Ne
Lacey, WA 98516-5349

Robert Lee
149 Harding ave
REVLOC, PA 15948

Robert Lenig
122 S Grandview St
Mount Dora, FL 32757

Robert McCormick
116 Mountain Valley Lane
Blairseville, GA 30512

Robert Oswald
1502 e maryland st
bellingham, WA 98226

Robert Owens Coreau
1761 portland rd
1761 portland rd
arundel, ME 04045

Robert Rosiar
3007 E. 133rd Street
1
Chicago, IL 60633

Robert Schoerverth
108 Byington ct
Elyria, OH 44035

Robert Trexler
7700 Valburn Dr
Austin, TX 78731

Robert Verner
3102 N Frontage
Plant City, FL 33565

Robert Wilson
113 Julias crossing
Brooks, GA 30205

Roberta K. LEWIS
200 RUSTIC PATH
LA VERNIA, TX 78121

Rodney Holloway
5425 Marshall St
Unit A
Lubbock, TX 79416

Rodney Moore
617 Prairie View Dr
Prattville, AL 36067

Rodriquez Halim
1034 e. Cape Elizabeth Dr
Nampa, ID 83686

Roger Friedamn
14030 main st ne
Suite E #1641
Duvall, WA 98019

Roger Moore
8200 W. 20TH ST, N-204
Apt. N-204
Greeley, CO 80647

Ron KEELING
5138 LILIUM DRIVE
Plainfield, IN 46168

Ron Oley
207 sanovia street
Exeter, PA 18643

Ron Spangler
33970 Curcio Dr
Sterling Heights, MI 48310

Ronald Cormier
84 MADLEY RD
LEBANON, CT 06249

Ronald Garcia
4417 e Patrick rd
Midland, MI 48642

Ronald Little
13760 Sullivan Rd.
Spotsylvania, VA 22551

Ronald Lopez
2800 Habsburg Circle
Modesto, CA 95356

Ronald Nebel
4010 10th. St.
Apartment, suite, unit, etc. (optional)
Northbeach, MD 20714

Ronald Roberts
1801 N Taylor
Hanna City, IL 61536

Ronan Dikeos
4732 Se Cesar E Chavez Blvd
Portland, OR 97202

Russell Coonfield
1238 N Box Ave
Fayetteville, AR 72703

Russell Owen
1906 Rand Ridge Court
Marietta, GA 30062

Russell Pitrone
16082 Hollyridge Dr
Parker, CO 80134

Russell volpe
1433 POPLAR ST
PHILADELPHIA, PA 19130-1669

Ryan Blaylock I.C.E.
605 Stafford Pointe Ct
Oak Ridge, NC 27310

Ryan Coleman
6351 Rookery Cir
Bradenton, FL 34203

Ryan Heiskell
11186 Captains Cove Dr
Soddy Daisy, TN 37379

Ryan Kain
236 east division st
Demotte, IN 46310

Ryan Karrer
2380 Mill rd
Emmett, ID 83617

Ryan Keenan
1417 Orchard Dr
Apt A
Brookings, SD 57006

Ryan Ludvigson
6163 Scrub Pine Rd
Big Sandy, TX 75755

Ryan Mccutchen
59 Anderson ave
107
Canton, GA 30114

Ryan Meagher
1162 bluebell drive
Livermore, CA 94551

Ryan Meyers
2930 5th Ave NW
Great Falls, MT 59404

Ryan Newman
203 E Elm St
5
Granville, OH 43023

Ryan Pitroff
8915 Quinault Drive ne
Olympia, WA 98516

Ryan Sholtys
2245 n wenas rd
Selah, WA 98942

Ryan Sieck
3329 N Center Point Rd
Marion, IA 52302

Ryan Snyder
4872 Green Ridge Trail
Hamilton, MI 49419

Ryan Vanderwarker
1923 Wilson Ave
Bristol, PA 19007

Ryan Walsh
12272 Stone Timber Ct
Parker, CO 80134

Ryan Younkins
2022 23rd Street
Cuyahoga Falls, OH 44223

Sabina McWhinney
293 Lost Berook Drive
Estes Park, CO 80517

Sacramento Gun Club, LLC
3443 Routier Rd
Sacramento, CA 95827

Saje Allen
4766 sosua rd nw
Unit 3b
Bemidji, MN 56601

Sam Kinsler
10224 NE Northstar Rd
Isabel, KS 67065

Sam Wilson
10811 Terrier Ct
Columbia, MD 21044

Sarah Berry
32547 41st Ave SW
Federal Way, WA 98023

Savannah Allred
85 w 2200 s
Clearfield, UT 84015

Scott aubin
7111 lyle bend lane
knoxville, TN 37918

Scott Borgmann
1620 Bond Rd
Parkton, MD 21120

Scott fielding
527 East Wilde Cherry Way
Sandy, UT 84070

Scott Fielding
527 E Wilde Cherry Way
Sandy, UT 84070

Scott Grimes
3317 Karen dr
Chalmette, LA 70043

Scott Kirley
P.O. Box 74
Somerville, OH 45064

Scott Statson
868 Eagle Dr
Fenton, MI 48430

Scott Young
5989 S. Van Gordon St,
Littleton, CO 80127

Sean Boone
2500 Des Monies Ave
Portsmouth, VA 23704

Sean Brennen
14 East Beaumont Rd
APT D
Columbus, OH 43214

Sean Chapman
813 S PHILLIPPI ST
Boise, ID 83705

Sean Edkins
9991 E Purdue Ave
Scottsdale, AZ 85258

Sean Thomas Conroe
11 S Dakota St
Apt 8
Helena, MT 59601

Sergey Yakovlev
2 Durango Ct.
Hawthorn Woods, IL 60047

Sergio Padilla
1160nw 79th at
3115
Miami, FL 33150

Seth leathers
4100 MISSION LANE
C
COTTONWOOD, AZ 86326

Seth Morgan
2307 east 430 south
Spanish fork, UT 84660

Seth Thomas
911 N Conestoga Blvd
Yakima, WA 98908

Seth Wilson
3251 E Grapeview Loop Rd
Grapeview, WA 98546

Shamus Smythe
550 Kensington Rd.
Southern Pines, NC 28387

Shan Goldsby
856 183rd st s
Spanaway, WA 98387

Shane Pfeffer
420 Moul Rd
Hilton, NY 14468

Shane Sellers
12684 wendover
Plymouth, MI 48170

Sharon Kennedy
10945 Oak Valley Dr
Pensacola, FL 32506

Shaun Kay
1719 Rheta st
Jacksonville, FL 32218

Shaun Rogers
16700 state route 536
Mount Vernon, WA 98273

Shawn Boone
354 CHATTANOOGA RUN
LIVINGSTON, TX 77351

Shawn brower
622 6th south ave
house
sterling, CO 80751

Shawn Eden
26W267 Pinehurst Dr
Winfield, IL 60190

Shawn Magee
516 S 137th St
Bonner Springs, KS 66012

Shawn Sholtys
2245 N Wenas Rd
Selah, WA 98942

Shlomo morris
29 Smith Hill Road
Airmont, NY 10952

Slavik Maleyev
7174 SE RUTH LN
Gresham, OR 97080

Spencer Prehn
6395 Forrest Ave.
Elkridge, MD 21075

Spencer Sheets
3523 Oak Tree Circle
Indianapolis, IN 46227

Srdan Reljic
816 Washington Ave
Oshkosh, WI 54901

Stacy Pucillo
121 Cathedral Avenue
Florham Park, NJ 07932

Staton Kandel
7429 Sherwood Drive
Gloucester Point, VA 23062

Stephen Barnett
10851 troutman rd
10851 troutman rd, NC 28107

Stephen Giglio
2402 candlelight court
Helmetta, NJ 08828

Stephen Koeper
735 dallwood dr
St. Louis, MO 63126

Stephen Tropf
5215 Welch Rd
Emmett, MI 48022

Sterling Hall
660 W Division Ave
Hermiston, OR 97838

Steve Thompson
4820 Grainger Tr
Fort Worth, TX 76137

Steven A Smith
16 CARROLL CT
WEST COLUMBIA, SC 29170

Steven Berry
704 Northeast Fenway Avenue
Bartlesville, OK 74006

Steven Giammarino
160 South Central Ave.
Ramsey, NJ 07446

Steven Luther
26300 235th Ave SE
Maple Valley, WA 98038

Steven Manning
2426 SANDHURST COURT
GASTONIA, NC 28054

Steven May
268 SW 15th St
Chehalis, WA 98532

Steven Redcay
208 FAUSNACHT DR
DENVER, PA 17517

Steven Rozycki
8939 Chinavare Rd
NEWPORT, MI 48166

Steven shahinian
5509 Elizabeth Lake Rd
Waterford, MI 48327

Teague Fox
11300 SE 15th St.
Apt. 1027
Oklahoma City, OK 73130

Tem Mitchell
185 Rambla Del Caballo
Stanley, NM 87056

Terrence Andrews
PO BOX 385,
N4415 Cty. Rd. V
Poynette, WI 53955

Terry Baker
1274 E 675 S
WASHINGTON, IN 47501

Terry Savage
P.O Box 708
Prescott, AZ 86302

Thayne Davis
7254 Pine Hills Way,
Littleton, CO 80125

Theodore BYRER
226 W Tansey Crossing
Westfield, IN 46074

Thien Pham
710 peteywood dr.
Auistell, GA 30106

Thomas Allen
421 Beaver St
Wibaux, MT 59353

Thomas Beaudoin
3910 Lakeside Dr.
Rowlett, TX 75088

Thomas Cheezum
4318 OLD STAGE COACH RD
HURLOCK, MD 21643

Thomas Cobitz
7600 west 20th Avenue
220
hialeah, FL 33016

Thomas Ficorilli
105 Horizon River Dr
Unit 1G
Myrtle Beach, SC 29588

Thomas Hammond
3802 N S St
Pensacola, FL 32505

Thomas jablonowski
615 Runnymede Ave
Jenkintown, PA 19046

Thomas Majchrowski
241 Twin Falls Road
Ozark, MO 65721

Thomas Perruso
3375 Windsor Cir
Bethlehem, PA 18017

Tim Brady
1611 Green Oak Circle
Lawrenceville, GA 30043

Tim Hope
1557 Sonoma Street
Carson City, NV 89701

Tim Langhans
7082 Hickory Road
Stewartstown, PA 17363

Tim Reding
100 Springwood Road
Dripping Springs, TX 78620

Tim Shepard
139 Bounty Circle
Angier, NC 27501

Timothy CARTER
1917 Little Bow Avenue
North Las Vegas, NV 89084

Timothy Mccorkle
1132 beamguard rd
Clover, SC 29710

Timothy Mullins
2901 Billings St
Newport, AR 72112

Tm B
10152 Indiantown Road No. 176
Jupiter, FL 33478

Todd Morris
56829 High Ridge Rd
Bellaire, OH 43906

Tom Emich
938 Livesay Dr
Cortez, CO 81321

Tom Supanik
70644 Main Street
Barton, OH 43905

Tom Yarmas
9474 Seven Locks Road
Bethesda, MD 20817

Tomas Campos
2420 e 11th ave
Denver, CO 80206

Tony Brantley
11533 South Maplewood Avenue
House
Chicago, IL 60655

Tony Green
1102 Dakota Ave
Gladstone, MI 49837

Tony Petersen
239 Talisman Lane
Natrona Heights, PA 15065

Tonya Hanley
1520 W Douglas Ave
Wichita, KS 67203

Trace Malmer
75 W Division St
Apt 13
Manteno, IL 60950

Travis Moore
9449 ne midway ave
Indianola, WA 98342-0010

Trelis Skeem
81 Front St
McCammon, ID 83250

Trevor Benoit
1604 Lake Palourde Rd
Morgan City, LA 70380

Troy Heuer
912 Parestis Road
Barto, PA 19504

Troy Strass
16441 Barton Creek Ln
Little Elm, TX 75068

TSYS
One TSYS Way
PO Box 1755
Columbus, GA 31901

Ty Graves
1475,CR 106
Ewing, MO 63440

Tyler Blubaugh
731 Glenview Dr
Howard, OH 43028

Tyler Thompson
15976 E 118th Pl
Commerce City, CO 80022

Tyson Heistand
1421 MEEVES RIDGE RD
DUNLAP, IA 51529-4112

Tyson Olsen
807 Trails Circle
Gillette, WY 82718

Tzvi Waldman
12 Margetts Rd
Monsey, NY 10952

Victor Morgan
PO Box 268
Seguin, TX 78156

Victor Werhanowicz
12443 Deer Flat Rd
Nampa, ID 83686

Vincent Conte
533 55th Pl S
Apt 1
Birmingham, AL 35212

Wayne Heinz
4 W. Regina Avenue
Spokane, WA 99218

Wayne Williamson
1145 Hemlock Ave SW
North Bend, WA 98045

Wells Fargo
420 Montgomery St
San Francisco, CA 94104

Whit Ericksen
7466 South 1800 West
Spanish Fork, UT 84660

William Favel
4186 richard ave
Saginaw, MI 48603

William Geimausaddle
5648 Baffin lane
Belton, TX 76513

William Gibbs
2704 fm 2490
Clifton, TX 76634

William Helms
8707B Wisconsin Court
Clovis, NM 88101

William Jackson
1331 bundy dr
Smyrna, TN 37167

William Johnson
1315 Rosebud St
Mexico, MO 65265

William Mastrianni
9663 Spencer Woods Road
Ladson, SC 29456

William Miller
204 US- 82
Indianola, MS 38751

William Murphy
7528 Errandale Dr.
Fort Worth, TX 76179

William Nicholas
4511 cumnor rd
Downers Grove, IL 60515

William Rinberger
1885 GILBERT ST
CLEARWATER, FL 33765

William Sundstrom
1965 haywards heath
Virginia Beach, VA 23456

William Terry
503 SE Gunpowder Ave
MADISON, FL 32340

William Werme
261 Joseph Street
Pittsburgh, PA 15227

Wyatt Bentley
4401 Ne 143rd Ave
Vancouver, WA 98682

Wyatt Funcke
1903 Southeast Clover Ridge Dr
Ankeny, IA 50021

Wyatt Martinez
2000 Fraser ST
Apt 101
Bellingham, WA 98229

Wyatt Tropf
5215 welch rd
emmett, MI 48022

Zac Mitchell
2580 LOCUST ROAD
Fort Scott, KS 66701

Zach Miller
5855 William st
Omaha, NE 68106

Zachary Clemens
1440 S Parkcrest
Mesa, AZ 85206

Zachary Dreyer
28317 SW Paris Ave
Wilsonville, OR 97070

Zachary Frazho
503 Oakland Avenue
PO Box 75
Elwood, NE 68937

Zachary Letendre
3367 Frederick St
Philadelphia, PA 19129

Zachary McGuire
824 W Route 66
619C
Flagstaff, AZ 86001

Zachary Myers
6716 Carina Lane
Corryton, TN 37721

Zack Bennett
669 E 840 S
Heber City, UT 84032

Zack Robinson
1158 Oxbow Drive
Charleston SC, SC 29412

Zhigang han
3246 s hoyne ave
chicago, IL 60608

Zyad Altheeb
604 South 82nd Ave.
Unit 2
Yakima, WA 98908

# United States Bankruptcy Court
## Eastern District of Missouri

In re  **Anatolian Arms LLC**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Anatolian Arms LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 12, 2022**

Date

**/s/ Fredrich J Cruse**

**Fredrich J Cruse 23480**

Signature of Attorney or Litigant

Counsel for   **Anatolian Arms LLC**

**Cruse Chaney-Faughn**

**718 Broadway**
**P.O. Box 914**
**Hannibal, MO 63401-0914**
**573-221-1333 Fax:573-221-1448**
**fcruse@cruselaw.com; bjdaughtery@cruselaw.com**